**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Donald W. Clarke
Leah M. Eisenberg
David E. Sklar
Katherine R. Beilin
**PASHMAN STEIN WALDER HAYDEN, P.C.**
21 Main Street, Suite 200
Hackensack, New Jersey 07601
Telephone: (201) 488-8200
Email:  dclarke@pashmanstein.com
        leisenberg@pashmanstein.com
        dsklar@pashmanstein.com
        kbeilin@pashmanstein.com


*Proposed Counsel to the Debtor*

| | |
|---|---|
| In Re:<br><br>DAVID A. SHABSELS,<br><br>          Debtor. | Chapter 11<br><br>Case Number: 26-16530 (CMG) |

**APPLICATION FOR ORDER SHORTENING TIME FOR NOTICE OF DEBTOR'S APPLICATION FOR AN ORDER EXTENDING TIME TO FILE MISSING <u>SCHEDULES</u>**

David A. Shabsels, the debtor in the above-captioned chapter 11 case (the "<u>Debtor</u>")[1], by and through his undersigned proposed counsel. requests that the time period to notice the *Debtor's Application for an Order Extending Time to File Missing Schedules* [ECF No. 35] (the "<u>Motion</u>") be shortened pursuant to Fed. R. Bankr. P. 9006(c)(1), for the reasons set forth below:

1.      <u>A shortened time hearing is requested because</u>: The Motion seeks entry of an order extending the deadline by which the Debtor must file its schedules of assets and liabilities, schedules of executory contracts and unexpired leases, and statements of financial affairs

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

(collectively, the "Schedules") to a total of 40 days from the petition date to and including July 14, 2026. Currently, the deadline to file the Schedules is June 30, 2026.

2.      Due to the complex legal issues attendant with the Debtor's bankruptcy case, the presence of multiple contemporaneous bankruptcy cases involving corporate entities in which the Debtor holds an ownership interest, and the nature of the Debtor's assets and liabilities, the Debtor will require additional time to prepare, review, and file the Schedules. Shortened time for notice is necessary in order to have the requested relief considered by this Court prior to the deadline to file the Schedules.

3.      State the hearing date requested: Pashman respectfully requests that the Court hear the Motion prior to or on June 30, 2026, at 2:00 p.m. (ET), the same date as the hearing presently set for the Order to Show Cause.

4.      Reduction of the time period is not prohibited under Fed. R. Bankr. P. 9006(c)(1).

**WHEREFORE**, the Debtor respectfully requests entry of the proposed order shortening time, in substantially the form submitted herewith, granting the relief requested herein, and such other relief as is just and proper under the circumstances.

Dated: June 18, 2026          **PASHMAN STEIN WALDER HAYDEN, P.C.**

*/s/ Donald W. Clarke*
Donald W. Clarke
Leah M. Eisenberg
David E. Sklar
Katherine R. Beilin
21 Main Street, Suite 200
Hackensack, New Jersey 07601
Telephone: (201) 488-8200
Email:  dclarke@pashmanstein.com
       leisenberg@pashmanstein.com
       dsklar@pashmanstein.com
       kbeilin@pashmanstein.com

*Proposed Counsel to the Debtor*

2