**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Donald W. Clarke
Leah M. Eisenberg
David E. Sklar
Katherine R. Beilin
**PASHMAN STEIN WALDER HAYDEN, P.C.**
21 Main Street, Suite 200
Hackensack, New Jersey 07601
Telephone: (201) 488-8200
Email: dclarke@pashmanstein.com
　　　　leisenberg@pashmanstein.com
　　　　dsklar@pashmanstein.com
　　　　kbeilin@pashmanstein.com

*Proposed Counsel to the Debtor*

| In Re: | Chapter 11 |
| DAVID A. SHABSELS, | Case Number: 26-16530 (CMG) |
| Debtor. | |

**Order Filed on June 30, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

## ORDER EXTENDING TIME TO FILE MISSING SCHEDULES

The relief set forth on the following pages, numbered three (3) through four (4), is **ORDERED**.

**DATED: June 30, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

(Page 2)

Debtors:          David A. Shabsels
Case No.          26-16530 (CMG)
Caption of Order:   Order Extending Time to File Missing Schedules

---

Upon the motion (the "'Motion")[1] of the above-captioned debtor (the "Debtor") for, among other things, entry of an order (this "Order"), authorizing the Debtor to (i) extend the deadline by which the Debtor must file its schedules of assets and liabilities, schedules of executory contracts and expired leases, and statement of financial affairs (the "Schedules") by forty (40) days from the Petition Date (as defined herein), to and including July 14, 2026, without prejudice to the Debtor's ability to request additional extensions for cause shown; and (ii) granting related relief as more fully set forth in the Motion; and this Court having jurisdiction over this matter in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this Chapter 11 Case is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtor's notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED as set forth herein.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

(Page 3)

Debtors:          David A. Shabsels
Case No.          26-16530 (CMG)
Caption of Order:   Order Extending Time to File Missing Schedules

---

2.      Pursuant to section 521 of the Bankruptcy Code and Bankruptcy Rules 1007(c) and 9006(b), the time by which the Debtor shall file the Schedules is extended to a total of 40 days from the petition date to and including July 14, 2026. Such extension is without prejudice to the Debtor's right to file a motion with this Court seeking further extension.

3.      All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006.

4.      Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of the Bankruptcy Rules and Local Rules are satisfied by such notice.

5.      The requirement set forth in Local Rule 9013-1(a)(3) that any motion be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Motion or otherwise waived by entry of this Order.

6.      The Debtor is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

7.      The Debtor shall serve a copy of this Order on all parties required to receive such service.

(Page 4)

Debtors:          David A. Shabsels
Case No.          26-16530 (CMG)
Caption of Order:  Order Extending Time to File Missing Schedules

8.  This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.