

**Don Clarke**
Partner
Court Plaza South, East Wing
21 Main Street, Suite 200
Hackensack, NJ 07601
Direct: 201.373.2060
Fax: 201.488.5556
dclarke@pashmanstein.com

July 13, 2026

Chief Judge Christine M. Gravelle
United States Bankruptcy Court
District of New Jersey
402 East State Street, Courtroom #3
Trenton, New Jersey 08608

***Re: David A. Shabsel, Case No. 26-16530 (CMG) – Continuation of § 341 Meeting***

Dear Chief Judge Gravelle:

The Debtor writes to inform Your Honor that the Debtor and Office of the United States Trustee have agreed to adjourn the Debtor's § 341 meeting of creditors to July 27, 2026, at 1:00 p.m. (ET). Parties wishing to attend may do so via Zoom by visiting https://www.join.zoom.us, Meeting ID 165 328 01361, Passcode 1042544782, or by calling 1-551-285-1373.

A copy of this letter will be sent to the Debtor's 20 largest unsecured creditors and all parties that have entered an appearance and requested notices in this case.

Respectfully submitted,

*/s/ Don Clarke*
Don Clarke
Partner

DC: gk