**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Donald W. Clarke
Leah M. Eisenberg
David E. Sklar
Katherine R. Beilin
**PASHMAN STEIN WALDER HAYDEN, P.C.**
21 Main Street, Suite 200
Hackensack, New Jersey 07601
Telephone: (201) 488-8200
Email: dclarke@pashmanstein.com
     leisenberg@pashmanstein.com
     dsklar@pashmanstein.com
     kbeilin@pashmanstein.com

*Counsel to the Debtor*

| | |
|---|---|
| In Re: | Chapter 11 |
| **DAVID A. SHABSELS,** | Case Number: 26-16530 (CMG) |
|     Debtor. | |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, AND DISCLAIMERS REGARDING DEBTOR'S SCHEDULES AND STATEMENTS

The Schedules of Assets and Liabilities (collectively with attachments, the "Schedules") and the Statements of Financial Affairs (collectively with attachments, the "Statements," and together with the Schedules, the "Schedules and Statements") filed by the debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case (this "Chapter 11 Case") were prepared pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by management of the Debtor, with the assistance of Debtor's advisors.

These *Global Notes and Statement of Limitations, Methodologies, and Disclaimers Regarding Debtor's Schedules and Statements* (the "Global Notes") are incorporated, as if stated in full therein, in the Debtor's Schedules and Statements. The Global Notes are in addition to the specific notes set forth below or within the Schedules and Statements (the "Specific Notes" and, together with the Global Notes, the "Notes"). These Notes should be referred to, and referenced in connection with, any review of the Schedules and Statements. In the event that the Schedules or Statements differ from any of the Notes as a result of any software limitations in compiling the Schedules or Statements, the Notes shall control.

The Debtor's Schedules and Statements were prepared from financial data that were available to the Debtor. While the Debtor has made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances and based on information that was available

at the time of preparation, inadvertent errors, inaccuracies, or omissions may have occurred, or the Debtor may discover subsequent information that requires material changes to the Schedules and Statements. **The suddenness of the events leading to the filing of the Chapter 11 Case, the complexity of the Debtor's finances, the need to consult with tax professionals yet to be retained, the unavailability of information or limited access to corporate records of the Debtor's business interests, and the truncated timeline with respect to the auction process in the contemporaneously filed corporate bankruptcies of the Debtor's entities reduces the likelihood that the schedules of the Debtor's assets and liabilities are as comprehensive, complete, and reliably accurate as is required of the Debtor under the Bankruptcy Code.** Pursuant to the Debtor's obligations under 18 U.S.C. §§ 152, 1341, 1519, and 3571, and in connection with his good faith attempt to comply with his obligations, the Debtor respectfully provides these Notes and submits that he will continue investigating his assets and liabilities and will amend these Schedules and Statements as more accurate and complete information is obtained.

The Debtor prepared the Schedules and Statements with the assistance of the Debtor's advisors. Because the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that the Schedules and Statements are complete and accurate in all respects.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **David Arthur Shabsels** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | **26-16530** |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information     **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

| Part 1: | **Summarize Your Assets** |
|---|---|

| | **Your assets** Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B.................................................. | $ **7,000,000.00** |
| 1b. Copy line 62, Total personal property, from Schedule A/B...................................... | $ **623,907.56** |
| 1c. Copy line 63, Total of all property on Schedule A/B................................................. | $ **7,623,907.56** |

| Part 2: | **Summarize Your Liabilities** |
|---|---|

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of *Schedule D...* | $ **4,000,000.00** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $ **0.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ **778,079,053.00** |
| **Your total liabilities** | $ **782,079,053.00** |

| Part 3: | **Summarize Your Income and Expenses** |
|---|---|

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*................................................................ | $ **0.00** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*......................................................... | $ **29,299.00** |

| Part 4: | **Answer These Questions for Administrative and Statistical Records** |
|---|---|

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☒ Yes

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☒ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1   **David Arthur Shabsels** _____     Case number *(if known)*   **26-16530**

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                      $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

**Fill in this information to identify your case and this filing:**

Debtor 1     **David Arthur Shabsels**
             First Name            Middle Name            Last Name

Debtor 2
(Spouse, if filing)    First Name            Middle Name            Last Name

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number    **26-16530**

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                                      12/15

In each category, separately list and describe items. List an asset only once.   If an asset fits in more than one category, list the asset in the category where you think it fits best.   Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.    **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☒ Yes.    Where is the property?

1.1

**66 Sheldrake Road**
Street address, if available, or other description

**Scarsdale         NY     10583**
City               State      ZIP Code

**Westchester**
County

**What is the property?** Check all that apply

☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$6,500,000.00** | **$6,500,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Tenants by the Entirety**

☐ **Check if this is community property** (see instructions)

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   **David Arthur Shabsels**                              Case number *(if known)*   **26-16530**

**If you own or have more than one, list here:**

1.2

**500 West 43rd Street, Apt. 27E**
Street address, if available, or other description

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☒ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $1,000,000.00 | $500,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Joint tenant**

☐ **Check if this is community property** (see instructions)

**New York**       **NY**   **10036**
City          State     ZIP Code

**New York**
County

**Other information you wish to add about this item, such as local property identification number:**

**Owned with Michael Shabsels 50% share**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................=>**     | **$7,000,000.00** |

---

**Part 2:   Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☒ No
☐ Yes

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

5 **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................................=>**     | **$0.00** |

---

**Part 3:   Describe Your Personal and   Household Items**

| **Do you own or have any legal or equitable interest in any of the following items?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☒ Yes.   Describe.....

| Furniture | Unknown |
|---|---|
| Art | Unknown |

7. **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
☒ Yes.   Describe.....

Official Form 106A/B                    Schedule A/B: Property                              page 2

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **David Arthur Shabsels** | Case number *(if known)* | **26-16530** |
|---|---|---|---|

| **Electronics** | **$1,500.00** |
|---|---|

8.   **Collectibles of value**
     *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
     ☒ No
     ☐ Yes.   Describe.....

9.   **Equipment for sports and hobbies**
     *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
     ☐ No
     ☒ Yes.   Describe.....

| **Sporting Equipment** | **$700.00** |
|---|---|

10.  **Firearms**
     *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
     ☒ No
     ☐ Yes.   Describe.....

11.  **Clothes**
     *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
     ☐ No
     ☒ Yes.   Describe.....

| **Clothing** | **$3,000.00** |
|---|---|

12.  **Jewelry**
     *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
     ☐ No
     ☒ Yes.   Describe.....

| **Jewelry** | **$3,000.00** |
|---|---|

13.  **Non-farm animals**
     *Examples:* Dogs, cats, birds, horses
     ☒ No
     ☐ Yes.   Describe.....

14.  **Any other personal and household items you did not already list, including any health aids you did not list**
     ☒ No
     ☐ Yes.   Give specific information.....

15.  **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................

| | **$8,200.00** |
|---|---|

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16.  **Cash**
     *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
     ☐ No
     ☒ Yes...........................................................................................................

| | **Cash** | **$300.00** |
|---|---|---|

17.  **Deposits of money**
     *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
     ☐ No
     ☒ Yes........................                                    Institution name:

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **David Arthur Shabsels**                                         Case number (if known)   **26-16530**

| | | | |
|---|---|---|---|
| 17.1. | **Checking** | **Capital One 360**<br>**Account Number: 0499** | **$542,743.88** |
| 17.2. | **Savings** | **Capital One 360** | **$35.00** |
| 17.3. | **Savings** | **Capital One 360**<br>**(Custodial Account for Daughter-Daughter's Property)** | **$0.00** |
| 17.4. | **Other financial account** | **Fidelity**<br>**(Brokerage Account)** | **$172.68** |
| 17.5. | **Savings** | **Capital One 360 Performance Savings**<br>**Account Number: 9970**<br>**(Closed Account)** | **$0.00** |
| 17.6. | **Other financial account** | **Venmo Account** | **$1,650.00** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☒ No
    ☐ Yes..................                    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ☒ Yes.   Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| **Angel Investments**<br>**To be identified** | | % | **Unknown** |
| **SIMAD Holdings LLC** | **% Ownership to be Provided** | % | **Unknown** |
| **SIMAD Ventures LLC** | | % | **Unknown** |
| **DAMIS Holdings LLC** | | % | **Unknown** |
| **DAMIS Ventures LLC** | | % | **Unknown** |
| **Greenvilleland LLC** | | % | **Unknown** |
| **Mill Road Landco LLC** | | % | **Unknown** |
| **Eagles Landing Day Camp LLC** | | % | **Unknown** |
| **7335 Gladiolus LLC** | | % | **Unknown** |
| **MRJ Realty LLC** | | % | **Unknown** |
| **1401 US Hwy 49B Real Estate LLC** | | % | **Unknown** |
| **1912 Memorial Drive Real Estate LLC** | | % | **Unknown** |
| **Affiliated Saginaw Development LLC** | | % | **Unknown** |
| **Amalgamated Houston Holdings LLC** | | % | **Unknown** |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor 1    **David Arthur Shabsels**                                    Case number *(if known)*  **26-16530**

| | | |
|---|---|---|
| **Chateaugay Campco LLC** | _____ % | **Unknown** |
| **Chateaugay Landco LLC** | _____ % | **Unknown** |
| **Development Associates of Benton Harbor** | _____ % | **Unknown** |
| **Shab Operating Inc.** | _____ % | **Unknown** |
| **Bahs Operating Inc. (Camp Chen-A-Wanda)** | _____ % | **Unknown** |
| **Camp Med-O-Lark Inc.** | _____ % | **Unknown** |
| **Mohawk Country Home School Inc.** | _____ % | **Unknown** |
| **Willow Lake Land Corp.** | _____ % | **Unknown** |
| **Mountainscapes Capital Investment Trust** | _____ % | **Unknown** |
| **Oak Tree Property Trust** | _____ % | **Unknown** |
| **DAMIS, and certain jointly admin debtors**<br>**Michael P. Pompeo for CRO Perry Mandarino**<br>**Faegre Drinker Biddle & Reath LLP** | _____ % | **Unknown** |
| **SIMAD and certain jointly admin. debtors**<br>**Michael D. Sirota for Assaf Ravid Cole Schotz**<br>**P.C.** | _____ % | **Unknown** |

20.  **Government and corporate bonds and other negotiable and non-negotiable instruments**
     *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
     *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
     ☒ No
     ☐ Yes. Give specific information about them

                              Issuer name:

21.  **Retirement or pension accounts**
     *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
     ☐ No
     ☒ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **IRA** | **Fidelity** | **$38,806.00** |
| **IRA** | **Chase** | **$8,000.00** |

22.  **Security deposits and prepayments**
     Your share of all unused deposits you have made so that you may continue service or use from a company
     *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
     ☐ No
     ☒ Yes. .....................

| | Institution name or individual: | |
|---|---|---|
| **Rental Deposit** | **Harvey Ross**<br>**(Lease Residential House)** | **$24,000.00** |

23.  **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
     ☒ No
     ☐ Yes.............       Issuer name and description.

24.  **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
     26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
     ☒ No
     ☐ Yes.............       Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25.  **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
     ☐ No
     ☒ Yes.   Give specific information about them...

| Debtor 1 | David Arthur Shabsels | Case number *(if known)* | 26-16530 |
|---|---|---|---|

| **Trust Income** | **Unknown** |
|---|---|

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ☒ No
    ☐ Yes.   Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☒ No
    ☐ Yes.   Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ☒ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ☒ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,   workers' compensation, Social Security
            benefits; unpaid loans you made to someone else
    ☒ No
    ☐ Yes.   Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☒ No
    ☐ Yes. Name the insurance company of each policy and list its value.

|  | Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|---|

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ☒ No
    ☐ Yes.   Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☐ No
    ☒ Yes.   Describe each claim.........

| Michael Shabsels Claims Related to Operations and/or financing of business interests | Unknown |
|---|---|
| Potential claims against those Certain MCA lenders to DAMIS and SIMAD entities and affiliates | Unknown |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☒ No
    ☐ Yes.   Describe each claim.........

35. **Any financial assets you did not already list**
    ☒ No
    ☐ Yes.   Give specific information..

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **David Arthur Shabsels** | Case number *(if known)* | **26-16530** |
|---|---|---|---|

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................................

**$615,707.56**

**Part 5:** **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**
☒ No. Go to Part 6.
☐ Yes.   Go to line 38.

**Part 6:** **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☒ No. Go to Part 7.
☐ Yes.   Go to line 47.

**Part 7:** **Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
☒ No
☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................

**$0.00**

**Part 8:** **List the Totals of Each Part of this Form**

55. **Part 1: Total real estate, line 2** ............................................................................................................

**$7,000,000.00**

| | | |
|---|---|---|
| 56. **Part 2: Total vehicles, line 5** | $0.00 | |
| 57. **Part 3: Total personal and household items, line 15** | $8,200.00 | |
| 58. **Part 4: Total financial assets, line 36** | $615,707.56 | |
| 59. **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. **Part 7: Total other property not listed, line 54** | + $0.00 | |

62. **Total personal property.** Add lines 56 through 61...   **$623,907.56**   Copy personal property total   **$623,907.56**

63. **Total of all property on Schedule A/B**. Add line 55 + line 62

**$7,623,907.56**

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **David Arthur Shabsels** |
| | First Name · Middle Name · Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name · Middle Name · Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | **26-16530** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

**4/25**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions.     11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.     11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | | Specific laws that allow exemption |
|---|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | | |
| **66 Sheldrake Road, Scarsdale, NY 10583** <br> **Westchester County** <br> Line from *Schedule A/B*: **1.1** | **$6,500,000.00** | ☒ **$6,500,000.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | | **NYCPLR § 5206** |
| **Furniture** <br> Line from *Schedule A/B*: **6.1** | **Unknown** | ☒ **$0.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | | **NYCPLR § 5205(a)(5)** |
| **Art** <br> Line from *Schedule A/B*: **6.2** | **Unknown** | ☒ **$0.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | | **NYCPLR § 5205(a)(5)** |
| **Electronics** <br> Line from *Schedule A/B*: **7.1** | **$1,500.00** | ☒ **$1,500.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | | **NYCPLR § 5205(a)(5)** |
| **Sporting Equipment** <br> Line from *Schedule A/B*: **9.1** | **$700.00** | ☒ **$700.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | | **NYCPLR § 5205(a)(5)** |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **David Arthur Shabsels**                                    Case number (if known)   **26-16530**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | | Specific laws that allow exemption |
|---|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | | |
| **Clothing** <br> Line from *Schedule A/B*: **11.1** | **$3,000.00** | ☒ | **$3,000.00** | **NYCPLR § 5205(a)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Jewelry** <br> Line from *Schedule A/B*: **12.1** | **$3,000.00** | ☒ | **$3,000.00** | **NYCPLR § 5205(a)(6)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Fidelity (Brokerage Account)** <br> Line from *Schedule A/B*: **17.4** | **$172.68** | ☒ | **$172.68** | **NY Ret. & Soc.Sec. Law § 110** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $214,000?**
(Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

☐   No

☒   Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☒   No

   ☐   Yes

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **David Arthur Shabsels** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | **26-16530** |

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☒ Yes. Fill in all of the information below.

| **Part 1:** | **List All Secured Claims** |
|---|---|

| 2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.   If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

| 2.1 | **Mizzen Capital II, LP** | **Describe the property that secures the claim:** | **$1,000,000.00** | **$1,000,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**One Stamford Plaza
263 Tresser Blvd, 9th
Floor
Stamford, CT 06901**

Number, Street, City, State & Zip Code

**500 West 43rd Street, Apt. 27E, New York, NY 10036
New York County Owned with Michael Shabsels 50% share**

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____          Last 4 digits of account number _____

| 2.2 | **Mizzen Capital II, LP** | **Describe the property that secures the claim:** | **$3,000,000.00** | **$6,500,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**One Stamford Plaza
263 Tresser Blvd, 9th
Floor
Stamford, CT 06901**

Number, Street, City, State & Zip Code

**66 Sheldrake Road, Scarsdale, NY 10583
Westchester County**

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____          Last 4 digits of account number _____

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$4,000,000.00** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$4,000,000.00** |

Official Form 106D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of 2

| Debtor 1 | **David Arthur Shabsels** | | | Case number (if known) | **26-16530** |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed** |
|---|---|

**Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.**

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **David Arthur Shabsels** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | **26-16530** |

☐ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.   Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

| **Part 1:** | **List All of Your PRIORITY Unsecured Claims** |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**
   ☒ No. Go to Part 2.
   ☐ Yes.

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ☒ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | **Total claim** |
|---|---|---|---|
| **4.1** | **Ace Funding Source LLC** | Last 4 digits of account number _____ | **$7,000,000.00** |
| | Nonpriority Creditor's Name | | |
| | **295 Madison Ave, 12th Floor** **New York, NY 10017** | When was the debt incurred? **Unknown** | |
| | Number Street City State Zip Code | | |
| | **Who incurred the debt?** Check one. | **As of the date you file, the claim is:** Check all that apply | |
| | ☐ Debtor 1 only | ☒ Contingent | |
| | ☐ Debtor 2 only | ☒ Unliquidated | |
| | ☐ Debtor 1 and Debtor 2 only | ☒ Disputed | |
| | ☒ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | |
| | ☐ **Check if this claim is for a   community debt** | ☐ Student loans | |
| | | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| | **Is the claim subject to offset?** | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| | ☒ No | ☒ Other. Specify  **Guarantee Claim** | |
| | ☐ Yes | | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **David Arthur Shabsels**                                          Case number (if known)      **26-16530**

---

| 4.2 | **Agile Lending LLC** | Last 4 digits of account number _____ | **$2,040,000.00** |

Nonpriority Creditor's Name
**244 Madison Ave, Suite 168**
**New York, NY 10016**

**When was the debt incurred?**   **Unknown**

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

| 4.3 | **Agile Lending LLC** | Last 4 digits of account number _____ | **$1,500,000.00** |

Nonpriority Creditor's Name

**When was the debt incurred?**   **Unknown**

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Gurantee Claim**

---

| 4.4 | **American Choice Capital LLC** | Last 4 digits of account number _____ | **$1,499,000.00** |

Nonpriority Creditor's Name

**When was the debt incurred?**   **Unknown**

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

| 4.5 | **American Choice Capital LLC** | Last 4 digits of account number _____ | **$2,550,000.00** |

Nonpriority Creditor's Name
**1967 Wehrle Drive, Suite 1-086**
**Buffalo, NY 14221**

**When was the debt incurred?**   **Unknown**

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **David Arthur Shabsels**                                             Case number (if known)        **26-16530**

---

| 4.6 | **Ascend Bank** | Last 4 digits of account number _____ | **$16,250,000.00** |

Nonpriority Creditor's Name

**One Park Street**
**Guilford, CT 06347**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?**     **Unknown**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

| 4.7 | **Ascend Bank** | Last 4 digits of account number _____ | **$16,250,000.00** |

Nonpriority Creditor's Name


Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?**     **Unknown**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

| 4.8 | **Austin Business Finance, LLC** | Last 4 digits of account number _____ | **$1,335,150.00** |

Nonpriority Creditor's Name

**1949 S. 1-35 Frontage Road, Suite 400**
**Austin, TX 78741**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?**     **Unknown**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

Debtor 1   **David Arthur Shabsels**                                                    Case number (if known)    **26-16530**

---

| 4.9 | **Austin Business Finance, LLC** | Last 4 digits of account number | $1,335,000.00 |

Nonpriority Creditor's Name
**1949 S I-35 Frontage Road**
**Austin, TX 78741**

Number Street City State Zip Code

**When was the debt incurred?**    **Unknown**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

| 4.10 | **Bank Iowa** | Last 4 digits of account number | $14,500,000.00 |

Nonpriority Creditor's Name
**1150 Jordan Creek Parkway**
**West Des Moines, IA 50266**

Number Street City State Zip Code

**When was the debt incurred?**    **Unknown**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

| 4.11 | **Bank Iowa** | Last 4 digits of account number | $500,000.00 |

Nonpriority Creditor's Name
**1150 Jordan Creek Parkway**
**West Des Moines, IA 50266**

Number Street City State Zip Code

**When was the debt incurred?**    **Unknown**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

Debtor 1   **David Arthur Shabsels** | Case number (if known)   **26-16530**

---

**4.12**

| | | |
|---|---|---|
| **Bank Iowa** | **Last 4 digits of account number** _____ | **$912,000.00** |
| Nonpriority Creditor's Name | | |
| **1150 Jordan Creek Parkway** | **When was the debt incurred?**   **Unknown** | |
| **West Des Moines, IA 50266** | | |

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

**4.13**

| | | |
|---|---|---|
| **Bank of America N.A.** | **Last 4 digits of account number** _____ | **$7,200,000.00** |
| Nonpriority Creditor's Name | | |
| **Gateway Village - 900 Building** | **When was the debt incurred?**   **Unknown** | |
| **900 W Trade Street** | | |
| **Charlotte, NC 28255** | | |

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

**4.14**

| | | |
|---|---|---|
| **Bank of America, N.A.** | **Last 4 digits of account number** _____ | **$3,799,068.00** |
| Nonpriority Creditor's Name | | |
| **Gateway Village - 900 Building** | **When was the debt incurred?**   **Unknown** | |
| **900 W Trade Street** | | |
| **Charlotte, NC 28255** | | |

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

Debtor 1  **David Arthur Shabsels**                                        Case number (if known)    **26-16530**

---

**4.15**

**Bank of New Hampshire**
Nonpriority Creditor's Name
**62 Pleasant Street**
**Laconia, NH 03246**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____          **$11,000,000.00**

**When was the debt incurred?**      **Unknown**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

**4.16**

**Bank of New Hampshire**
Nonpriority Creditor's Name
**62 Pleasant Street, Laconia**
**Laconia, NH 03246**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____          **$27,000,000.00**

**When was the debt incurred?**      **Unknown**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

**4.17**

**Bank of New Hampshire**
Nonpriority Creditor's Name
**62 Pleasant Street, Laconia**
**Laconia, NH 03246**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____          **$6,000,000.00**

**When was the debt incurred?**      **Unknown**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

Debtor 1  **David Arthur Shabsels**                     Case number (if known)     **26-16530**

---

**4.18**

**BLOC Funding**
Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____          **$2,235,000.00**

**When was the debt incurred?**     **Unknown**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

**4.19**

**Busey Bank**
Nonpriority Creditor's Name
**7980 Summerlin Lakes Drive**
**Fort Myers, FL 33907**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____          **$4,040,000.00**

**When was the debt incurred?**     **Unknown**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

**4.20**

**Camping Management Corporation**
Nonpriority Creditor's Name
**185 Pine Forest Camp Road**
**Greeley, PA 18425**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____          **$3,860,000.00**

**When was the debt incurred?**     **Unknown**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

Debtor 1  **David Arthur Shabsels**                                            Case number (if known)        **26-16530**

---

| 4.2 1 | **Chateaugay Lake Camp Inc** | Last 4 digits of account number _____ | **$1,045,000.00** |

Nonpriority Creditor's Name

**233 Gadway Road
Merrill, NY 12955**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?**     **Unknown**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

| 4.2 2 | **Clearview Funding Group** | Last 4 digits of account number _____ | **$1,000,000.00** |

Nonpriority Creditor's Name

**515 Broadhollow Road
Melville, NY 11747**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?**     **Unknown**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Gurantee Claim**

---

| 4.2 3 | **Community Bank N.A.** | Last 4 digits of account number _____ | **$2,775,000.00** |

Nonpriority Creditor's Name

**64-70 Market Street
Potsdam, NY 13676**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?**     **Unknown**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

Debtor 1  **David Arthur Shabsels**                                    Case number (if known)      **26-16530**

---

| 4.2 4 | | | |
|---|---|---|---|

**E Advance Sservices LLC**                 Last 4 digits of account number _____                      **$1,459,000.00**
Nonpriority Creditor's Name

                                             **When was the debt incurred?**      **Unknown**

Number Street City State Zip Code            **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☒ Debtor 1 only                              ☒ Contingent
☐ Debtor 2 only                              ☒ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☒ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a   community** ☐ Student loans
**debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims
☒ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                        ☒ Other. Specify  **Guarantee Claim**

---

| 4.2 5 | | | |
|---|---|---|---|

**Easthampton Savings Bank**                 Last 4 digits of account number _____                      **$2,800,000.00**
Nonpriority Creditor's Name
**36 Main Street**                            **When was the debt incurred?**      **Unknown**
**Easthampton, MA 01027**
Number Street City State Zip Code            **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                              ☒ Contingent
☐ Debtor 2 only                              ☒ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☒ Disputed
☒ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a   community** ☐ Student loans
**debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims
☒ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                        ☒ Other. Specify  **Guarantee Claim**

---

| 4.2 6 | | | |
|---|---|---|---|

**Easthampton Savings Bank**                 Last 4 digits of account number _____                      **$6,650,000.00**
Nonpriority Creditor's Name
**36 Main Street**                            **When was the debt incurred?**      **Unknown**
**Easthampton, MA 01027**
Number Street City State Zip Code            **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                              ☒ Contingent
☐ Debtor 2 only                              ☒ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☒ Disputed
☒ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a   community** ☐ Student loans
**debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims
☒ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                        ☒ Other. Specify  **Guarantee Claim**

---

Debtor 1   **David Arthur Shabsels**                                           Case number (if known)        **26-16530**

---

| 4.2 7 | **Easthampton Savings Bank** | Last 4 digits of account number _____ | **$6,750,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**36 Main Street**
**Easthampton, MA 01027**

**When was the debt incurred?**     **Unknown**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   **Guarantee Claim**

---

| 4.2 8 | **Easthampton Savings Bank** | Last 4 digits of account number _____ | **$6,750,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?**     **Unknown**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   **Guarantee Claim**

---

| 4.2 9 | **Fairpark Capital LLC** | Last 4 digits of account number _____ | **$2,500,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**250 E 200 South Unit 1626**
**Salt Lake City, UT 84111**

**When was the debt incurred?**     **Unknown**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   **Guarantee Claim**

---

Debtor 1  **David Arthur Shabsels**                                   Case number (if known)    **26-16530**

---

**4.30**

**Farmers and Merchants State Bank**
Nonpriority Creditor's Name
**1208 W. White River Boulevard, Suite 102**
**Muncie, IN 47303**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____          **$9,200,000.00**

**When was the debt incurred?**    **Unknown**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

**4.31**

**Fidelity Bank**
Nonpriority Creditor's Name
**3829 Veterans Memorial Boulevard**
**Metairie, LA 70002**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____          **$20,000,000.00**

**When was the debt incurred?**    **Unknown**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

**4.32**

**Fidelity Co-Operative Bank**
Nonpriority Creditor's Name
**9 Loeminster Connector**
**Leominster, MA 01453**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____          **$21,000,000.00**

**When was the debt incurred?**    **Unknown**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **David Arthur Shabsels** | Case number (if known) | **26-16530** |

---

**4.3 3**

| | |
|---|---|
| **FinWise Bank** | Last 4 digits of account number _____   $7,500,000.00 |
| Nonpriority Creditor's Name | |
| **4715 Viewridge Avenue, Suite 100** | **When was the debt incurred?   Unknown** |
| **San Diego, CA 92123** | |
| Number Street City State Zip Code | |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

**4.3 4**

| | |
|---|---|
| **First Financial Bank** | Last 4 digits of account number _____   $13,000,000.00 |
| Nonpriority Creditor's Name | |
| **Attn: Mark D. Bicker, Lending Officer** | **When was the debt incurred?   Unknown** |
| **225 Pictoria Drive** | |
| **Cincinnati, OH 45246** | |
| Number Street City State Zip Code | |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

**4.3 5**

| | |
|---|---|
| **First Financial Bank** | Last 4 digits of account number _____   $15,000,000.00 |
| Nonpriority Creditor's Name | |
| **Attn: Mark D. Bicker, Lending Officer** | **When was the debt incurred?   Unknown** |
| **225 Pictoria Drive** | |
| **Cincinnati, OH 45246** | |
| Number Street City State Zip Code | |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **David Arthur Shabsels**                                   Case number (if known)   **26-16530**

---

**4.36**

**First Financial Bank**
Nonpriority Creditor's Name
**400 Pine Street**
**Abilene, TX 79604**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____                    **$8,400,000.00**

**When was the debt incurred?**    **Unknown**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

**4.37**

**First Financial Bank**
Nonpriority Creditor's Name
**Attn: Commercial File**
**225 Pictoria Drive Cincinnati**
**Cincinnati, OH 45246**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____                    **$19,500,000.00**

**When was the debt incurred?**    **Unknown**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

**4.38**

**First Financial Bank**
Nonpriority Creditor's Name
**Attn: Commercial File**
**225 Pictoria Drive**
**Cincinnati, OH 45246**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____                    **$10,450,000.00**

**When was the debt incurred?**    **Unknown**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

Debtor 1   **David Arthur Shabsels**                                                    Case number (if known)      **26-16530**

---

**4.39**

| | | |
|---|---|---|
| **First Financial Bank** | Last 4 digits of account number _____ | **$12,375,000.00** |

Nonpriority Creditor's Name
**Attn: Commercial File**
**225 Pictoria Drive**
**Cincinnati, OH 45246**

When was the debt incurred?   **Unknown**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

**4.40**

| | | |
|---|---|---|
| **First Financial Bank** | Last 4 digits of account number _____ | **$10,800,000.00** |

Nonpriority Creditor's Name
**Attn: Commercial File**
**225 Pictoria Drive**
**Cincinnati, OH 45246**

When was the debt incurred?   **Unknown**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

**4.41**

| | | |
|---|---|---|
| **First Merchants Bank** | Last 4 digits of account number _____ | **$7,200,000.00** |

Nonpriority Creditor's Name
**200 East Jackson Street**
**47305**

When was the debt incurred?   **Unknown**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

Debtor 1   **David Arthur Shabsels**

Case number (if known)   **26-16530**

---

| 4.4 2 | | | |
|---|---|---|---|

**First National Bank of McGregor**
Nonpriority Creditor's Name
**P.O. Box 387, McGregor**
**Mc Gregor, TX 76657**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?**   **Unknown**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

**$5,325,000.00**

---

| 4.4 3 | | | |
|---|---|---|---|

**First National Bank of McGregor**
Nonpriority Creditor's Name
**P.O. Box 387**
**Mc Gregor, TX 76657**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?**   **Unknown**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

**$4,500,000.00**

---

| 4.4 4 | | | |
|---|---|---|---|

**First Technology Federal Credit Union**
Nonpriority Creditor's Name
**PO Box 2100**
**Attention: Commercial Lending**
**Beaverton, OR 97075**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?**   **Unknown**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

**$17,085,000.00**

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

Debtor 1  **David Arthur Shabsels**                                          Case number (if known)      **26-16530**

| 4.4 5 | **First Technology Federal Credit Union** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 2100**
**Attention: Commercial Lending**
**Beaverton, OR 97075**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____        **$13,767,585.00**

**When was the debt incurred?**   **Unknown**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

| 4.4 6 | **First Technology Federal Credit Union** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 2100**
**Attention: Commercial Lending**
**Beaverton, OR 97075**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____        **$28,000,000.00**

**When was the debt incurred?**   **Unknown**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

| 4.4 7 | **Funders App, LLC** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**30 E. Broadway, Suite 203-1216**
**Salt Lake City, UT 84111**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____        **$4,500,000.00**

**When was the debt incurred?**   **Unknown**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor 1  **David Arthur Shabsels**                                        Case number (if known)        **26-16530**

---

| 4.4 8 | **Funding Club LLC** | Last 4 digits of account number _____ | **$2,980,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**915 Middle River Dr, Suite 306
Fort Lauderdale, FL 33304**

When was the debt incurred?     **Unknown**

Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   **Guarantee Claim**

---

| 4.4 9 | **FZA Note Buyers LLC** | Last 4 digits of account number _____ | **$2,725,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**1560 Sawgrass Corporate Parkway, Suite 479
Fort Lauderdale, FL 33323**

When was the debt incurred?     **Unknown**

Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   **Guarantee Claim**

---

| 4.5 0 | **Goba Capital, Inc.** | Last 4 digits of account number _____ | **$4,325,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**1 Alhambra Plaza #1100
Miami, FL 33134**

When was the debt incurred?     **Unknown**

Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   **Guarantee Claim**

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1  **David Arthur Shabsels**      Case number (if known)   **26-16530**

---

**4.5 1**

| **Heartland Bank and Trust Company** | **Last 4 digits of account number** _____ | **$9,600,000.00** |

Nonpriority Creditor's Name

**401 N. Hershey Road**
**Attn: Kurt Rudsinski**
**Bloomington, IL 61702**

**When was the debt incurred?** **Unknown**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Guarantee Claim**

---

**4.5 2**

| **HomeTrust Bank** | **Last 4 digits of account number** _____ | **$2,000,000.00** |

Nonpriority Creditor's Name

**PO Box 950**
**Asheville, NC 28802**

**When was the debt incurred?** **Unknown**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Guarantee Claim**

---

**4.5 3**

| **Inland Bank and Trust** | **Last 4 digits of account number** _____ | **$5,120,000.00** |

Nonpriority Creditor's Name

**2805 Butterfield Road**
**Oak Brook, IL 60523**

**When was the debt incurred?** **Unknown**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Guarantee Claim**

---

Debtor 1  **David Arthur Shabsels**                                    Case number (if known)        **26-16530**

| 4.5 4 | **Iska Investments, Order of Mark Allayev** | Last 4 digits of account number _____ | **$2,000,000.00** |

Nonpriority Creditor's Name
**3323 Northeast 163rd Street, Suite 401**
**North Miami Beach, FL 33160**

When was the debt incurred?   **Unknown**

Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

| 4.5 5 | **Kennebec Savings Bank** | Last 4 digits of account number _____ | **$14,250,000.00** |

Nonpriority Creditor's Name
**150 State Street**
**Augusta, ME 04330**

When was the debt incurred?   **Unknown**

Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

| 4.5 6 | **LNS Group LLC** | Last 4 digits of account number _____ | **$8,835,000.00** |

Nonpriority Creditor's Name

When was the debt incurred?   **Unknown**

Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor 1   **David Arthur Shabsels**                                      Case number (if known)    **26-16530**

---

| 4.57 | | | |
|---|---|---|---|

**Max Credit Union**

Nonpriority Creditor's Name

**P.O. Box 244040**
**Montgomery, AL 36124**

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**     **Unknown**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

**$5,600,000.00**

---

| 4.58 | | | |
|---|---|---|---|

**Metropolitan Partners Grp Administration**

Nonpriority Creditor's Name

**850 Third Avenue, 18th Floor, New York, NY 10022**
**Attn: Paul Lisiak**
**New York, NY 10022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**     **Unknown**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

**$50,000,000.00**

---

| 4.59 | | | |
|---|---|---|---|

**Michael Shabsels**

Nonpriority Creditor's Name

**444 East 58th Street, Apt. 8A**
**New York, NY 10022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Potential Claim for Rental Income**

**$0.00**

---

Debtor 1   **David Arthur Shabsels**                                    Case number (if known)        **26-16530**

---

| 4.60 | | | |
|---|---|---|---|

**Mizzen Capital II, LP**                                    Last 4 digits of account number _____                **$5,000,000.00**
Nonpriority Creditor's Name
**One Stamford Plaza**                                       **When was the debt incurred?**        **Unknown**
**263 Tresser Blvd, 9th Floor**
**Stamford, CT 06901**
Number Street City State Zip Code                            **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                             ☒ Contingent
☐ Debtor 2 only                                             ☒ Unliquidated
☐ Debtor 1 and Debtor 2 only                               ☒ Disputed
☒ At least one of the debtors and another                  **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a   community**             ☐ Student loans
**debt**                                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                         report as priority claims
☒ No                                                        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                       ☒ Other. Specify   **Guarantee Claim**

---

| 4.61 | | | |
|---|---|---|---|

**Mizzen Capital II, LP**                                    Last 4 digits of account number _____                **$1,000,000.00**
Nonpriority Creditor's Name
**One Stamford Plaza**                                       **When was the debt incurred?**        **Unknown**
**263 Tresser Blvd, 9th Floor**
**Stamford, CT 06901**
Number Street City State Zip Code                            **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                             ☒ Contingent
☐ Debtor 2 only                                             ☒ Unliquidated
☐ Debtor 1 and Debtor 2 only                               ☒ Disputed
☒ At least one of the debtors and another                  **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a   community**             ☐ Student loans
**debt**                                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                         report as priority claims
☒ No                                                        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                       ☒ Other. Specify   **Guarantee Claim**

---

| 4.62 | | | |
|---|---|---|---|

**Mizzen Capital LP**                                        Last 4 digits of account number _____                **$5,200,000.00**
Nonpriority Creditor's Name
**One Stamford Plaza**                                       **When was the debt incurred?**        **Unknown**
**263 Tresser Blvd, 9th Floor**
**Stamford, CT 06901**
Number Street City State Zip Code                            **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                             ☒ Contingent
☐ Debtor 2 only                                             ☒ Unliquidated
☐ Debtor 1 and Debtor 2 only                               ☒ Disputed
☒ At least one of the debtors and another                  **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a   community**             ☐ Student loans
**debt**                                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                         report as priority claims
☒ No                                                        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                       ☒ Other. Specify   **Guarantee Claim**

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1   **David Arthur Shabsels** _____   Case number (if known)   **26-16530**

---

| 4.6 3 | **Mizzen Capital LP; Mizzen Capital II LP** | Last 4 digits of account number _____ | **$10,000,000.00** |

Nonpriority Creditor's Name
**One Stamford Plaza
263 Tresser Blvd, 9th Floor
Stamford, CT 06901**

When was the debt incurred?   **Unknown**

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

| 4.6 4 | **NBT Bank N.A.** | Last 4 digits of account number _____ | **$8,000,000.00** |

Nonpriority Creditor's Name
**701 Route 9, Suite 7
Fishkill, NY 12526**

When was the debt incurred?   **Unknown**

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

| 4.6 5 | **Newco Capital Group VI LLC** | Last 4 digits of account number _____ | **$12,000,000.00** |

Nonpriority Creditor's Name
**One Whitehall Street, 2nd Floor
New York, NY 10004**

When was the debt incurred?   **Unknown**

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

Debtor 1   **David Arthur Shabsels**        Case number (if known)    **26-16530**

---

| 4.6 6 | **North Avenue Capital** | Last 4 digits of account number | $9,500,000.00 |

Nonpriority Creditor's Name
**818 A1A N #300**
**Ponte Vedra Beach, FL 32082**
Number Street City State Zip Code

**When was the debt incurred?**    **Unknown**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

| 4.6 7 | **North Avenue Capital, LLC** | Last 4 digits of account number | $7,300,000.00 |

Nonpriority Creditor's Name

Number Street City State Zip Code

**When was the debt incurred?**    **Unknown**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

| 4.6 8 | **Northern Bank and Trust Company** | Last 4 digits of account number | $39,000,000.00 |

Nonpriority Creditor's Name
**275 Mishawum Road**
**Woburn, MA 01801**
Number Street City State Zip Code

**When was the debt incurred?**    **Unknown**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1  **David Arthur Shabsels**                                    Case number (if known)      **26-16530**

---

**4.69**

**Ocean Funding Corp**
Nonpriority Creditor's Name
**2941 West Cypress Creek Road, Suite 10**
**Fort Lauderdale, FL 33309**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____              **$2,500,000.00**

**When was the debt incurred?**      **Unknown**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Guarantee Claim**

---

**4.70**

**Ocean Funding Corp.**
Nonpriority Creditor's Name
**2941 NW 62nd Street, Suite 201**
**Fort Lauderdale, FL 33309**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____              **$3,000,000.00**

**When was the debt incurred?**      **Unknown**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Guarantee Claim**

---

**4.71**

**Orca Funding LLC**
Nonpriority Creditor's Name
**100 Town Center Drive, Suite 300**
**Oxnard, CA 93036**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____              **$4,000,000.00**

**When was the debt incurred?**      **Unknown**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Guarantee Claim**

---

Debtor 1  **David Arthur Shabsels**                                     Case number (if known)        **26-16530**

---

| 4.7 2 | **OrcaFunding LLC** | Last 4 digits of account number _____ | **$1,400,000.00** |

Nonpriority Creditor's Name
**33 East 33rd Street**
**New York, NY 10016**

When was the debt incurred?    **Unknown**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☒ No

☐ Yes

☒ Other. Specify    **Guarantee Claim**

---

| 4.7 3 | **Provident Bank** | Last 4 digits of account number _____ | **$1,800,000.00** |

Nonpriority Creditor's Name
**10 Woodbridge Center Drive, 3rd**
**Floor**
**Woodbridge, NJ 07095**

When was the debt incurred?    **Unknown**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☒ No

☐ Yes

☒ Other. Specify    **Guarantee Claim**

---

| 4.7 4 | **Putnam County Savings Bank** | Last 4 digits of account number _____ | **$1,300,000.00** |

Nonpriority Creditor's Name
**2477 Route 6, Brewster**
**Brewster, NY 10509**

When was the debt incurred?    **Unknown**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☒ No

☐ Yes

☒ Other. Specify    **Guarantee Claim**

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   **David Arthur Shabsels**                                   Case number (if known)      **26-16530**

---

| 4.7 5 | **Putnam County Savings Bank** | | **$300,000.00** |

**Putnam County Savings Bank**
Nonpriority Creditor's Name
**2477 Route 6, Brewster**
**Brewster, NY 10509**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____          **$300,000.00**

**When was the debt incurred?**      **Unknown**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

| 4.7 6 | **Redstone Advance Inc.** | | **$3,500,000.00** |

**Redstone Advance Inc.**
Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____          **$3,500,000.00**

**When was the debt incurred?**      **Unknown**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

| 4.7 7 | **S and T Bank** | | **$14,475,000.00** |

**S and T Bank**
Nonpriority Creditor's Name
**Attn: Kathryn L. Wix, Vice President,**
**205 Granite Run Drive, Suite 380**
**Lancaster, PA 17601**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____          **$14,475,000.00**

**When was the debt incurred?**      **Unknown**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **David Arthur Shabsels**                                           Case number (if known)      **26-16530**

---

| 4.7 8 | **Southern State Bank** | Last 4 digits of account number _____ | **$10,000,000.00** |

Nonpriority Creditor's Name
**20 Oak Hill Boulevard**
**Newnan, GA 30265**

Number Street City State Zip Code

**When was the debt incurred?**   **Unknown**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

| 4.7 9 | **The Bank of Greene County** | Last 4 digits of account number _____ | **$246,000.00** |

Nonpriority Creditor's Name
**341 Main Street**
**Catskill, NY 12414**

Number Street City State Zip Code

**When was the debt incurred?**   **Unknown**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

| 4.8 0 | **The Merchant Marketplace Holdings Corp.** | Last 4 digits of account number _____ | **$1,350,000.00** |

Nonpriority Creditor's Name
**2777 Summer Street, Ste 501**
**Stamford, CT 06905**

Number Street City State Zip Code

**When was the debt incurred?**   **Unknown**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

Debtor 1  **David Arthur Shabsels**                                      Case number (if known)      **26-16530**

| 4.8 1 | **The Merchant Marketplace Holdings Corp.** | | |
|---|---|---|---|

**The Merchant Marketplace Holdings Corp.**
Nonpriority Creditor's Name
**2777 Summer Street, Ste 501**
**Stamford, CT 06905**
Number Street City State Zip Code

Last 4 digits of account number _____      **$675,000.00**

When was the debt incurred?      **Unknown**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

| 4.8 2 | **The Merchant Marketplace Holdings Corp.** | | |
|---|---|---|---|

**The Merchant Marketplace Holdings Corp.**
Nonpriority Creditor's Name
**2777 Summer Street, Ste 501**
**Stamford, CT 06905**
Number Street City State Zip Code

Last 4 digits of account number _____      **$2,500,000.00**

When was the debt incurred?      **Unknown**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

| 4.8 3 | **The Merchant Marketplace Holdings Corp.** | | |
|---|---|---|---|

**The Merchant Marketplace Holdings Corp.**
Nonpriority Creditor's Name
**2777 Summer Street, Ste 501**
**Stamford, CT 06905**
Number Street City State Zip Code

Last 4 digits of account number _____      **$1,350,000.00**

When was the debt incurred?      **Unknown**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

Debtor 1   **David Arthur Shabsels**                                    Case number (if known)      **26-16530**

---

| 4.8 4 | **Tideway Capital Funding LLC** | Last 4 digits of account number _____ | **$4,500,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**55 Northern Boulevard, Suite 202**
**Great Neck, NY 11021**

**When was the debt incurred?**      **Unknown**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

| 4.8 5 | **Transparency Advance** | Last 4 digits of account number _____ | **$3,750,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**29 W 36th Street**
**New York, NY 10018**

**When was the debt incurred?**      **Unknown**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

| 4.8 6 | **Tristate Capital Bank** | Last 4 digits of account number _____ | **$28,000,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: CRE Loan Administration**
**One Oxford Centre, Suite 2700**
**Pittsburgh, PA 15219**

**When was the debt incurred?**      **Unknown**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  **David Arthur Shabsels**                                    Case number (if known)      **26-16530**

---

**4.8
7**

**Vault 26 Capital LLC**
Nonpriority Creditor's Name
**175 Great Neck Road, Suite 203
Great Neck, NY 11021**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____                          **$3,000,000.00**

**When was the debt incurred?**      **Unknown**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Guarantee Claim**

---

**4.8
8**

**Vault 26 Capital LLC**
Nonpriority Creditor's Name
**175 Great Neck Road, Suite 203
Great Neck, NY 11021**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____                          **$1,500,000.00**

**When was the debt incurred?**      **Gurantee Claim**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Unknown**

---

**4.8
9**

**Visions Federal Credit Union**
Nonpriority Creditor's Name
**24 McKinley Avenue
Attn: Member Business Loans
Endicott, NY 13760**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____                          **$18,650,000.00**

**When was the debt incurred?**      **Unknown**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Guarantee Claim**

---

Debtor 1   **David Arthur Shabsels** | Case number (if known)   **26-16530**

---

**4.90**

**Wayne Bank**
Nonpriority Creditor's Name
**717 Main Street**
**Honesdale, PA 18431**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____          **$2,975,000.00**

**When was the debt incurred?**   **Unknown**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

**4.91**

**Wayne Bank**
Nonpriority Creditor's Name
**145 West Main Street**
**Cambridge City, IN 47327**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____          **$15,312,000.00**

**When was the debt incurred?**   **Unknown**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

**4.92**

**Wayne Bank**
Nonpriority Creditor's Name
**717 Main Street, Honesdale**
**Honesdale, PA 18431**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____          **$6,288,000.00**

**When was the debt incurred?**   **Unknown**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1   **David Arthur Shabsels**                                        Case number (if known)        **26-16530**

---

| 4.9 3 | **Wayne Bank** | Last 4 digits of account number _____ | **$7,500,000.00** |

Nonpriority Creditor's Name
**717 Main Street**
**Honesdale, PA 18431**

When was the debt incurred?        **Unknown**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

| 4.9 4 | **Wayne Bank** | Last 4 digits of account number _____ | **$8,500,000.00** |

Nonpriority Creditor's Name
**717 Main Street**
**Honesdale, PA 18431**

When was the debt incurred?        **Unknown**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Claim**

---

| 4.9 5 | **Windsor Federal Credit Savings and Loan** | Last 4 digits of account number _____ | **$6,825,000.00** |

Nonpriority Creditor's Name
**250 Broad Street**
**Windsor, CT 06095**

When was the debt incurred?        **Unknown**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guarantee Loan**

---

Debtor 1 **David Arthur Shabsels**                                      Case number (if known)      **26-16530**

---

**4.9 6**

**Woodforest National Bank**                    Last 4 digits of account number _____                    $19,500,000.00
Nonpriority Creditor's Name
**P.O. Box 7889**                               When was the debt incurred?    **Unknown**
**Willis, TX 77378**
Number Street City State Zip Code               As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                 ☒ Contingent
☐ Debtor 2 only                                 ☒ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ☒ Disputed
☒ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a   community**  ☐ Student loans
**debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**             report as priority claims
☒ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                           ☒ Other. Specify   **Guarantee Claim**

---

**4.9 7**

**Wynwood Capital Group LLC**                   Last 4 digits of account number _____                    $3,000,000.00
Nonpriority Creditor's Name
                                                When was the debt incurred?    **Unknown**

Number Street City State Zip Code               As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                 ☒ Contingent
☐ Debtor 2 only                                 ☒ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ☒ Disputed
☒ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a   community**  ☐ Student loans
**debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**             report as priority claims
☒ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                           ☒ Other. Specify   **Guarantee Claim**

---

**4.9 8**

**Wynwood Capital Group LLC**                   Last 4 digits of account number _____                    $5,811,250.00
Nonpriority Creditor's Name
                                                When was the debt incurred?    **Unknown**

Number Street City State Zip Code               As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                 ☒ Contingent
☐ Debtor 2 only                                 ☒ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ☒ Disputed
☒ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a   community**  ☐ Student loans
**debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**             report as priority claims
☒ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                           ☒ Other. Specify   **Guarantee Claim**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Name and Address                                On which entry in Part 1 or Part 2 did you list the original creditor?
**First Financial Bank**                        Line **4.38** of (Check one):          ☐ Part 1: Creditors with Priority Unsecured Claims
**Attn: Mark D. Bicker, Lending**                                                      ☒ Part 2: Creditors with Nonpriority Unsecured Claims
**Officer**
**255 East Fifth Street**

**Cincinnati, OH 45202**
                                                Last 4 digits of account number

---

Name and Address                                On which entry in Part 1 or Part 2 did you list the original creditor?

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor 1 | **David Arthur Shabsels** | | Case number (if known) | **26-16530** |

**First Financial Bank**
**255 East Fifth Street, Suite 800**
**Attn: Mark D. Bicker, Lending**
**Officer**
**Cincinnati, OH 45202**

Line **4.39** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Part 4:      Add the Amounts for Each Type of Unsecured Claim**

6.   Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 778,079,053.00 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 778,079,053.00 |

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **David Arthur Shabsels** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | **26-16530** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules.   You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 **Harvey Ross (Month to Month Lease)**<br>**35 Graham Rd, Scarsdale, NY, 10583-7207**<br>**Scarsdale, NY 10583** | **Current Family Residence** |
| 2.2 **Jason Byrd**<br>**500 West 43rd Street**<br>**New York, NY 10036** | **Manhattan Apartment Owned with Debtor's Brother** |

---

Official Form 106G                    **Schedule G: Executory Contracts and Unexpired Leases**                    Page 1 of 1

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **David Arthur Shabsels** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | **26-16530** |
| (if known) | |

☐ Check if this is an amended filing

# Official Form 106H
# Schedule H: Your Codebtors

**12/15**

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
☒ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☒ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1     **1912 Memorial Dr. Real Estate LLC**<br>       **1912 Memorial Drive**<br>       **Waycross, GA 31501** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.2**__<br>☐ Schedule G _____<br>**Agile Lending LLC** |
| 3.2     **Iafalandco LLC**<br>       **376 Main Street**<br>       **Fryeburg, ME 04037** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.16**__<br>☐ Schedule G _____<br>**Bank of New Hampshire** |
| 3.3     **Iafalandco LLC**<br>       **376 Main Street**<br>       **Fryeburg, ME 04037** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.17**__<br>☐ Schedule G _____<br>**Bank of New Hampshire** |
| 3.4     **Iafalandco LLC**<br>       **376 Main Street**<br>       **Fryeburg, ME 04037** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.2**__<br>☐ Schedule G _____<br>**Agile Lending LLC** |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                  Best Case Bankruptcy

| Debtor 1 | **David Arthur Shabsels** | Case number *(if known)* | **26-16530** |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.5 | **Shab Operating Inc E. Hartford Property** **25 Colonial Drive** **Trumbull, CT 06611** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __4.80__ ☐ Schedule G _____ **The Merchant Marketplace Holdings Corp.** |
| 3.6 | **Wekeeland Lake LLC** **192 Hopkins Road** **Washington, ME 04574** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __4.17__ ☐ Schedule G _____ **Bank of New Hampshire** |
| 3.7 | **Wekeeland LLC** **192 Hopkins Road** **Washington, ME 04574** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __4.16__ ☐ Schedule G _____ **Bank of New Hampshire** |
| 3.8 | **1000 Acres Holdings LLC** **465 Warrensburg Road** **Stony Creek, NY 12878** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __4.2__ ☐ Schedule G _____ **Agile Lending LLC** |
| 3.9 | **1101 East Glendale Blvd. Real Estate LLC** **1101 E. Glendale Boulevard** **Valparaiso, IN 46383** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __4.29__ ☐ Schedule G _____ **Fairpark Capital LLC** |
| 3.10 | **1101 East Glendale Boulevard Leasing LLC** **1101 E. Glendale Boulevard** **Valparaiso, IN 46383** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __4.29__ ☐ Schedule G _____ **Fairpark Capital LLC** |
| 3.11 | **1101 East Glendale Boulevard Real Estate** **1100 Glendale Avenue** **Valparaiso, IN 46383** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __4.85__ ☐ Schedule G _____ **Transparency Advance** |
| 3.12 | **11200 West Florissant Avenue Leasing LLC** **11200-11298 West Florissant Avenue** **Florissant, MO 63033** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __4.27__ ☐ Schedule G _____ **Easthampton Savings Bank** |
| 3.13 | **11200 West Florissant Avenue LLC** **11200-11298 West Florissant Avenue** **Florissant, MO 63033** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __4.71__ ☐ Schedule G _____ **Orca Funding LLC** |

| Debtor 1 | **David Arthur Shabsels** | Case number *(if known)* | **26-16530** |
|---|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.14 **11200 West Florissant Avenue Realty LLC**<br>**11200-11298 West Florissant Avenue**<br>**Florissant, MO 63033** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.27**__<br>☐ Schedule G _____<br>**Easthampton Savings Bank** |
| 3.15 **11200 West Florissant Avenue Realty LLC**<br>**11200-11298 West Florissant Avenue**<br>**Florissant, MO 63033** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.85**__<br>☐ Schedule G _____<br>**Transparency Advance** |
| 3.16 **11200 West Florissant Avenue Realty LLC**<br>**11200-11298 West Florissant Avenue**<br>**Florissant, MO 63033** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.72**__<br>☐ Schedule G _____<br>**OrcaFunding LLC** |
| 3.17 **1133 Northwest L Street Leasing LLC**<br>**444 East 58th Street, Apt 3C**<br>**New York, NY 10022** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.29**__<br>☐ Schedule G _____<br>**Fairpark Capital LLC** |
| 3.18 **1133 Northwest L Street Real Estate LLC**<br>**444 East 58th Street, Apt 3C**<br>**New York, NY 10020** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.53**__<br>☐ Schedule G _____<br>**Inland Bank and Trust** |
| 3.19 **1133 Northwest L Street Real Estate LLC**<br>**444 East 58th Street, Apt 3C**<br>**New York, NY 10022** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.29**__<br>☐ Schedule G _____<br>**Fairpark Capital LLC** |
| 3.20 **1133 Northwest L Street Real Estate LLC**<br>**444 East 58th Street, Apt 3C**<br>**New York, NY 10022** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.85**__<br>☐ Schedule G _____<br>**Transparency Advance** |
| 3.21 **1133 Northwest Street Leasing**<br>**444 East 58th Street, Apt 3C**<br>**New York, NY 10022** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.53**__<br>☐ Schedule G _____<br>**Inland Bank and Trust** |

| Debtor 1 | **David Arthur Shabsels** | | Case number *(if known)* | **26-16530** |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

---

3.22 **1135 East Chocolate Ave. Real Estate LLC**
**1135 East Chocolate Avenue**
**Hershey, PA 17033**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.90**__
☐ Schedule G _____
**Wayne Bank**

---

3.23 **1135 East Chocolate Avenue Leasing LLC**
**1135 E. Chocolate Avenue**
**Hershey, PA 17033**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.90**__
☐ Schedule G _____
**Wayne Bank**

---

3.24 **12 Cambridge Drive Leasing LLC**
**50 Quality Street, #110357**
**Trumbull, CT 06611**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.25**__
☐ Schedule G _____
**Easthampton Savings Bank**

---

3.25 **12 Cambridge Drive Leasing LLC**
**50 Quality Street, #110357**
**Trumbull, CT 06611**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.85**__
☐ Schedule G _____
**Transparency Advance**

---

3.26 **12 Cambridge Drive Realty LLC**
**50 Quality Street, #110357**
**Trumbull, CT 06611**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.25**__
☐ Schedule G _____
**Easthampton Savings Bank**

---

3.27 **1323 Augusta W. Parkway Real Estate LLC**
**1323 Augusta West Parkway,**
**Augusta, GA 30909**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.78**__
☐ Schedule G _____
**Southern State Bank**

---

3.28 **1323 Augusta West Parkway Leasing LLC**
**1323 Augusta West Parkway**
**Augusta, GA 30909**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.78**__
☐ Schedule G _____
**Southern State Bank**

---

3.29 **1323 Augusta West Parkway Leasing LLC**
**1323 Augusta West Parkway**
**Augusta, GA 30909**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.2**__
☐ Schedule G _____
**Agile Lending LLC**

---

3.30 **1401 1 US Highway 49 B Real Estate LLC**
**1401 US Highway 49B**
**Paragould, AR 72450**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.29**__
☐ Schedule G _____
**Fairpark Capital LLC**

---

| Debtor 1 | **David Arthur Shabsels** | Case number *(if known)* | **26-16530** |
|---|---|---|---|

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.31 **1401 US Highway 49B Real Estate LLC**
**1401 US Highway 49B73**
**East Valley Brook Road**
**Long Valley, NJ 07853**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.66**___
☐ Schedule G _____
**North Avenue Capital**

---

3.32 **1401 US Highway 49B Real Estate LLC**
**1401 US Highway 49B73**
**East Valley Brook Road**
**Long Valley, NJ 07853**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.85**___
☐ Schedule G _____
**Transparency Advance**

---

3.33 **1401 US Highway 49B Real Estate LLC**
**1401 US Highway 49B73**
**East Valley Brook Road**
**Long Valley, NJ 07853**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.2**___
☐ Schedule G _____
**Agile Lending LLC**

---

3.34 **149 Emerald Street Leasing LLC**
**149 Emerald Street**
**Keene, NH 03431**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.26**___
☐ Schedule G _____
**Easthampton Savings Bank**

---

3.35 **149 Emerald Street Leasing LLC**
**149 Emerald Street**
**Keene, NH 03431**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.29**___
☐ Schedule G _____
**Fairpark Capital LLC**

---

3.36 **149 Emerald Street Leasing LLC**
**149 Emerald Street**
**Keene, NH 03431**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.2**___
☐ Schedule G _____
**Agile Lending LLC**

---

3.37 **149 Emerald Street Owner LLC**
**149 Emerald Street**
**Keene, NH 03431**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.2**___
☐ Schedule G _____
**Agile Lending LLC**

---

3.38 **149 Emerald Street Real Estate LLC**
**149 Emerald Street**
**Keene, NH 03431**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.26**___
☐ Schedule G _____
**Easthampton Savings Bank**

---

| Debtor 1 | **David Arthur Shabsels** | Case number *(if known)* | **26-16530** |
|---|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.39 **149 Emerald Street Real Estate LLC** **149 Emerald Street** **Keene, NH 03431** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __**4.29**__ ☐ Schedule G _____ **Fairpark Capital LLC** |
| 3.40 **149 Emerald Street Real Estate LLC** **149 Emerald Street** **Keene, NH 03431** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __**4.85**__ ☐ Schedule G _____ **Transparency Advance** |
| 3.41 **149 Washington Avenue Real Estate LLC** **149 Washington Avenue** **Dumont, NJ 07628** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __**4.85**__ ☐ Schedule G _____ **Transparency Advance** |
| 3.42 **1600 Eastchase Parkway Leasing LLC** **1600 Eastchase Parkway** **Fort Worth, TX 76120** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __**4.44**__ ☐ Schedule G _____ **First Technology Federal Credit Union** |
| 3.43 **1600 Eastchase Parkway Real Estate LLC** **1600 Eastchase Parkway** **Fort Worth, TX 76120** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __**4.44**__ ☐ Schedule G _____ **First Technology Federal Credit Union** |
| 3.44 **1750 Wells Real Estate, LLC** **444 East 58th Street, Apt 3C** **New York, NY 10022** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __**4.29**__ ☐ Schedule G _____ **Fairpark Capital LLC** |
| 3.45 **1750 Wells Real Estate, LLC** **444 East 58th Street, Apt 3C** **New York, NY 10022** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __**4.2**__ ☐ Schedule G _____ **Agile Lending LLC** |
| 3.46 **1800 & 4215 Oklahoma Realty LLC** **4215 SE 53rd St.** **Oklahoma City, OK 73135** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __**4.2**__ ☐ Schedule G _____ **Agile Lending LLC** |
| 3.47 **1800 North Rockwell Ave Real Estate LLC** **1800 N Rockwell Avenue** **Bethany, OK 73008** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __**4.85**__ ☐ Schedule G _____ **Transparency Advance** |

| Debtor 1 | **David Arthur Shabsels** | | Case number *(if known)* | **26-16530** |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.48 **180200 Glastonbury Leasing LLC** **29 West High Street** **East Hampton, CT 06424** | ☐ Schedule D, line _____ ☒ Schedule E/F, line ___**4.6**___ ☐ Schedule G _____ **Ascend Bank** |
| 3.49 **180200 Glastonbury Real Estate LLC** **29 West High Street** **East Hampton, CT 06424** | ☐ Schedule D, line _____ ☒ Schedule E/F, line ___**4.6**___ ☐ Schedule G _____ **Ascend Bank** |
| 3.50 **1912 Memorial Drive Real Estate LLC** **1912 Memorial Drive** **Atlanta, GA 30317** | ☐ Schedule D, line _____ ☒ Schedule E/F, line ___**4.85**___ ☐ Schedule G _____ **Transparency Advance** |
| 3.51 **200 Great Pond Drive Real Estate LLC** **200 Great Pond Drive** **Windsor, CT 06095** | ☐ Schedule D, line _____ ☒ Schedule E/F, line ___**4.95**___ ☐ Schedule G _____ **Windsor Federal Credit Savings and Loan** |
| 3.52 **200 Great Pond Drive Real Estate LLC** **200 Great Pond Drive** **Windsor, CT 06095** | ☐ Schedule D, line _____ ☒ Schedule E/F, line ___**4.2**___ ☐ Schedule G _____ **Agile Lending LLC** |
| 3.53 **201 Centre Drive Real Estate LLC** **201 Centre Drive** **Stephens City, VA 22655** | ☐ Schedule D, line _____ ☒ Schedule E/F, line ___**4.85**___ ☐ Schedule G _____ **Transparency Advance** |
| 3.54 **2195 Harlem Road Leasing LLC** **122 East 42nd Street, 18th Floor** **New York, NY 10168** | ☐ Schedule D, line _____ ☒ Schedule E/F, line ___**4.15**___ ☐ Schedule G _____ **Bank of New Hampshire** |
| 3.55 **2195 Harlem Road Leasing LLC** **122 East 42nd Street, 18th Floor** **New York, NY 10168** | ☐ Schedule D, line _____ ☒ Schedule E/F, line ___**4.2**___ ☐ Schedule G _____ **Agile Lending LLC** |

| Debtor 1 | **David Arthur Shabsels** | Case number *(if known)* | **26-16530** |
|---|---|---|---|

---

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.56 **2195 Harlem Road Real Estate LLC**
**122 East 42nd Street, 18th Floor**
**New York, NY 10168**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.15**___
☐ Schedule G _____
**Bank of New Hampshire**

---

3.57 **21974 Coopercreek Road Leasing LLC**
**2974 Coppercreek Rd, Apt B**
**Saint Louis, MO 63136**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.40**___
☐ Schedule G _____
**First Financial Bank**

---

3.58 **2203 Grand Canal Blvd Leasing LLC**
**444 East 58th Street, Apt 3C**
**New York, NY 10022**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.29**___
☐ Schedule G _____
**Fairpark Capital LLC**

---

3.59 **2203 Grand Canal Blvd. Real Estate LLC**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.13**___
☐ Schedule G _____
**Bank of America N.A.**

---

3.60 **2203 Grand Canal Blvd. Real Estate LLC**
**2203-2223 Grand Canal Blvd**
**Stockton, CA 95207**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.2**___
☐ Schedule G _____
**Agile Lending LLC**

---

3.61 **2203 Grand Canal Boulevard**
**2203-2223 Grand Canal Boulevard**
**Stockton, CA 95207**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.85**___
☐ Schedule G _____
**Transparency Advance**

---

3.62 **2203 Grand Canal Boulevard Leasing LLC**
**2203-2223 Grand Canal Boulevard**
**Stockton, CA 95207**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.2**___
☐ Schedule G _____
**Agile Lending LLC**

---

3.63 **2302 Windsong Drive Leasing LLC**
**50 Quality Street, #110357**
**Trumbull, CT 06611**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.30**___
☐ Schedule G _____
**Farmers and Merchants State Bank**

---

3.64 **2302 Windsong Drive Real Estate LLC**
**50 Quality Street, #110357**
**Trumbull, CT 06611**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.30**___
☐ Schedule G _____
**Farmers and Merchants State Bank**

---

| Debtor 1 | **David Arthur Shabsels** | Case number *(if known)* | **26-16530** |
|---|---|---|---|

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.65  **2434 S. Interstate 35E Leasing LLC**
**20a Grove Street**
**C/O Randy Mittasch**
**Hicksville, NY 11801**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.42**___
☐ Schedule G _____
**First National Bank of McGregor**

3.66  **2434 S. Interstate 35E Real Estate LLC**
**20a Grove Street**
**C/O Randy Mittasch**
**Hicksville, NY 11801**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.42**___
☐ Schedule G _____
**First National Bank of McGregor**

3.67  **2434 S. Interstate 35E Real Estate LLC**
**20a Grove Street**
**C/O Randy Mittasch**
**Hicksville, NY 11801**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.29**___
☐ Schedule G _____
**Fairpark Capital LLC**

3.68  **2434 South Interstate 35E Leasing LLC**
**20A Grove Street**
**Hicksville, NY 11801**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.29**___
☐ Schedule G _____
**Fairpark Capital LLC**

3.69  **2434 South Interstate 35E Real Estate**
**20A Grove Street**
**Hicksville, NY 11801**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.2**___
☐ Schedule G _____
**Agile Lending LLC**

3.70  **250 Progressive Leasing LLC**
**256 West Data Drive**
**Draper, UT 84020**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.85**___
☐ Schedule G _____
**Transparency Advance**

3.71  **250 Progressive Leasing LLC**
**256 West Data Drive**
**Draper, UT 84020**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.2**___
☐ Schedule G _____
**Agile Lending LLC**

3.72  **250 Progressive Real Estate LLC**
**256 West Data Drive**
**Draper, UT 84020**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.2**___
☐ Schedule G _____
**Agile Lending LLC**

Debtor 1  **David Arthur Shabsels**          Case number *(if known)*  **26-16530**

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.73 | **2547 Brindel Drive Leasing LLC**<br>**444 East 58th Street, Apt. 3C**<br>**New York, NY 10022** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.77**__<br>☐ Schedule G _____<br>**S and T Bank** |
| 3.74 | **2547 Brindle Drive Leasing LLC**<br>**444 East 58th Street, Apt. 3C**<br>**New York, NY 10022** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.2**__<br>☐ Schedule G _____<br>**Agile Lending LLC** |
| 3.75 | **2547 Brindle Drive Real Estate LLC**<br>**444 East 58th Street, Apt. 3C**<br>**New York, NY 10022** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.77**__<br>☐ Schedule G _____<br>**S and T Bank** |
| 3.76 | **2547 Brindle Drive Real Estate LLC**<br>**444 East 58th Street, Apt. 3C**<br>**New York, NY 10022** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.85**__<br>☐ Schedule G _____<br>**Transparency Advance** |
| 3.77 | **2974 Coopercreek Road Leasing LLC**<br>**50 Quality Street, Unit 110357**<br>**Trumbull, CT 06611** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.38**__<br>☐ Schedule G _____<br>**First Financial Bank** |
| 3.78 | **2974 Coopercreek Road Leasing LLC**<br>**50 Quality Street, Unit 110357**<br>**Trumbull, CT 06611** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.39**__<br>☐ Schedule G _____<br>**First Financial Bank** |
| 3.79 | **2974 Coopercreek Road Leasing LLC**<br>**50 Quality Street, Unit 110357**<br>**Trumbull, CT 06611** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.40**__<br>☐ Schedule G _____<br>**First Financial Bank** |
| 3.80 | **2974 Coopercreek Road Real Estate LLC**<br>**50 Quality Street, Unit 110357**<br>**Trumbull, CT 06611** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.37**__<br>☐ Schedule G _____<br>**First Financial Bank** |
| 3.81 | **2974 Coopercreek Road Real Estate LLC**<br>**50 Quality Street, Unit 110357**<br>**Trumbull, CT 06611** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.38**__<br>☐ Schedule G _____<br>**First Financial Bank** |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1   **David Arthur Shabsels**                                              Case number *(if known)*   **26-16530**

---

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|
| 3.82  **2974 Coopercreek Road Real Estate LLC** <br> **50 Quality Street, Unit 110357** <br> **Trumbull, CT 06611** | ☐ Schedule D, line _____ <br> ☒ Schedule E/F, line ___**4.39**___ <br> ☐ Schedule G _____ <br> **First Financial Bank** |
| 3.83  **2974 Coppercreek Road Leasing LLC** <br> **50 Quality Street, Unit 110357** <br> **Trumbull, CT 06611** | ☐ Schedule D, line _____ <br> ☒ Schedule E/F, line ___**4.37**___ <br> ☐ Schedule G _____ <br> **First Financial Bank** |
| 3.84  **2974 Coppercreek Road Leasing LLC** <br> **50 Quality Street, Unit 110357** <br> **Trumbull, CT 06611** | ☐ Schedule D, line _____ <br> ☒ Schedule E/F, line ___**4.2**___ <br> ☐ Schedule G _____ <br> **Agile Lending LLC** |
| 3.85  **3385 Newmark Drive LLC** <br> **3385 Newmark Drive** <br> **Miamisburg, OH 45342** | ☐ Schedule D, line _____ <br> ☒ Schedule E/F, line ___**4.41**___ <br> ☐ Schedule G _____ <br> **First Merchants Bank** |
| 3.86  **3385 Newmark Drive LLC** <br> **3385 Newmark Drive** <br> **Miamisburg, OH 45342** | ☐ Schedule D, line _____ <br> ☒ Schedule E/F, line ___**4.2**___ <br> ☐ Schedule G _____ <br> **Agile Lending LLC** |
| 3.87  **3412 Tittabawassee Road Real Estate LLC** <br> **186 N. Main Street, 2nd Floor, Suite 1** <br> **Plymouth, MI 48170** | ☐ Schedule D, line _____ <br> ☒ Schedule E/F, line ___**4.36**___ <br> ☐ Schedule G _____ <br> **First Financial Bank** |
| 3.88  **3412 Tittabawassee Road Real Estate LLC** <br> **186 N. Main Street, 2nd Floor, Suite 1** <br> **Plymouth, MI 48170** | ☐ Schedule D, line _____ <br> ☒ Schedule E/F, line ___**4.37**___ <br> ☐ Schedule G _____ <br> **First Financial Bank** |
| 3.89  **3412 Tittabawassee Road Real Estate LLC** <br> **186 N. Main Street, 2nd Floor, Suite 1** <br> **Plymouth, MI 48170** | ☐ Schedule D, line _____ <br> ☒ Schedule E/F, line ___**4.38**___ <br> ☐ Schedule G _____ <br> **First Financial Bank** |

---

| Debtor 1 | **David Arthur Shabsels** | Case number *(if known)* | **26-16530** |

---

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.90 | **3412 Tittabawassee Road Real Estate LLC** **186 N. Main Street, 2nd Floor, Suite 1** **Plymouth, MI 48170** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __**4.39**__ ☐ Schedule G _____ **First Financial Bank** |
| 3.91 | **3412 Tittabawassee Road Real Estate LLC** **186 N. Main Street, 2nd Floor, Suite 1** **Plymouth, MI 48170** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __**4.40**__ ☐ Schedule G _____ **First Financial Bank** |
| 3.92 | **3413 Tittabawassee Road Leasing LLC** **186 N. Main Street, 2nd Floor** **Plymouth, MI 48170** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __**4.34**__ ☐ Schedule G _____ **First Financial Bank** |
| 3.93 | **3413 Tittabawassee Road Leasing LLC** **186 N. Main Street, 2nd Floor** **Plymouth, MI 48170** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __**4.35**__ ☐ Schedule G _____ **First Financial Bank** |
| 3.94 | **3413 Tittabawassee Road Leasing LLC** **186 N. Main Street, 2nd Floor** **Plymouth, MI 48170** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __**4.36**__ ☐ Schedule G _____ **First Financial Bank** |
| 3.95 | **3413 Tittabawassee Road Leasing LLC** **186 N. Main Street, 2nd Floor** **Plymouth, MI 48170** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __**4.37**__ ☐ Schedule G _____ **First Financial Bank** |
| 3.96 | **3413 Tittabawassee Road Leasing LLC** **186 N. Main Street, 2nd Floor** **Plymouth, MI 48170** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __**4.38**__ ☐ Schedule G _____ **First Financial Bank** |
| 3.97 | **3413 Tittabawassee Road Leasing LLC** **186 N. Main Street, 2nd Floor** **Plymouth, MI 48170** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __**4.2**__ ☐ Schedule G _____ **Agile Lending LLC** |
| 3.98 | **3413 Tittabawassee Road Leasing LLC** **186 N. Main Street, 2nd Floor** **Plymouth, MI 48170** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __**4.39**__ ☐ Schedule G _____ **First Financial Bank** |

Debtor 1   **David Arthur Shabsels**          Case number *(if known)*   **26-16530**

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.99   **3413 Tittabawassee Road Leasing LLC**
**186 N. Main Street, 2nd Floor**
**Plymouth, MI 48170**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.40**__
☐ Schedule G _____
**First Financial Bank**

---

3.100   **3413 Tittabawassee Road Leasing LLC**
**3413 Tittabawassee Road**
**Saginaw, MI 48604**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.29**__
☐ Schedule G _____
**Fairpark Capital LLC**

---

3.101   **3413 Tittabawassee Road Real Estate LLC**
**186 N. Main Street, 2nd Floor, Suite 1**
**Plymouth, MI 48170**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.34**__
☐ Schedule G _____
**First Financial Bank**

---

3.102   **3413 Tittabawassee Road Real Estate LLC**
**186 N. Main Street, 2nd Floor, Suite 1**
**Plymouth, MI 48170**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.35**__
☐ Schedule G _____
**First Financial Bank**

---

3.103   **348 Morris Avenue Real Estate LLC**
**50 Quality Street, #110357**
**Trumbull, CT 06611**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.50**__
☐ Schedule G _____
**Goba Capital, Inc.**

---

3.104   **3885 Newmark Drive LLC**
**3385 & 3445 Newmark Drive**
**Miamisburg, OH 45342**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.85**__
☐ Schedule G _____
**Transparency Advance**

---

3.105   **400 Green Road Real Estate LLC**
**50 Quality Street**
**Trumbull, CT 06611**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.34**__
☐ Schedule G _____
**First Financial Bank**

---

3.106   **400 Green Road Real Estate LLC**
**50 Quality Street**
**Trumbull, CT 06611**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.35**__
☐ Schedule G _____
**First Financial Bank**

---

| Debtor 1 | **David Arthur Shabsels** | Case number *(if known)* | **26-16530** |
|---|---|---|---|

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.107 **400 Green Road Real Estate LLC**
**50 Quality Street**
**Trumbull, CT 06611**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.39**___
☐ Schedule G _____
**First Financial Bank**

---

3.108 **400 Green Roads Leasing LLC**
**50 Quality Street**
**Trumbull, CT 06611**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.34**___
☐ Schedule G _____
**First Financial Bank**

---

3.109 **400 Green Roads Leasing LLC**
**50 Quality Street**
**Trumbull, CT 06611**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.35**___
☐ Schedule G _____
**First Financial Bank**

---

3.110 **400 Green Roads Leasing LLC**
**50 Quality Street**
**Trumbull, CT 06611**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.39**___
☐ Schedule G _____
**First Financial Bank**

---

3.111 **400 Greens Road Leasing LLC**
**400 Green Road**
**Houston, TX 77060**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.36**___
☐ Schedule G _____
**First Financial Bank**

---

3.112 **400 Greens Road Leasing LLC**
**400 Green Road**
**Houston, TX 77060**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.37**___
☐ Schedule G _____
**First Financial Bank**

---

3.113 **400 Greens Road Leasing LLC**
**400 Green Road**
**Houston, TX 77060**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.38**___
☐ Schedule G _____
**First Financial Bank**

---

3.114 **400 Greens Road Leasing LLC**
**400 Green Road**
**Houston, TX 77060**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.2**___
☐ Schedule G _____
**Agile Lending LLC**

---

3.115 **400 Greens Road Leasing LLC**
**400 Green Road**
**Houston, TX 77060**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.40**___
☐ Schedule G _____
**First Financial Bank**

---

Debtor 1   **David Arthur Shabsels**                                     Case number *(if known)*   **26-16530**

| | **Additional Page to List More Codebtors** |
|---|---|
| | *Column 1:* **Your codebtor** |

*Column 2:* **The creditor to whom you owe the debt**
Check all schedules that apply:

3.116   **400 Greens Road Real Estate LLC**
     **400 Greens Road**
     **Houston, TX 77060**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.36**__
☐ Schedule G _____
**First Financial Bank**

---

3.117   **400 Greens Road Real Estate LLC**
     **400 Greens Road**
     **Houston, TX 77060**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.37**__
☐ Schedule G _____
**First Financial Bank**

---

3.118   **400 Greens Road Real Estate LLC**
     **400 Greens Road**
     **Houston, TX 77060**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.38**__
☐ Schedule G _____
**First Financial Bank**

---

3.119   **400 Greens Road Real Estate LLC**
     **400 Greens Road**
     **Houston, TX 77060**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.40**__
☐ Schedule G _____
**First Financial Bank**

---

3.120   **4200 Park Avenue Leasing LLC**
     **4200 Park Avenue**
     **Weehawken, NJ 07086**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.10**__
☐ Schedule G _____
**Bank Iowa**

---

3.121   **4200 Park Avenue Leasing LLC**
     **4200 Park Avenue**
     **Weehawken, NJ 07086**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.12**__
☐ Schedule G _____
**Bank Iowa**

---

3.122   **4200 Park Avenue Real Estate LLC**
     **4200 Park Avenue**
     **Weehawken, NJ 07086**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.10**__
☐ Schedule G _____
**Bank Iowa**

---

3.123   **4200 Park Avenue Real Estate LLC**
     **4200 Park Avenue**
     **Weehawken, NJ 07086**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.12**__
☐ Schedule G _____
**Bank Iowa**

---

| Debtor 1 | **David Arthur Shabsels** | Case number *(if known)* | **26-16530** |
| --- | --- | --- | --- |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
| --- | --- |
| 3.124 | **4215 SE 53rd Street Real Estate LLC** **4215 SE 53rd Street** **Oklahoma City, OK 73135** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __**4.85**__ ☐ Schedule G _____ **Transparency Advance** |
| 3.125 | **4328 Bay Road** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __**4.36**__ ☐ Schedule G _____ **First Financial Bank** |
| 3.126 | **4328 Bay Road Leasing LLC** **186 N. Main Street, 2nd Floor, Suite 1** **Plymouth, MI 48170** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __**4.34**__ ☐ Schedule G _____ **First Financial Bank** |
| 3.127 | **4328 Bay Road Leasing LLC** **186 N. Main Street, 2nd Floor, Suite 1** **Plymouth, MI 48170** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __**4.35**__ ☐ Schedule G _____ **First Financial Bank** |
| 3.128 | **4328 Bay Road Leasing LLC** **186 N. Main Street, 2nd Floor, Suite 1** **Plymouth, MI 48170** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __**4.37**__ ☐ Schedule G _____ **First Financial Bank** |
| 3.129 | **4328 Bay Road Leasing LLC** **186 N. Main Street, 2nd Floor, Suite 1** **Plymouth, MI 48170** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __**4.38**__ ☐ Schedule G _____ **First Financial Bank** |
| 3.130 | **4328 Bay Road Leasing LLC** **186 N. Main Street, 2nd Floor, Suite 1** **Plymouth, MI 48170** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __**4.2**__ ☐ Schedule G _____ **Agile Lending LLC** |
| 3.131 | **4328 Bay Road Leasing LLC** **186 N. Main Street, 2nd Floor, Suite 1** **Plymouth, MI 48170** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __**4.39**__ ☐ Schedule G _____ **First Financial Bank** |
| 3.132 | **4328 Bay Road Leasing LLC** **186 N. Main Street, 2nd Floor, Suite 1** **Plymouth, MI 48170** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __**4.40**__ ☐ Schedule G _____ **First Financial Bank** |

| Debtor 1 | **David Arthur Shabsels** | Case number *(if known)* | **26-16530** |
|---|---|---|---|

---

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.13<br>3 | **4328 Bay Road Real Estate LLC**<br>**186 N. Main Street, 2nd Floor, Suite 1**<br>**Plymouth, MI 48170** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.35**___<br>☐ Schedule G _____<br>**First Financial Bank** |
| 3.13<br>4 | **4328 Bay Road Real Estate LLC**<br>**186 N. Main Street, 2nd Floor, Suite 1**<br>**Plymouth, MI 48170** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.36**___<br>☐ Schedule G _____<br>**First Financial Bank** |
| 3.13<br>5 | **4328 Bay Road Real Estate LLC**<br>**186 N. Main Street, 2nd Floor, Suite 1**<br>**Plymouth, MI 48170** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.37**___<br>☐ Schedule G _____<br>**First Financial Bank** |
| 3.13<br>6 | **4328 Bay Road Real Estate LLC**<br>**186 N. Main Street, 2nd Floor, Suite 1**<br>**Plymouth, MI 48170** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.39**___<br>☐ Schedule G _____<br>**First Financial Bank** |
| 3.13<br>7 | **4328 Bay Road Real Estate LLC**<br>**186 N. Main Street, 2nd Floor, Suite 1**<br>**Plymouth, MI 48170** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.40**___<br>☐ Schedule G _____<br>**First Financial Bank** |
| 3.13<br>8 | **44 Southpoint Drive Leasing LLC**<br>**44 Southpoint Drive**<br>**Dorchester, MA 02125** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.32**___<br>☐ Schedule G _____<br>**Fidelity Co-Operative Bank** |
| 3.13<br>9 | **44 Southpoint Drive Real Estate LLC**<br>**44 Southpoint Drive**<br>**Dorchester, MA 02125** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.32**___<br>☐ Schedule G _____<br>**Fidelity Co-Operative Bank** |
| 3.14<br>0 | **45 Commerce Drive Leasing LLC**<br>**45 Commerce Drive**<br>**Augusta, ME 04330** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.55**___<br>☐ Schedule G _____<br>**Kennebec Savings Bank** |

---

| Debtor 1 | **David Arthur Shabsels** | Case number *(if known)* | **26-16530** |
|---|---|---|---|

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.14
1
**45 Commerce Drive Real Estate**
**45 Commerce Drive**
**Augusta, ME 04330**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.55**___
☐ Schedule G _____
**Kennebec Savings Bank**

---

3.14
2
**4650 Westway Park Blvd. Real Estate LLC**
**20a Grove Street Hicksville**
**Hicksville, NY 11801**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.96**___
☐ Schedule G _____
**Woodforest National Bank**

---

3.14
3
**4650 Westway Park Blvd. Real Estate LLC**
**20a Grove Street Hicksville**
**Hicksville, NY 11801**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.29**___
☐ Schedule G _____
**Fairpark Capital LLC**

---

3.14
4
**4650 Westway Park Boulevard Leasing LLC**
**20a Grove Street Hicksville**
**Hicksville, NY 11801**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.96**___
☐ Schedule G _____
**Woodforest National Bank**

---

3.14
5
**4650 Westway Park Boulevard Leasing LLC**
**20a Grove Street Hicksville**
**Hicksville, NY 11801**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.2**___
☐ Schedule G _____
**Agile Lending LLC**

---

3.14
6
**4800 USH 280 Leasing LLC**
**4800 US Highway 280**
**Opelika, AL 36801**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.85**___
☐ Schedule G _____
**Transparency Advance**

---

3.14
7
**4800 USH 280 Leasing LLC**
**4800 US Highway 280**
**Opelika, AL 36801**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.2**___
☐ Schedule G _____
**Agile Lending LLC**

---

3.14
8
**4800 USH 280 Real Estate LLC**
**4800 US Highway 280**
**Opelika, AL 36801**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.57**___
☐ Schedule G _____
**Max Credit Union**

---

3.14
9
**4800 USH 280 Real Estate LLC**
**4800 US Highway 280**
**Opelika, AL 36801**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.2**___
☐ Schedule G _____
**Agile Lending LLC**

---

| Debtor 1 | **David Arthur Shabsels** | Case number *(if known)* | **26-16530** |
|---|---|---|---|

| | | |
|---|---|---|
| | ██ **Additional Page to List More Codebtors** | |
| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| 3.15<br>0 | **4828 Bay Road Real Estate LLC**<br>**186 N. Main Street, 2nd Floor, Suite 1**<br>**Plymouth, MI 48170** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.34**___<br>☐ Schedule G _____<br>**First Financial Bank** |
| 3.15<br>1 | **4828 Bay Road Real Estate LLC**<br>**186 N. Main Street, 2nd Floor, Suite 1**<br>**Plymouth, MI 48170** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.38**___<br>☐ Schedule G _____<br>**First Financial Bank** |
| 3.15<br>2 | **55 Merlino Drive Leasing LLC**<br>**55 Merlino Drive**<br>**Wilkes Barre, PA 18705** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.2**___<br>☐ Schedule G _____<br>**Agile Lending LLC** |
| 3.15<br>3 | **55 Merlino Leasing LLC**<br>**55-43 Myrtle Avenue, Suite 2**<br>**Ridgewood, NY 11385** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.2**___<br>☐ Schedule G _____<br>**Agile Lending LLC** |
| 3.15<br>4 | **5707 MacCorkle Avenue Leasing LLC**<br>**5707 MacCorckle Avenue Southeast**<br>**Charleston, WV 25304** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.37**___<br>☐ Schedule G _____<br>**First Financial Bank** |
| 3.15<br>5 | **5707 MacCorkle Avenue Leasing LLC**<br>**5707 MacCorckle Avenue Southeast**<br>**Charleston, WV 25304** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.38**___<br>☐ Schedule G _____<br>**First Financial Bank** |
| 3.15<br>6 | **5707 MacCorkle Avenue Leasing LLC**<br>**5707 MacCorckle Avenue Southeast**<br>**Charleston, WV 25304** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.29**___<br>☐ Schedule G _____<br>**Fairpark Capital LLC** |
| 3.15<br>7 | **5707 MacCorkle Avenue Leasing LLC**<br>**5707 MacCorckle Avenue Southeast**<br>**Charleston, WV 25304** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.2**___<br>☐ Schedule G _____<br>**Agile Lending LLC** |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **David Arthur Shabsels**                                     Case number *(if known)*   **26-16530**

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.15 8   **5707 MacCorkle Avenue Leasing LLC** **5707 MacCorckle Avenue Southeast** **Charleston, WV 25304** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __**4.39**__ ☐ Schedule G _____ **First Financial Bank** |
| 3.15 9   **5707 MacCorkle Avenue Leasing LLC** **5707 MacCorckle Avenue Southeast** **Charleston, WV 25304** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __**4.40**__ ☐ Schedule G _____ **First Financial Bank** |
| 3.16 0   **5707 MacCorkle Avenue Real Estate LLC** **5707 MacCorckle Avenue Southeast** **Charleston, WV 25304** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __**4.37**__ ☐ Schedule G _____ **First Financial Bank** |
| 3.16 1   **5707 MacCorkle Avenue Real Estate LLC** **5707 MacCorckle Avenue Southeast** **Charleston, WV 25304** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __**4.38**__ ☐ Schedule G _____ **First Financial Bank** |
| 3.16 2   **5707 MacCorkle Avenue Real Estate LLC** **5707 MacCorckle Avenue Southeast** **Charleston, WV 25304** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __**4.29**__ ☐ Schedule G _____ **Fairpark Capital LLC** |
| 3.16 3   **5707 MacCorkle Avenue Real Estate LLC** **5707 MacCorckle Avenue Southeast** **Charleston, WV 25304** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __**4.39**__ ☐ Schedule G _____ **First Financial Bank** |
| 3.16 4   **5707 MacCorkle Avenue Real Estate LLC** **5707 MacCorckle Avenue Southeast** **Charleston, WV 25304** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __**4.40**__ ☐ Schedule G _____ **First Financial Bank** |
| 3.16 5   **6225 Oak Tree Blvd Real Estate LLC** **6225 Oak Tree Blvd** **Independence, OH 44131** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __**4.85**__ ☐ Schedule G _____ **Transparency Advance** |
| 3.16 6   **635 Gravoid Road Leasing LLC** **635 Gravois Road** **Fenton, MO 63026** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __**4.29**__ ☐ Schedule G _____ **Fairpark Capital LLC** |

| Debtor 1 | **David Arthur Shabsels** | Case number *(if known)* | **26-16530** |
|---|---|---|---|

| | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.16<br>7 | **635 Gravois Road Leasing LLC**<br>**635 Gravois Road**<br>**Fenton, MO 63026** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.29**__<br>☐ Schedule G _____<br>**Fairpark Capital LLC** |
| 3.16<br>8 | **635 Gravois Road Leasing LLC**<br>**635 Gravois Road**<br>**Fenton, MO 63026** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.2**__<br>☐ Schedule G _____<br>**Agile Lending LLC** |
| 3.16<br>9 | **635 GRAVOIS ROAD LEASING LLC**<br>**635 Gravois Road**<br>**Fenton, MO 63026** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.29**__<br>☐ Schedule G _____<br>**Fairpark Capital LLC** |
| 3.17<br>0 | **635 GRAVOIS ROAD LEASING LLC**<br>**635 Gravois Road**<br>**Fenton, MO 63026** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.2**__<br>☐ Schedule G _____<br>**Agile Lending LLC** |
| 3.17<br>1 | **635 Gravois Road Real Estate LLC**<br>**635 Gravois Road**<br>**Fenton, MO 63026** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.29**__<br>☐ Schedule G _____<br>**Fairpark Capital LLC** |
| 3.17<br>2 | **635 Gravois Road Real Estate LLC**<br>**635 Gravois Road**<br>**Fenton, MO 63026** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.85**__<br>☐ Schedule G _____<br>**Transparency Advance** |
| 3.17<br>3 | **711 Corporate Drive Leasing LLC**<br>**20A Grove Street**<br>**Hicksville, NY 11801** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.34**__<br>☐ Schedule G _____<br>**First Financial Bank** |
| 3.17<br>4 | **711 Corporate Drive Leasing LLC**<br>**20A Grove Street**<br>**Hicksville, NY 11801** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.35**__<br>☐ Schedule G _____<br>**First Financial Bank** |

| Debtor 1 | **David Arthur Shabsels** | | Case number *(if known)* | **26-16530** |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.175 **711 Corporate Drive Leasing LLC**<br>**20A Grove Street**<br>**Hicksville, NY 11801** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.36**__<br>☐ Schedule G _____<br>**First Financial Bank** |
| 3.176 **711 Corporate Drive Leasing LLC**<br>**20A Grove Street**<br>**Hicksville, NY 11801** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.38**__<br>☐ Schedule G _____<br>**First Financial Bank** |
| 3.177 **711 Corporate Drive Leasing LLC**<br>**20A Grove Street**<br>**Hicksville, NY 11801** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.39**__<br>☐ Schedule G _____<br>**First Financial Bank** |
| 3.178 **711 Corporate Drive Leasing LLC**<br>**20A Grove Street**<br>**Hicksville, NY 11801** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.40**__<br>☐ Schedule G _____<br>**First Financial Bank** |
| 3.179 **711 Corporate Drive Real Estate LLC**<br>**20A Grove Street**<br>**Hicksville, NY 11801** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.34**__<br>☐ Schedule G _____<br>**First Financial Bank** |
| 3.180 **711 Corporate Drive Real Estate LLC**<br>**20A Grove Street**<br>**Hicksville, NY 11801** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.35**__<br>☐ Schedule G _____<br>**First Financial Bank** |
| 3.181 **711 Corporate Drive Real Estate LLC**<br>**20A Grove Street**<br>**Hicksville, NY 11801** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.36**__<br>☐ Schedule G _____<br>**First Financial Bank** |
| 3.182 **711 Corporate Drive Real Estate LLC**<br>**20A Grove Street**<br>**Hicksville, NY 11801** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.37**__<br>☐ Schedule G _____<br>**First Financial Bank** |
| 3.183 **711 Corporate Drive Real Estate LLC**<br>**20A Grove Street**<br>**Hicksville, NY 11801** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.38**__<br>☐ Schedule G _____<br>**First Financial Bank** |

Debtor 1   **David Arthur Shabsels**                                                      Case number *(if known)*   **26-16530**

---

|   | **Additional Page to List More Codebtors** |
|---|---|
| | *Column 1:* **Your codebtor** |

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.184 | **711 Corporate Drive Real Estate LLC**<br>**20A Grove Street**<br>**Hicksville, NY 11801** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.39**__<br>☐ Schedule G _____<br>**First Financial Bank** |
| 3.185 | **711 Corporate Drive Real Estate LLC**<br>**20A Grove Street**<br>**Hicksville, NY 11801** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.40**__<br>☐ Schedule G _____<br>**First Financial Bank** |
| 3.186 | **7335 Gladiolus LLC**<br>**7335 Gladiolus Drive**<br>**Fort Myers, FL 33908** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.2**__<br>☐ Schedule G _____<br>**Agile Lending LLC** |
| 3.187 | **7335 Gladioulus LLC**<br>**444 E. 58th St, Apt 3C**<br>**New York, NY 10022** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.19**__<br>☐ Schedule G _____<br>**Busey Bank** |
| 3.188 | **7335 Gladioulus LLC**<br>**444 E. 58th St, Apt 3C**<br>**New York, NY 10022** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.29**__<br>☐ Schedule G _____<br>**Fairpark Capital LLC** |
| 3.189 | **7650 FM 78 Real Estate LLC**<br>**1601 Elm Street**<br>**Dallas, TX 75201** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.29**__<br>☐ Schedule G _____<br>**Fairpark Capital LLC** |
| 3.190 | **7650 FM 78 Real Estate LLC**<br>**1601 Elm Street**<br>**Dallas, TX 75201** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.2**__<br>☐ Schedule G _____<br>**Agile Lending LLC** |
| 3.191 | **7650 FM78 Leasing LLC**<br>**1601 Elm Street, Suite 4360**<br>**Dallas, TX 75201** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.29**__<br>☐ Schedule G _____<br>**Fairpark Capital LLC** |

| Debtor 1 | **David Arthur Shabsels** | | Case number *(if known)* | **26-16530** |

---

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.19 2 **7650 FM78 Leasing LLC** **1601 Elm Street, Suite 4360** **Dallas, TX 75201** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __**4.2**__ ☐ Schedule G _____ **Agile Lending LLC** |
| 3.19 3 **771 Corporate Drive Leasing LLC** **771 Corporate Drive** **Lexington, KY 40503** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __**4.2**__ ☐ Schedule G _____ **Agile Lending LLC** |
| 3.19 4 **8014 Bayberry Road Real Estate LLC** **8014 Bayberry Road** **Jacksonville, FL 32256** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __**4.29**__ ☐ Schedule G _____ **Fairpark Capital LLC** |
| 3.19 5 **8014 Bayberry Road Real Estate LLC** **8014 Bayberry Road** **Jacksonville, FL 32256** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __**4.2**__ ☐ Schedule G _____ **Agile Lending LLC** |
| 3.19 6 **8014 Bayberry Wells Leasing LLC** **8014 Bayberry Road** **Jacksonville, FL 32256** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __**4.85**__ ☐ Schedule G _____ **Transparency Advance** |
| 3.19 7 **830 County Road 64 Leasing LLC** **830 County Road 64** **Elmira, NY 14903** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __**4.2**__ ☐ Schedule G _____ **Agile Lending LLC** |
| 3.19 8 **830 County Road 64 Leasing LLC** **830 Old County Road 64** **Westbury, NY 14903** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __**4.86**__ ☐ Schedule G _____ **Tristate Capital Bank** |
| 3.19 9 **830 County Road 64 Real Estate LLC** **830 Old County Road 64** **Westbury, NY 14903** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __**4.86**__ ☐ Schedule G _____ **Tristate Capital Bank** |
| 3.20 0 **9   Farm Springs Real Estate LLC** **9 Farm Springs Road** **Farmington, CT 06032** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __**4.85**__ ☐ Schedule G _____ **Transparency Advance** |

| Debtor 1 | **David Arthur Shabsels** | Case number *(if known)* | **26-16530** |
|---|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.20
1 **9 Farm Springs Real Estate LLC**
**444 East 58th Street, Apt. 3-C**
**New York, NY 10022**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.29**__
☐ Schedule G _____
**Fairpark Capital LLC**

3.20
2 **90 Pleasant Valley St. Real Estate LLC**
**444 E 58th Street, Apt 3-C**
**New York, NY 10022**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.68**__
☐ Schedule G _____
**Northern Bank and Trust Company**

3.20
3 **90 Pleasant Valley Street Leasing, LLC**
**444 E 58th Street, Apt 3-C**
**New York, NY 10022**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.29**__
☐ Schedule G _____
**Fairpark Capital LLC**

3.20
4 **90 Pleasant Valley Street Leasing, LLC**
**444 E 58th Street, Apt 3-C**
**New York, NY 10022**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.2**__
☐ Schedule G _____
**Agile Lending LLC**

3.20
5 **90 Pleasant Valley Street Real Estate, L**
**444 E 58th Street, Apt 3-C**
**New York, NY 10022**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.68**__
☐ Schedule G _____
**Northern Bank and Trust Company**

3.20
6 **Achim Landco LLC**
**600 Livingston Avenue**
**DPO, AE 09802**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.2**__
☐ Schedule G _____
**Agile Lending LLC**

3.20
7 **Achim Operating Co LLC**
**1600 Livingston Avenue**
**North Brunswick, NJ 08902**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.2**__
☐ Schedule G _____
**Agile Lending LLC**

3.20
8 **ADA Ferrell Holdings LLC**
**106 Freeman Circle**
**Tullahoma, TN 37388**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.2**__
☐ Schedule G _____
**Agile Lending LLC**

| Debtor 1 | **David Arthur Shabsels** | Case number *(if known)* | **26-16530** |

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.20 9 | **Bahs Operating Inc.**<br>**355 Camp Road**<br>**Thompson, PA 18465** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.29**___<br>☐ Schedule G _____<br>**Fairpark Capital LLC** |
| 3.21 0 | **Bahs Operating Inc.**<br>**355 Camp Road**<br>**Thompson, PA 18465** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.2**___<br>☐ Schedule G _____<br>**Agile Lending LLC** |
| 3.21 1 | **Bahs Operating Inc. (Camp Chen-A-Wanda)**<br>**355 Camp Road**<br>**Thompson, PA 18465** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.29**___<br>☐ Schedule G _____<br>**Fairpark Capital LLC** |
| 3.21 2 | **Banner Landco LLC**<br>**1225 Riverwoods Rd**<br>**Lake Forest, IL 60045** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.29**___<br>☐ Schedule G _____<br>**Fairpark Capital LLC** |
| 3.21 3 | **Banner Landco LLC**<br>**1225 Riverwoods Rd**<br>**Lake Forest, IL 60045** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.2**___<br>☐ Schedule G _____<br>**Agile Lending LLC** |
| 3.21 4 | **Banner Operating Co**<br>**1225 Riverwoods Rd**<br>**Lake Forest, IL 60045** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.29**___<br>☐ Schedule G _____<br>**Fairpark Capital LLC** |
| 3.21 5 | **Banner Operating Co**<br>**1225 Riverwoods Rd**<br>**Lake Forest, IL 60045** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.2**___<br>☐ Schedule G _____<br>**Agile Lending LLC** |
| 3.21 6 | **Belgrade Lakes Summer Camps LLC**<br>**35 Golf Academy Dr**<br>**Belgrade, ME 04917** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.16**___<br>☐ Schedule G _____<br>**Bank of New Hampshire** |
| 3.21 7 | **Belgrade Lakes Summer Camps LLC**<br>**35 Golf Academy Dr**<br>**Belgrade, ME 04917** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.2**___<br>☐ Schedule G _____<br>**Agile Lending LLC** |

| Debtor 1 | **David Arthur Shabsels** | | Case number *(if known)* | **26-16530** |
|---|---|---|---|---|

| | **Additional Page to List More Codebtors** | |
|---|---|---|
| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| 3.21<br>8 | **Belmont Apartments Partners LLC**<br>**C/O Cole Schotz**<br>**Court Plaza North**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.2**___<br>☐ Schedule G _____<br>**Agile Lending LLC** |
| 3.21<br>9 | **Blue Star Camps**<br>**700 Babcock**<br>**Mays Landing, NJ 08330** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.29**___<br>☐ Schedule G _____<br>**Fairpark Capital LLC** |
| 3.22<br>0 | **Bluestar Landco, LLC**<br>**10030 N McArthur Blvd #170**<br>**Irving, TX 75063** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.2**___<br>☐ Schedule G _____<br>**Agile Lending LLC** |
| 3.22<br>1 | **Bluestar Landco, LLC**<br>**10030 N McArthur Blvd #170**<br>**Irving, TX 75063** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.52**___<br>☐ Schedule G _____<br>**HomeTrust Bank** |
| 3.22<br>2 | **Bluestar Operating Co, LLC**<br>**10030 N McArthur Blvd #170**<br>**Irving, TX 75063** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.29**___<br>☐ Schedule G _____<br>**Fairpark Capital LLC** |
| 3.22<br>3 | **Bluestar Operating Co, LLC**<br>**10030 N McArthur Blvd #170**<br>**Irving, TX 75063** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.2**___<br>☐ Schedule G _____<br>**Agile Lending LLC** |
| 3.22<br>4 | **Camp Chen-A-Wanda**<br>**355 Camp Road**<br>**Thompson, PA 18465** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.29**___<br>☐ Schedule G _____<br>**Fairpark Capital LLC** |
| 3.22<br>5 | **Camp Kent LLC**<br>**59 South Kent Road**<br>**Kent, CT 06757** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.29**___<br>☐ Schedule G _____<br>**Fairpark Capital LLC** |

| Debtor 1 | **David Arthur Shabsels** | Case number *(if known)* | **26-16530** |

---

| | **Additional Page to List More Codebtors** |
|---|---|
| | *Column 1:* **Your codebtor** |

| | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.226** **Camp Lavi**
**2656 Upper Woods Road**
**Lakewood, PA 18439**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.29**___
☐ Schedule G _____
**Fairpark Capital LLC**

---

**3.227** **Camp Med-O-Lark Inc.**
**82 Medolark Road**
**Washington, ME 04574**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.2**___
☐ Schedule G _____
**Agile Lending LLC**

---

**3.228** **Central Park Holdings Corp.**
**125 West 55th Street**
**New York, NY 10019**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.2**___
☐ Schedule G _____
**Agile Lending LLC**

---

**3.229** **Chateaugay Campco LLC**
**233 Gadway Road**
**Lyon Mountain, NY 12955**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.23**___
☐ Schedule G _____
**Community Bank N.A.**

---

**3.230** **Chateaugay Campco LLC**
**233 Gadway Road**
**Lyon Mountain, NY 12955**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.2**___
☐ Schedule G _____
**Agile Lending LLC**

---

**3.231** **Chateaugay Campco LLC**
**233 Gadway Road**
**Lyon Mountain, NY 12955**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.21**___
☐ Schedule G _____
**Chateaugay Lake Camp Inc**

---

**3.232** **Chateaugay Landco LLC**
**233 Gadway Road**
**Lyon Mountain, NY 12955**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.23**___
☐ Schedule G _____
**Community Bank N.A.**

---

**3.233** **Chateaugay Landco LLC**
**233 Gadway Road**
**Lyon Mountain, NY 12955**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.21**___
☐ Schedule G _____
**Chateaugay Lake Camp Inc**

---

**3.234** **Clarktower RG**
**5100 Poplar Avenue, 27th Floor**
**Memphis, TN 38137**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.84**___
☐ Schedule G _____
**Tideway Capital Funding LLC**

---

| Debtor 1 | **David Arthur Shabsels** | Case number *(if known)* | **26-16530** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.235 **Club Getaway Operatingco LLC**<br>**59 S. Kent Road**<br>**Kent, CT 06757** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.80**___<br>☐ Schedule G _____<br>**The Merchant Marketplace Holdings Corp.** |
| 3.236 **Club Getaway Operatingco LLC**<br>**59 S. Kent Road**<br>**Kent, CT 06757** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.29**___<br>☐ Schedule G _____<br>**Fairpark Capital LLC** |
| 3.237 **Club Getaway Operatingco LLC**<br>**59 S. Kent Road**<br>**Kent, CT 06757** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.81**___<br>☐ Schedule G _____<br>**The Merchant Marketplace Holdings Corp.** |
| 3.238 **Club Getaway Operatingco LLC**<br>**59 S. Kent Road**<br>**Kent, CT 06757** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.2**___<br>☐ Schedule G _____<br>**Agile Lending LLC** |
| 3.239 **Country Roads Landco, LLC**<br>**50 Quality Street, #110357**<br>**Trumbull, CT 06611** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.2**___<br>☐ Schedule G _____<br>**Agile Lending LLC** |
| 3.240 **Country Roads Operatingco, LLC**<br>**50 Quality #110357**<br>**0611** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.2**___<br>☐ Schedule G _____<br>**Agile Lending LLC** |
| 3.241 **County Roads Landco, LLC**<br>**50 Quality Street, #110357**<br>**Trumbull, CT 06611** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.2**___<br>☐ Schedule G _____<br>**Agile Lending LLC** |
| 3.242 **DAMIS Holdings LLC**<br>**444 East 58th Street, Apt. 3C**<br>**New York, NY 10022** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.70**___<br>☐ Schedule G _____<br>**Ocean Funding Corp.** |

| Debtor 1 | **David Arthur Shabsels** | Case number *(if known)* | **26-16530** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.243 | **DAMIS Holdings LLC**<br>**444 East 58th Street, Apt. 3C**<br>**New York, NY 10022** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.84**__<br>☐ Schedule G _____<br>**Tideway Capital Funding LLC** |
| 3.244 | **DAMIS Holdings LLC**<br>**444 East 58th Street, Apt. 3C**<br>**New York, NY 10022** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.33**__<br>☐ Schedule G _____<br>**FinWise Bank** |
| 3.245 | **DAMIS Holdings LLC**<br>**444 East 58th Street, Apt. 3C**<br>**New York, NY 10022** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.80**__<br>☐ Schedule G _____<br>**The Merchant Marketplace Holdings Corp.** |
| 3.246 | **DAMIS Holdings LLC**<br>**444 East 58th Street, Apt. 3C**<br>**New York, NY 10022** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.29**__<br>☐ Schedule G _____<br>**Fairpark Capital LLC** |
| 3.247 | **DAMIS Holdings LLC**<br>**444 East 58th Street, Apt. 3C**<br>**New York, NY 10022** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.4**__<br>☐ Schedule G _____<br>**American Choice Capital LLC** |
| 3.248 | **DAMIS Holdings LLC**<br>**444 East 58th Street, Apt. 3C**<br>**New York, NY 10022** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.81**__<br>☐ Schedule G _____<br>**The Merchant Marketplace Holdings Corp.** |
| 3.249 | **DAMIS Holdings LLC**<br>**444 East 58th Street, Apt. 3C**<br>**New York, NY 10022** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.87**__<br>☐ Schedule G _____<br>**Vault 26 Capital LLC** |
| 3.250 | **DAMIS Holdings LLC**<br>**444 East 58th Street, Apt. 3C**<br>**New York, NY 10022** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.82**__<br>☐ Schedule G _____<br>**The Merchant Marketplace Holdings Corp.** |
| 3.251 | **DAMIS Holdings LLC**<br>**444 East 58th Street, Apt. 3C**<br>**New York, NY 10022** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.1**__<br>☐ Schedule G _____<br>**Ace Funding Source LLC** |

| Debtor 1 | **David Arthur Shabsels** | Case number *(if known)* | **26-16530** |
|---|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.25 2
**DAMIS Holdings LLC**
**444 East 58th Street, Apt. 3C**
**New York, NY 10022**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.48**__
☐ Schedule G _____
**Funding Club LLC**

---

3.25 3
**DAMIS Holdings LLC**
**444 East 58th Street, Apt. 3C**
**New York, NY 10022**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.2**__
☐ Schedule G _____
**Agile Lending LLC**

---

3.25 4
**DAMIS Holdings LLC**
**444 East 58th Street, Apt. 3C**
**New York, NY 10022**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.22**__
☐ Schedule G _____
**Clearview Funding Group**

---

3.25 5
**DAMIS Holdings LLC**
**444 East 58th Street, Apt. 3C**
**New York, NY 10022**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.83**__
☐ Schedule G _____
**The Merchant Marketplace Holdings Corp.**

---

3.25 6
**DAMIS Holdings LLC**
**444 East 58th Street, Apt. 3C**
**New York, NY 10022**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.69**__
☐ Schedule G _____
**Ocean Funding Corp**

---

3.25 7
**DAMIS Holdings LLC**
**444 East 58th Street, Apt. 3C**
**New York, NY 10022**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.88**__
☐ Schedule G _____
**Vault 26 Capital LLC**

---

3.25 8
**DAMIS Holdings LLC**
**444 East 58th Street, Apt. 3C**
**New York, NY 10022**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.5**__
☐ Schedule G _____
**American Choice Capital LLC**

---

3.25 9
**DAMIS Holdings LLC**
**444 East 58th Street, Apt. 3C**
**New York, NY 10022**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.65**__
☐ Schedule G _____
**Newco Capital Group VI LLC**

---

| Debtor 1 | **David Arthur Shabsels** | Case number *(if known)* | **26-16530** |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
| | | Check all schedules that apply: |

3.260 **DAMIS Holdings LLC**
**444 East 58th Street, Apt. 3C**
**New York, NY 10022**

☐ Schedule D, line _____
☒ Schedule E/F, line __4.58__
☐ Schedule G _____
**Metropolitan Partners Grp Administration**

3.261 **DAMIS Holdings, LLC**
**444 East 58th Street, Apt. 3C**
**New York, NY 10022**

☐ Schedule D, line _____
☒ Schedule E/F, line __4.8__
☐ Schedule G _____
**Austin Business Finance, LLC**

3.262 **DASMAS Landco LLC**
**50 Quality Street, #110357**
**Trumbull, CT 06611**

☐ Schedule D, line _____
☒ Schedule E/F, line __4.79__
☐ Schedule G _____
**The Bank of Greene County**

3.263 **East Hartford Properties Leasing LLC**
**38 Green St, 1st Floor**
**Abington, CT 06230**

☐ Schedule D, line _____
☒ Schedule E/F, line __4.2__
☐ Schedule G _____
**Agile Lending LLC**

3.264 **East Hartford Properties Leasing LLC**
**38 Green St, 1st Floor**
**Abington, CT 06230**

☐ Schedule D, line _____
☒ Schedule E/F, line __4.46__
☐ Schedule G _____
**First Technology Federal Credit Union**

3.265 **East Hartford Properties Real Estate LLC**
**38 Green St, 1st Floor**
**Abington, CT 06230**

☐ Schedule D, line _____
☒ Schedule E/F, line __4.46__
☐ Schedule G _____
**First Technology Federal Credit Union**

3.266 **Evergreen Groton Holdings, LLC**
**176 Newton Street**
**Waltham, MA 02453**

☐ Schedule D, line _____
☒ Schedule E/F, line __4.2__
☐ Schedule G _____
**Agile Lending LLC**

3.267 **Fairplain Plaza Leasing LLC**
**25 Colonial Drve**
**Trumbull, CT 06611**

☐ Schedule D, line _____
☒ Schedule E/F, line __4.2__
☐ Schedule G _____
**Agile Lending LLC**

3.268 **Fairplain Plaza Leasing LLC**
**25 Colonial Drve**
**Trumbull, CT 06611**

☐ Schedule D, line _____
☒ Schedule E/F, line __4.45__
☐ Schedule G _____
**First Technology Federal Credit Union**

Debtor 1   **David Arthur Shabsels**                                    Case number *(if known)*   **26-16530**

| | |
|---|---|
| ■ **Additional Page to List More Codebtors** | |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

| | |
|---|---|
| 3.269 **Fairplain Plaza Real Estate LLC**<br>**25 Colonial Drve**<br>**Trumbull, CT 06611** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.45**__<br>☐ Schedule G _____<br>**First Technology Federal Credit Union** |
| 3.270 **Green Lane Landco, LLC**<br>**249 Camp Green Lane**<br>**Green Lane, PA 18054** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.2**__<br>☐ Schedule G _____<br>**Agile Lending LLC** |
| 3.271 **Green Lane Operating Co, LLC**<br>**249 Camp Green Lane Road**<br>**Green Lane, PA 18054** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.29**__<br>☐ Schedule G _____<br>**Fairpark Capital LLC** |
| 3.272 **Green Lane Operating Co, LLC**<br>**249 Camp Green Lane Road**<br>**Green Lane, PA 18054** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.2**__<br>☐ Schedule G _____<br>**Agile Lending LLC** |
| 3.273 **Greenvilleland LLC**<br>**150 Ingalside Road**<br>**Greenville, NY 12083** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.2**__<br>☐ Schedule G _____<br>**Agile Lending LLC** |
| 3.274 **Highland Park Partners LLC**<br>**4215 SE 53rd Street**<br>**Oklahoma City, OK 73135** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.2**__<br>☐ Schedule G _____<br>**Agile Lending LLC** |
| 3.275 **Holdingcods LLC**<br>**505 South Street**<br>**Oviedo, FL 32765** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.84**__<br>☐ Schedule G _____<br>**Tideway Capital Funding LLC** |
| 3.276 **Island Lake Campco, LLC**<br>**50 Island Lake Rd**<br>**Starrucca, PA 18462** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.54**__<br>☐ Schedule G _____<br>**Iska Investments, Order of Mark Allayev** |

| Debtor 1 | **David Arthur Shabsels** | Case number *(if known)* | **26-16530** |
|---|---|---|---|

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.27 7 | **Island Lake Campco, LLC**<br>**50 Island Lake Rd**<br>**Starrucca, PA 18462** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.2**__<br>☐ Schedule G _____<br>**Agile Lending LLC** |
| 3.27 8 | **Island Lake Campco, LLC**<br>**50 Island Lake Rd**<br>**Starrucca, PA 18462** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.47**__<br>☐ Schedule G _____<br>**Funders App, LLC** |
| 3.27 9 | **Kiwi Landco, LLC**<br>**4030 Wake Forest Road, Suite 349**<br>**Raleigh, NC 27609** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.2**__<br>☐ Schedule G _____<br>**Agile Lending LLC** |
| 3.28 0 | **Kiwi Operatingco, LLC**<br>**825 Union Valley Road**<br>**Carmel, NY 10512** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.2**__<br>☐ Schedule G _____<br>**Agile Lending LLC** |
| 3.28 1 | **Kiwi Operatingco, LLC**<br>**825 Union Valley Road**<br>**Carmel, NY 10512** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.74**__<br>☐ Schedule G _____<br>**Putnam County Savings Bank** |
| 3.28 2 | **Kiwi Operatingco, LLC**<br>**825 Union Valley Road**<br>**Carmel, NY 10512** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.75**__<br>☐ Schedule G _____<br>**Putnam County Savings Bank** |
| 3.28 3 | **Lavco LLC**<br>**2656 Upper Woods Road**<br>**Lakewood, PA 18439** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.2**__<br>☐ Schedule G _____<br>**Agile Lending LLC** |
| 3.28 4 | **Leeton Real Estate Inc.**<br>**100 Wesmor Street #3**<br>**Clinton, MO 64735** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.84**__<br>☐ Schedule G _____<br>**Tideway Capital Funding LLC** |
| 3.28 5 | **Lisa Shabsels**<br>**60 Carthage Road**<br>**Scarsdale, NY 10583** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.60**__<br>☐ Schedule G _____<br>**Mizzen Capital II, LP** |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 | **David Arthur Shabsels** | Case number *(if known)* | **26-16530** |
|---|---|---|---|

### Additional Page to List More Codebtors

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

3.28
6   **Lisa Shabsels**
    **60 Carthage Road**
    **Scarsdale, NY 10583**

☒ Schedule D, line __**2.1**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Mizzen Capital II, LP**

---

3.28
7   **Lisa Shabsels**
    **60 Carthage Road**
    **Scarsdale, NY 10583**

☒ Schedule D, line __**2.2**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Mizzen Capital II, LP**

---

3.28
8   **Mainwekeelaco LLC**
    **1750 Bear Pond Road**
    **Buckfield, ME 04220**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.2**__
☐ Schedule G _____
**Agile Lending LLC**

---

3.28
9   **Malka Operatingco, LLC**
    **150 Ingalside Road**
    **Greenville, NY 12083**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.2**__
☐ Schedule G _____
**Agile Lending LLC**

---

3.29
0   **Mark Sher**
    **940 Amboy Avenue**
    **Edison, NJ 08837**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.84**__
☐ Schedule G _____
**Tideway Capital Funding LLC**

---

3.29
1   **Mateson Center Leasing LLC**
    **50 Quality Street, #110357**
    **Trumbull, CT 06611**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.12**__
☐ Schedule G _____
**Bank Iowa**

---

3.29
2   **Matteson Center Leasing LLC**
    **4806 211th Street**
    **Matteson, IL 60443**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.10**__
☐ Schedule G _____
**Bank Iowa**

---

3.29
3   **Matteson Center Leasing LLC**
    **4806 211th Street**
    **Matteson, IL 60443**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.11**__
☐ Schedule G _____
**Bank Iowa**

---

| Debtor 1 | **David Arthur Shabsels** | Case number *(if known)* | **26-16530** |

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.294 **Matteson Center Leasing LLC**<br>**4806 211th Street**<br>**Matteson, IL 60443** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.80__<br>☐ Schedule G _____<br>**The Merchant Marketplace Holdings Corp.** |
| 3.295 **Matteson Center Leasing LLC**<br>**4806 211th Street**<br>**Matteson, IL 60443** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.29__<br>☐ Schedule G _____<br>**Fairpark Capital LLC** |
| 3.296 **Matteson Center Leasing LLC**<br>**4806 211th Street**<br>**Matteson, IL 60443** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.81__<br>☐ Schedule G _____<br>**The Merchant Marketplace Holdings Corp.** |
| 3.297 **Matteson Center Leasing LLC**<br>**4806 211th Street**<br>**Matteson, IL 60443** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.2__<br>☐ Schedule G _____<br>**Agile Lending LLC** |
| 3.298 **Matteson Center Leasing LLC**<br>**4806 211th Street**<br>**Matteson, IL 60443** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.51__<br>☐ Schedule G _____<br>**Heartland Bank and Trust Company** |
| 3.299 **Matteson Center Real Estate LLC**<br>**4806 211 Street**<br>**Matteson, IL 60443** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.10__<br>☐ Schedule G _____<br>**Bank Iowa** |
| 3.300 **Matteson Center Real Estate LLC**<br>**4806 211 Street**<br>**Matteson, IL 60443** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.11__<br>☐ Schedule G _____<br>**Bank Iowa** |
| 3.301 **Matteson Center Real Estate LLC**<br>**4806 211 Street**<br>**Matteson, IL 60443** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.80__<br>☐ Schedule G _____<br>**The Merchant Marketplace Holdings Corp.** |
| 3.302 **Matteson Center Real Estate LLC**<br>**4806 211 Street**<br>**Matteson, IL 60443** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.29__<br>☐ Schedule G _____<br>**Fairpark Capital LLC** |

Debtor 1   **David Arthur Shabsels**                              Case number *(if known)*   **26-16530**

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.30
3   **Matteson Center Real Estate LLC**
   **4806 211 Street**
   **Matteson, IL 60443**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.81**___
☐ Schedule G _____
**The Merchant Marketplace Holdings Corp.**

---

3.30
4   **Matteson Center Real Estate LLC**
   **4806 211 Street**
   **Matteson, IL 60443**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.82**___
☐ Schedule G _____
**The Merchant Marketplace Holdings Corp.**

---

3.30
5   **Matteson Center Real Estate LLC**
   **4806 211 Street**
   **Matteson, IL 60443**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.2**___
☐ Schedule G _____
**Agile Lending LLC**

---

3.30
6   **Matteson Center Real Estate LLC**
   **4806 211 Street**
   **Matteson, IL 60443**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.83**___
☐ Schedule G _____
**The Merchant Marketplace Holdings Corp.**

---

3.30
7   **Matteson Center Real Estate LLC**
   **4806 211 Street**
   **Matteson, IL 60443**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.51**___
☐ Schedule G _____
**Heartland Bank and Trust Company**

---

3.30
8   **Matteson Center Real Estate LLC**
   **4806 211 Street**
   **Matteson, IL 60443**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.12**___
☐ Schedule G _____
**Bank Iowa**

---

3.30
9   **Meadowbrook Landco LLC**
   **525 Route 73 North, Suite 104**
   **Marlton, NJ 08053**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.2**___
☐ Schedule G _____
**Agile Lending LLC**

---

3.31
0   **Meadowbrook Operating, LLC**
   **525 Route 73, Suite 104**
   **Marlton, NJ 08053**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.2**___
☐ Schedule G _____
**Agile Lending LLC**

---

| Debtor 1 | **David Arthur Shabsels** | | Case number *(if known)* | **26-16530** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

3.31
1
**Mesorahco LLC**
**444 E 58th Street, Apartment #3C**
**New York, NY 10022**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.80**__
☐ Schedule G _____
**The Merchant Marketplace Holdings Corp.**

3.31
2
**Mesorahco LLC**
**444 E 58th Street, Apartment #3C**
**New York, NY 10022**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.81**__
☐ Schedule G _____
**The Merchant Marketplace Holdings Corp.**

3.31
3
**Mesorahco LLC**
**444 E 58th Street, Apartment #3C**
**New York, NY 10022**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.2**__
☐ Schedule G _____
**Agile Lending LLC**

3.31
4
**Mesorahland LLC**
**50 Quality Street, #110357**
**Trumbull, CT 06611**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.93**__
☐ Schedule G _____
**Wayne Bank**

3.31
5
**Mesorahland LLC**
**50 Quality Street, #110357**
**Trumbull, CT 06611**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.2**__
☐ Schedule G _____
**Agile Lending LLC**

3.31
6
**Milton 2434 South I-35 LLC**
**455 Tarrytown Road**
**White Plains, NY 10607**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.29**__
☐ Schedule G _____
**Fairpark Capital LLC**

3.31
7
**Milton 4650 Westway Park Blvd. LLC**
**4650 Westway Park Boulevard**
**Houston, TX 77041**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.29**__
☐ Schedule G _____
**Fairpark Capital LLC**

3.31
8
**Milton 7650 FM 78**
**850 New Burton Road, Suite 201**
**Dover, DE 19904**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.29**__
☐ Schedule G _____
**Fairpark Capital LLC**

3.31
9
**Mogenavco LLC**
**169 Layymon Road**
**Liberty, NY 12754**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.2**__
☐ Schedule G _____
**Agile Lending LLC**

Debtor 1   **David Arthur Shabsels**                                    Case number *(if known)*   **26-16530**

| | |
|---|---|
| **Additional Page to List More Codebtors** | |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.32
0
**Mogenavland LLC**
**169 Laymon Road**
**Liberty, NY 12754**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.2**___
☐ Schedule G _____
**Agile Lending LLC**

3.32
1
**Mohawk Day Camp**
**200 Old Tarytown Road**
**White Plains, NY 10603**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.29**___
☐ Schedule G _____
**Fairpark Capital LLC**

3.32
2
**Mohawkcampco LLC**
**200 Tarrytown Road**
**White Plains, NY 10603**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.50**___
☐ Schedule G _____
**Goba Capital, Inc.**

3.32
3
**Mohawkcampco LLC**
**200 Tarrytown Road**
**White Plains, NY 10603**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.29**___
☐ Schedule G _____
**Fairpark Capital LLC**

3.32
4
**Mohawkcampco LLC**
**200 Tarrytown Road**
**White Plains, NY 10603**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.2**___
☐ Schedule G _____
**Agile Lending LLC**

3.32
5
**Mohwakland, LLC**
**64 E. Uwchlan Ave., #249**
**Exton, PA 19341**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.2**___
☐ Schedule G _____
**Agile Lending LLC**

3.32
6
**Oklahoma Wilshire Lofts Leasing LLC**
**6708 W Wilshire Boulevard**
**Oklahoma City, OK 73132**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.43**___
☐ Schedule G _____
**First National Bank of McGregor**

3.32
7
**Oklahoma Wilshire Lofts Real Estate LLC**
**6708 W Wilshire Boulevard**
**Oklahoma City, OK 73132**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.43**___
☐ Schedule G _____
**First National Bank of McGregor**

| Debtor 1 | **David Arthur Shabsels** | Case number *(if known)* | **26-16530** |
| --- | --- | --- | --- |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
| --- | --- |
| 3.328 **One Canal Place Leasing LLC** **365 Canal Street, Suite 1130** **New Orleans, LA 70130** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __4.31__ ☐ Schedule G _____ **Fidelity Bank** |
| 3.329 **One Canal Place Real Estate LLC** **365 Canal Street, Suite 1130** **New Orleans, LA 70130** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __4.31__ ☐ Schedule G _____ **Fidelity Bank** |
| 3.330 **Pine Forest Campco** **185 Pine Forest Road** **Greeley, PA 18425** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __4.50__ ☐ Schedule G _____ **Goba Capital, Inc.** |
| 3.331 **Pine Forest Campco LLC** **185 Pine Forest ROad** **Greeley, PA 18425** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __4.71__ ☐ Schedule G _____ **Orca Funding LLC** |
| 3.332 **Pine Forest Campco LLC** **185 Pine Forest ROad** **Greeley, PA 18425** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __4.29__ ☐ Schedule G _____ **Fairpark Capital LLC** |
| 3.333 **Pine Forest Campco LLC** **185 Pine Forest ROad** **Greeley, PA 18425** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __4.72__ ☐ Schedule G _____ **OrcaFunding LLC** |
| 3.334 **Pineforest Campco LLC** **185 Pine Forest Road** **Greeley, PA 18425** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __4.92__ ☐ Schedule G _____ **Wayne Bank** |
| 3.335 **Pineforest Campco LLC** **185 Pine Forest Road** **Greeley, PA 18425** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __4.2__ ☐ Schedule G _____ **Agile Lending LLC** |
| 3.336 **Pineforest Campco LLC** **185 Pine Forest Road** **Greeley, PA 18425** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __4.20__ ☐ Schedule G _____ **Camping Management Corporation** |

| Debtor 1 | **David Arthur Shabsels** | Case number *(if known)* | **26-16530** |
|---|---|---|---|

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

| 3.33<br>7 | **Pineforest Campco LLC**<br>**185 Pine Forest Road**<br>**Greeley, PA 18425** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.62**__<br>☐ Schedule G _____<br>**Mizzen Capital LP** |
|---|---|---|
| 3.33<br>8 | **Pineforest Landco LLC**<br>**50 Quality Street, #110357**<br>**Trumbull, CT 06611** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.91**__<br>☐ Schedule G _____<br>**Wayne Bank** |
| 3.33<br>9 | **Poland Campco, LLC**<br>**50 Quality Street, #110357**<br>**Trumbull, CT 06611** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.2**__<br>☐ Schedule G _____<br>**Agile Lending LLC** |
| 3.34<br>0 | **Poland Landco, LLC**<br>**50 Quality Street, #110357**<br>**Trumbull, CT 06611** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.2**__<br>☐ Schedule G _____<br>**Agile Lending LLC** |
| 3.34<br>1 | **Portland Landco LLC**<br>**72 W Parkwood Nordman**<br>**Nordman, ID 83848** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.16**__<br>☐ Schedule G _____<br>**Bank of New Hampshire** |
| 3.34<br>2 | **Portland Landco LLC**<br>**72 W Parkwood Nordman**<br>**Nordman, ID 83848** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.17**__<br>☐ Schedule G _____<br>**Bank of New Hampshire** |
| 3.34<br>3 | **Quadstar Realty LLC**<br>**50 Quality Street, #110357**<br>**Trumbull, CT 06611** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.2**__<br>☐ Schedule G _____<br>**Agile Lending LLC** |
| 3.34<br>4 | **RDM Camps, LLC**<br>**9045 La Fontana Blvd, Suite 217**<br>**Boca Raton, FL 33434** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.2**__<br>☐ Schedule G _____<br>**Agile Lending LLC** |

| Debtor 1 | **David Arthur Shabsels** | | Case number *(if known)* | **26-16530** |

---

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.34<br>5 | **RDM Camps, LLC**<br>**9045 La Fontana Blvd, Suite 217**<br>**Boca Raton, FL 33434** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.94**___<br>☐ Schedule G _____<br>**Wayne Bank** |
| 3.34<br>6 | **Rocking Horse Ranch Landco LLC**<br>**600 State Route 44/55**<br>**Highland, NY 12528** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.63**___<br>☐ Schedule G _____<br>**Mizzen Capital LP; Mizzen Capital II LP** |
| 3.34<br>7 | **Rocking Horse Ranch Operating LLC**<br>**600 State Route 44/55**<br>**Highland, NY 12528** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.2**___<br>☐ Schedule G _____<br>**Agile Lending LLC** |
| 3.34<br>8 | **Rocking Horse Ranch Operating LLC**<br>**600 State Route 44/55**<br>**Highland, NY 12528** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.63**___<br>☐ Schedule G _____<br>**Mizzen Capital LP; Mizzen Capital II LP** |
| 3.34<br>9 | **Rocking Horse Ranch Operating LLC**<br>**600 State Route 44/55**<br>**Highland, NY 12528** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.89**___<br>☐ Schedule G _____<br>**Visions Federal Credit Union** |
| 3.35<br>0 | **Rolling Hills Operatingco LLC**<br>**107 Curry Road**<br>**Waynesburg, PA 15370** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.50**___<br>☐ Schedule G _____<br>**Goba Capital, Inc.** |
| 3.35<br>1 | **Rolling Hills Operatingco LLC**<br>**107 Curry Road**<br>**Waynesburg, PA 15370** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.81**___<br>☐ Schedule G _____<br>**The Merchant Marketplace Holdings Corp.** |
| 3.35<br>2 | **Rollinghills Operatingco LLC**<br>**50 Quality Street #110357**<br>**Trumbull, CT 06611** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.80**___<br>☐ Schedule G _____<br>**The Merchant Marketplace Holdings Corp.** |
| 3.35<br>3 | **Secondary Paragould LLC**<br>**1215 Twin Lakes Drive**<br>**Little Rock, AR 72205** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.29**___<br>☐ Schedule G _____<br>**Fairpark Capital LLC** |

---

Debtor 1   **David Arthur Shabsels**                     Case number *(if known)*   **26-16530**

---

### Additional Page to List More Codebtors

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.354 **Shab Holdings, LLC** **50 Quality Street, #110357** **Trumbull, CT 06611** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __**4.2**__ ☐ Schedule G _____ **Agile Lending LLC** |
| 3.355 **Shab Operating Inc.** **21 Echo Road** **Bloomingburg, NY 12721** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __**4.29**__ ☐ Schedule G _____ **Fairpark Capital LLC** |
| 3.356 **Shab Operating Inc.** **21 Echo Road** **Bloomingburg, NY 12721** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __**4.2**__ ☐ Schedule G _____ **Agile Lending LLC** |
| 3.357 **Shabsels Gift Trust** **C/O Cole Schotz PC** **325 Avenue of the Americas** **New York, NY 10019** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __**4.84**__ ☐ Schedule G _____ **Tideway Capital Funding LLC** |
| 3.358 **Shabsels Management LLC** **50 Quality Street #110357** **Trumbull, CT 06611** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __**4.29**__ ☐ Schedule G _____ **Fairpark Capital LLC** |
| 3.359 **SIMAD Holdings LLC** **50 Quality Street** **#110357** **Trumbull, CT 06611** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __**4.60**__ ☐ Schedule G _____ **Mizzen Capital II, LP** |
| 3.360 **SIMAD Holdings LLC** **50 Quality Street** **#110357** **Trumbull, CT 06611** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __**4.84**__ ☐ Schedule G _____ **Tideway Capital Funding LLC** |
| 3.361 **SIMAD Holdings LLC** **50 Quality Street** **#110357** **Trumbull, CT 06611** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __**4.33**__ ☐ Schedule G _____ **FinWise Bank** |

Debtor 1   **David Arthur Shabsels**                                    Case number *(if known)*   **26-16530**

|  | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.36<br>2 | **SIMAD Holdings LLC**<br>**50 Quality Street**<br>**#110357**<br>**Trumbull, CT 06611** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.61**___<br>☐ Schedule G _____<br>**Mizzen Capital II, LP** |
| 3.36<br>3 | **SIMAD Holdings LLC**<br>**50 Quality Street**<br>**#110357**<br>**Trumbull, CT 06611** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.9**___<br>☐ Schedule G _____<br>**Austin Business Finance, LLC** |
| 3.36<br>4 | **SIMAD Holdings LLC**<br>**50 Quality Street**<br>**#110357**<br>**Trumbull, CT 06611** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.2**___<br>☐ Schedule G _____<br>**Agile Lending LLC** |
| 3.36<br>5 | **SIMAD Holdings LLC**<br>**50 Quality Street**<br>**#110357**<br>**Trumbull, CT 06611** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.58**___<br>☐ Schedule G _____<br>**Metropolitan Partners Grp Administration** |
| 3.36<br>6 | **SIMAD Holdings LLC**<br>**50 Quality Street**<br>**#110357**<br>**Trumbull, CT 06611** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.49**___<br>☐ Schedule G _____<br>**FZA Note Buyers LLC** |
| 3.36<br>7 | **South Loop West Leasing LLC**<br>**444 East 58th Street, Apt. 3C**<br>**New York, NY 10022** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.37**___<br>☐ Schedule G _____<br>**First Financial Bank** |
| 3.36<br>8 | **South Loop West Leasing LLC**<br>**444 East 58th Street, Apt. 3C**<br>**New York, NY 10022** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.38**___<br>☐ Schedule G _____<br>**First Financial Bank** |
| 3.36<br>9 | **South Loop West Leasing LLC**<br>**444 East 58th Street, Apt. 3C**<br>**New York, NY 10022** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.29**___<br>☐ Schedule G _____<br>**Fairpark Capital LLC** |

| Debtor 1 | **David Arthur Shabsels** | Case number *(if known)* | **26-16530** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
| | Check all schedules that apply: |

3.37 0   **South Loop West Leasing LLC**
**444 East 58th Street, Apt. 3C**
**New York, NY 10022**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.2**__
☐ Schedule G _____
**Agile Lending LLC**

---

3.37 1   **South Loop West Leasing LLC**
**444 East 58th Street, Apt. 3C**
**New York, NY 10022**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.39**__
☐ Schedule G _____
**First Financial Bank**

---

3.37 2   **South Loop West Leasing LLC**
**444 East 58th Street, Apt. 3C**
**New York, NY 10022**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.40**__
☐ Schedule G _____
**First Financial Bank**

---

3.37 3   **South Loop West Real Estate LLC**
**444 East 58th Street, Apt. 3C**
**New York, NY 10022**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.37**__
☐ Schedule G _____
**First Financial Bank**

---

3.37 4   **South Loop West Real Estate LLC**
**444 East 58th Street, Apt. 3C**
**New York, NY 10022**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.38**__
☐ Schedule G _____
**First Financial Bank**

---

3.37 5   **South Loop West Real Estate LLC**
**444 East 58th Street, Apt. 3C**
**New York, NY 10022**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.29**__
☐ Schedule G _____
**Fairpark Capital LLC**

---

3.37 6   **South Loop West Real Estate LLC**
**444 East 58th Street, Apt. 3C**
**New York, NY 10022**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.39**__
☐ Schedule G _____
**First Financial Bank**

---

3.37 7   **South Loop West Real Estate LLC**
**444 East 58th Street, Apt. 3C**
**New York, NY 10022**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.40**__
☐ Schedule G _____
**First Financial Bank**

---

3.37 8   **Southwest Ohio Associates**
**200 Old Tarrytown Road**
**White Plains, NY 10603**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.2**__
☐ Schedule G _____
**Agile Lending LLC**

---

| Debtor 1 | **David Arthur Shabsels** | | Case number *(if known)* | **26-16530** |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.37
9

**Splashdown Beach Landco LLC**
**16 Old Route 9 W**
**Fishkill, NY 12524**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.64**__
☐ Schedule G _____
**NBT Bank N.A.**

3.38
0

**Splashdown Beach Operatingco, LLC**
**16 Old Route 9 W,**
**Fishkill, NY 12524**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.2**__
☐ Schedule G _____
**Agile Lending LLC**

3.38
1

**Splashdown Beach Operatingco, LLC**
**16 Old Route 9 W**
**Fishkill, NY 12524**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.64**__
☐ Schedule G _____
**NBT Bank N.A.**

3.38
2

**Stony Creek Operating Co, LLC**
**P.O. Box 110357**
**Trumbull, CT 06611**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.2**__
☐ Schedule G _____
**Agile Lending LLC**

3.38
3

**summit Camp LLC**
**68 Duck Harbor Road**
**Honesdale, PA 18431**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.14**__
☐ Schedule G _____
**Bank of America, N.A.**

3.38
4

**summit Camp LLC**
**68 Duck Harbor Road**
**Honesdale, PA 18431**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.2**__
☐ Schedule G _____
**Agile Lending LLC**

3.38
5

**Suremark Holdings LLC**
**7931 E Pecos Road, Suite 122**
**Mesa, AZ 85212**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.84**__
☐ Schedule G _____
**Tideway Capital Funding LLC**

3.38
6

**Turnpike Road Holdings LLC**
**112 Turnpike Road, Suite 108**
**Westborough, MA 01581**

☐ Schedule D, line _____
☒ Schedule E/F, line __**4.2**__
☐ Schedule G _____
**Agile Lending LLC**

| Debtor 1 | **David Arthur Shabsels** | Case number *(if known)* | **26-16530** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.387** **Washington Lake LLC**
**80 M St SE**
**Washington, DC 20003**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.16**___
☐ Schedule G _____
**Bank of New Hampshire**

**3.388** **Washington Lake LLC**
**80 M St SE**
**Washington, DC 20003**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.17**___
☐ Schedule G _____
**Bank of New Hampshire**

**3.389** **Washington Lake, LLC**
**P.O. Box 110357**
**Trumbull, CT 06611**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.2**___
☐ Schedule G _____
**Agile Lending LLC**

**3.390** **Waukeela Landco LLC**
**23 Brownfield Road**
**Eaton Center, NH 03832**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.17**___
☐ Schedule G _____
**Bank of New Hampshire**

**3.391** **Waukeela Landco LLC**
**23 Brownfield Road**
**Eaton Center, NH 03832**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.2**___
☐ Schedule G _____
**Agile Lending LLC**

**3.392** **Waukeela Landco LLC**
**23 Brownfield Road**
**Eaton Center, NH 03832**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.29**___
☐ Schedule G _____
**Fairpark Capital LLC**

**3.393** **Waukeela Operatingco, LLC**
**50 Quality Street, #110357**
**Trumbull, CT 06611**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.2**___
☐ Schedule G _____
**Agile Lending LLC**

**3.394** **Weekland LLC**
**14955 Chicory Ct**
**Woodbridge, VA 22193**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.17**___
☐ Schedule G _____
**Bank of New Hampshire**

**3.395** **West Florida Ventures LLC**
**8460 SW 184th Terrace**
**Miami, FL 33157**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.29**___
☐ Schedule G _____
**Fairpark Capital LLC**

| Debtor 1 | **David Arthur Shabsels** | Case number *(if known)* | **26-16530** |

---

| | **Additional Page to List More Codebtors** | |
|---|---|---|
| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

| 3.396 | **West Florida Ventures LLC**<br>**8460 SW 184th Terrace**<br>**Miami, FL 33157** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.2**__<br>☐ Schedule G _____<br>**Agile Lending LLC** |
|---|---|---|
| 3.397 | **Willow Lake Land Corp.**<br>**200 State Route 181**<br>**Lake Hopatcong, NJ 07849** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.73**__<br>☐ Schedule G _____<br>**Provident Bank** |
| 3.398 | **WM Land LLC**<br>**63 Pleasant Street**<br>**Concord, NH 03301** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.16**__<br>☐ Schedule G _____<br>**Bank of New Hampshire** |
| 3.399 | **WM Land LLC**<br>**63 Pleasant Street**<br>**Concord, NH 03301** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.17**__<br>☐ Schedule G _____<br>**Bank of New Hampshire** |
| 3.400 | **Woodlands Eagle Timber Leasing LLC**<br>**Woodlands Eagle Timber Leasing LLC**<br>**Trumbull, CT 06611** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.11**__<br>☐ Schedule G _____<br>**Bank Iowa** |
| 3.401 | **Woodlands Eagle Time**<br>**50 Quality St #110357**<br>**Trumbull, CT 06611** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __**4.11**__<br>☐ Schedule G _____<br>**Bank Iowa** |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com · Best Case Bankruptcy

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **David Arthur Shabsels** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (If known) | **26-16530** |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

# Schedule I: Your Income

**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|
| **Employment status** | ☐ Employed  ☒ Not employed | ☐ Employed  ☒ Not employed |
| **Occupation** | | |
| **Employer's name** | | |
| **Employer's address** | | |
| **How long employed there?** | | |

| Part 2: | Give Details About Monthly Income |
|---|---|

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.**  Add line 2 + line 3. | 4. | $ 0.00 | $ 0.00 |

Debtor 1   **David Arthur Shabsels**                                    Case number (*if known*)   **26-16530**

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** ............................................................................... | 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.   $ 0.00   $ 0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ 0.00   $ 0.00

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: _____ | 8h.+ | $ 0.00 + | $ 0.00 |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $ 0.00   $ 0.00

10. **Calculate monthly income.** Add line 7 + line 9.   10.   $ 0.00 + $ 0.00 = $ 0.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____   11.   **+**$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies   12.   $ 0.00
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
☒ Yes. Explain:   **The Debtor expects his father to put him on payroll; debtor's non filing spouse is currently looking for employment.**

Official Form 106I                    **Schedule I: Your Income**                    page 2

Fill in this information to identify your case:

Debtor 1     **David Arthur Shabsels**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number   **26-16530**
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ☒ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**    ☐ No

    Do not list Debtor 1 and       ☒ Yes.   Fill out this information for
    Debtor 2.                                each dependent..............

    Do not state the
    dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | **5** | ☐ No  ☒ Yes |
| **Daughter** | **14** | ☐ No  ☒ Yes |
| **Daughter** | **13** | ☐ No  ☒ Yes |
|  |  | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ☒ No   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

| | | |
|---|---|---:|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ **14,500.00** |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ **0.00** |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ **1,250.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ **1,500.00** |
| 4d. | Homeowner's association or condominium dues | 4d. $ **0.00** |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ **0.00** |
| 6. | **Utilities:** | |
| 6a. | Electricity, heat, natural gas | 6a. $ **0.00** |
| 6b. | Water, sewer, garbage collection | 6b. $ **15.00** |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ **0.00** |
| 6d. | Other. Specify:   **Alarm** | 6d. $ **52.00** |

Debtor 1   **David Arthur Shabsels**     Case number (if known)   **26-16530**

| | | | |
|---|---|---|---|
| 7. | **Food and housekeeping supplies** | 7. $ | **2,500.00** |
| 8. | **Childcare and children's education costs** | 8. $ | **1,682.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | **150.00** |
| 10. | **Personal care products and services** | 10. $ | **50.00** |
| 11. | **Medical and dental expenses** | 11. $ | **100.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | **200.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | **200.00** |
| 14. | **Charitable contributions and religious donations** | 14. $ | **100.00** |

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

| | | |
|---|---|---|
| 15a.  Life insurance | 15a. $ | **0.00** |
| 15b.  Health insurance | 15b. $ | **0.00** |
| 15c.  Vehicle insurance | 15c. $ | **0.00** |
| 15d.  Other insurance. Specify: | 15d. $ | **0.00** |

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____   16. $   **0.00**

17. **Installment or lease payments:**

| | | |
|---|---|---|
| 17a.  Car payments for Vehicle 1 | 17a. $ | **0.00** |
| 17b.  Car payments for Vehicle 2 | 17b. $ | **0.00** |
| 17c.  Other. Specify: | 17c. $ | **0.00** |
| 17d.  Other. Specify: | 17d. $ | **0.00** |

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**   18. $   **0.00**

19. **Other payments you make to support others who do not live with you.**   $   **0.00**
Specify: _____   19.

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**

| | | |
|---|---|---|
| 20a.  Mortgages on other property | 20a. $ | **0.00** |
| 20b.  Real estate taxes | 20b. $ | **4,500.00** |
| 20c.  Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| 20d.  Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| 20e.  Homeowner's association or condominium dues | 20e. $ | **2,400.00** |

21. **Other:** Specify:   **New York City Apartment Property Expenses**   21.  +$   **100.00**

22. **Calculate your monthly expenses**

| | | |
|---|---|---|
| 22a. Add lines 4 through 21. | $ | **29,299.00** |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | **29,299.00** |

23. **Calculate your monthly net income.**

| | | |
|---|---|---|
| 23a.  Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **0.00** |
| 23b.  Copy your monthly expenses from line 22c above. | 23b. -$ | **29,299.00** |
| 23c.  Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | **-29,299.00** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.
☒ Yes.

> Explain here: **Primary obligor for mortgage on future residence is Simad Holdings, Ltd. The Debtor's expenses will change when he ceases renting his current residence and moves into his family's future residence at the end of July 2026.**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **David Arthur Shabsels** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | **26-16530** |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | **Sign Below** |
|---|---|

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes.   Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ David Arthur Shabsels** | X _____ |
|---|---|
| **David Arthur Shabsels** | Signature of Debtor 2 |
| Signature of Debtor 1 | |
| Date   **July 15, 2026** | Date _____ |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **David Arthur Shabsels** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:     DISTRICT OF NEW JERSEY

Case number     **26-16530**
(if known)

☐ Check if this is an amended filing

## Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy
04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.   If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:     Give Details About Your Marital Status and Where You Lived Before**

1.   **What is your current marital status?**

☒ Married
☐ Not married

2.   **During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
☒ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **60 Carthage Road Scarsdale, NY 10583** | From-To: **2017-** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

3.   **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☒ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2     Explain the Sources of Your Income**

4.   **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | **Unknown** | ☐ Wages, commissions, bonuses, tips | |
| | ☒ Operating a business | | ☐ Operating a business | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1  **David Arthur Shabsels**                                      Case number *(if known)*  **26-16530**

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2025 ) | ☐ Wages, commissions, bonuses, tips | **Unknown** | ☐ Wages, commissions, bonuses, tips | |
| | ☒ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2024 ) | ☐ Wages, commissions, bonuses, tips | **Unknown** | ☐ Wages, commissions, bonuses, tips | |
| | ☒ Operating a business | | ☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **Interest / Dividends/Rental Income** | **Unknown** | | |
| **For last calendar year:**<br>(January 1 to December 31, 2025 ) | **Interest / Dividends/Rental Income** | **Unknown** | | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2024 ) | **Interest / Dividends/Rental Income** | **Unknown** | | |

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
   ☒ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?
   ☐ No.  Go to line 7.
   ☒ Yes  List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No.  Go to line 7.
   ☐ Yes  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Debtor 1 | **David Arthur Shabsels** | Case number (*if known*) | **26-16530** |

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **See attached Exhibit "A"** | 03/06/2026 - 06/04/2026 | **$3,711,926. 65** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☒ Other __ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☒ No
   ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☒ No
   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

| **Part 4:** | **Identify Legal Actions, Repossessions, and Foreclosures** |

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☒ No
   ☐ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☒ No. Go to line 11.
    ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
    ☒ No
    ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
    ☒ No
    ☐ Yes

---

Official Form 107 | **Statement of Financial Affairs for Individuals Filing for Bankruptcy** | page **3**

| Debtor 1 | **David Arthur Shabsels** | Case number (*if known*) | **26-16530** |
|---|---|---|---|

---

**Part 5:      List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
☐ No
☒ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **to be identified** | | **2024-2026** | **Unknown** |
| Person's relationship to you: | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
☐ No
☒ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that   total more than $600<br>**Charity's Name**<br>**Address** (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **To be identified** | **To be identified** | **2024-2026** | **Unknown** |

---

**Part 6:      List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☒ No
☐ Yes.   Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

---

**Part 7:      List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☒ Yes. Fill in the details.

| Person Who Was Paid<br>**Address**<br>**Email or website address**<br>**Person Who Made the Payment, if Not You** | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Pashman Stein Walder Hayden, P.C.**<br>**21 Main Street, Suite 200**<br><br>**Hackensack, NJ 07601**<br>**www.pashmanstein.com**<br>**Michael Shabsels** | **See Supplemental Certification of Donald W. Clarke in Support of Retention Application DI 90** | **06/04/2026** | **$120,234.26** |

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| Debtor 1 | **David Arthur Shabsels** | Case number *(if known)* | **26-16530** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☒ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
| --- | --- | --- | --- |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☒ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
| --- | --- | --- | --- |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

☒ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
| --- | --- | --- |

| **Part 8:** | **List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units** |

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ **No**
☒ **Yes. Fill in the details.**

| Name of Financial Institution and **Address** (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |
| **To be identified** | **XXXX-** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | | **$0.00** |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☒ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
| --- | --- | --- | --- |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☒ **No**
☐ **Yes. Fill in the details.**

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
| --- | --- | --- | --- |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **David Arthur Shabsels** | Case number *(if known)* | **26-16530** |

---

| **Part 9:** | **Identify Property You Hold or Control for Someone Else** |

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☒ **No**
☐ **Yes. Fill in the details.**

| Owner's Name **Address** (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

| **Part 10:** | **Give Details About Environmental Information** |

**For the purpose of Part 10, the following definitions apply:**

☒ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

☒ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

☒ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☒ **No**
☐ **Yes. Fill in the details.**

| Name of site **Address** (Number, Street, City, State and ZIP Code) | Governmental unit **Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

☒ **No**
☐ **Yes. Fill in the details.**

| Name of site **Address** (Number, Street, City, State and ZIP Code) | Governmental unit **Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ **No**
☐ **Yes. Fill in the details.**

| Case Title Case Number | Court or agency **Name Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

| **Part 11:** | **Give Details About Your Business or Connections to Any Business** |

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ **A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**

☒ **A member of a limited liability company (LLC) or limited liability partnership (LLP)**

☒ **A partner in a partnership**

☒ **An officer, director, or managing executive of a corporation**

☒ **An owner of at least 5% of the voting or equity securities of a corporation**

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **David Arthur Shabsels**                                                  Case number *(if known)*    **26-16530**

☐    **No. None of the above applies.   Go to Part 12.**

☒    **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name Address (Number, Street, City, State and ZIP Code) | Describe the nature of the business Name of accountant or bookkeeper | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| **SIMAD Holdings LLC**<br>**50 Quality Street**<br>**#110357**<br>**Trumbull, CT 06611** | **British Virgin Islands Holding Company** | **EIN:**    46-0781502<br><br>**From-To** |
| **SIMAD Ventures LLC**<br>**50 Quality Street, #110357**<br>**Trumbull, CT 06611** | **Holding Company** | **EIN:**    81-1318037<br><br>**From-To** |
| **DAMIS Holdings LLC**<br>**444 E 58th Street, Apt 3C**<br>**New York, NY 10022** | **Real Estate and Resort Management Company** | **EIN:**    26-4569764<br><br>**From-To** |
| **DAMIS Ventures LLC**<br>**444 East 58th Street, Apt. 3C**<br>**New York, NY 10022** | **Investment Holding and Management Company** | **EIN:**    81-1318078<br><br>**From-To** |
| **Greenvilleland LLC**<br>**150 Ingalside Road**<br>**Greenville, NY 12083** | **Real Estate and Property Holding Company** | **EIN:**    26-4101514<br><br>**From-To** |
| **Mill Road Landco LLC**<br>**74 Davidson Mill Road**<br>**North Brunswick, NJ 08902** | **Real Estate and Property-Owning Holding Company** | **EIN:**    45-3645276<br><br>**From-To** |
| **Eagles Landing Day Camp LLC**<br>**74 Davidson Mill Road**<br>**North Brunswick, NJ 08902** | **Day Camp** | **EIN:**    45-3645311<br><br>**From-To** |
| **7335 Gladiolus LLC**<br>**7335 Gladiolus Drive**<br>**Fort Myers, FL 33908** | **Real Estate and Operational Holdings** | **EIN:**    81-1036615<br><br>**From-To** |
| **MRJ Realty LLC**<br>**12 Cambridge Drive**<br>**Trumbull, CT 06611** | **Real Estate Development Firm** | **EIN:**    81-5196005<br><br>**From-To** |
| **1401 US Hwy 49B Real Estate LLC**<br>**1401 US HWY 49B**<br>**Paragould, AR 72450** | **Real Estate Holding Company** | **EIN:**    82-5066304<br><br>**From-To** |
| **1912 Memorial Drive Real Estate LLC**<br>**1912 Memorial Drive**<br>**Atlanta, GA 30317** | **Commercial Real Estate Holding Company** | **EIN:**    82-5010662<br><br>**From-To** |
| **Affiliated Saginaw Development LLC**<br>**25 Colonial Drive**<br>**Trumbull, CT 06611** | **Real Estate and Property Investment** | **EIN:**    88-4082392<br><br>**From-To** |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor 1   **David Arthur Shabsels**                                                                    Case number *(if known)*   **26-16530**

| Business Name Address (Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Amalgamated Houston Holdings LLC**<br>**455 Tarrytown Road, Suite 1526**<br>**White Plains, NY 10607** | **Commercial Real Estate** | EIN:        **92-1231886**<br><br>From-To |
| **Chateaugay Campco LLC**<br>**233 Gadway Road**<br>**Lyon Mountain, NY 12955** | **Sleepaway Camp** | EIN:        **88-2103193**<br><br>From-To |
| **Chateaugay Landco LLC**<br>**233 Gadway Road**<br>**Lyon Mountain, NY 12955** | **Sleepaway Camp** | EIN:        **88-2103300**<br><br>From-To |
| **Development Associates of Benton Harbor**<br>**1701 M 139**<br>**Benton Harbor, MI 49022** | **Commercial Real Estate and Property Development Company** | EIN:        **88-4201740**<br><br>From-To |
| **Shab Operating Inc.**<br>**21 Echo Road**<br>**Bloomingburg, NY 12721** | **Real Estate and Operational Entity Affiliated with SIMAD Holdings, Ltd.** | EIN:        **74-3230078**<br><br>From-To |
| **Bahs Operating Inc. (Camp Chen-A-Wanda)**<br>**355 Camp Road**<br>**Thompson, PA 18465** | **Sleepaway Camp** | EIN:        **74-3230075**<br><br>From-To |
| **Camp Med-O-Lark Inc.**<br>**82 Medolark Road**<br>**Washington, ME 04574** | **Sleepaway Camp** | EIN:        **20-5014808**<br><br>From-To |
| **Mohawk Country Home School Inc.**<br>**200 Old Tarrytown Road**<br>**White Plains, NY 10603** | **Day Camp** | EIN:        **13-2565981**<br><br>From-To |
| **Willow Lake Land Corp.**<br>**200 State Route 181**<br>**Lake Hopatcong, NJ 07849** | **Real Estate/Land Management Firm** | EIN:        **22-3272383**<br><br>From-To |
| **Mountainscapes Capital Investment Trust**<br>**1030 New McNeil Avenue**<br>**Lawrence, NY 11559** | **Commercial Real Estate and Property Investment Firm** | EIN:        **82-7000495**<br><br>From-To |
| **Oak Tree Property Trust**<br>**333 S. Grand Avenue, 28th Floor**<br>**Los Angeles, CA 90071** | **Investment Management and Private Equity** | EIN:        **84-6493498**<br><br>From-To |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor 1 | David Arthur Shabsels | | Case number *(if known)* | 26-16530 |

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **DAMIS, and certain jointly admin debtors**<br>**Michael P. Pompeo for CRO Perry Mandarino**<br>**Faegre Drinker Biddle & Reath LLP**<br>**1177 Avenue of the Americas, 41st Floor**<br>**New York, NY 10036** | | EIN:<br><br>From-To |
| **SIMAD and certain jointly admin. debtors**<br>**Michael D. Sirota for Assaf Ravid**<br>**Cole Schotz P.C.**<br>**25 Main Street**<br>**Hackensack, NJ 07601** | | EIN:<br><br>From-To |
| **Holding Co DS, LLC** | | EIN:<br><br>From-To |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ No
☒ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **Unknown** | **I have provided the 2026 statement. M. Shabsels was using my financial statement to obtain loans.   I was not consulted on each transaction and do not know how often and to whom it was given.** |

### Part 12:  Sign Below

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**/s/ David Arthur Shabsels**

**David Arthur Shabsels**
**Signature of Debtor 1**

Signature of Debtor 2

Date    **July 15, 2026**

Date

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
☒ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
☒ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **David Arthur Shabsels** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | District of New Jersey |
| Case number (if known) | **26-16530** |

☐ Check if this is an amended filing

## Official Form 122B
# Chapter 11 Statement of Your Current Monthly Income

**12/21**

**You must file this form if you are an individual and are filing for bankruptcy under Chapter 11 (other than Subchapter V). If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | Calculate Your Current Monthly Income |
|---|---|

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☒ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 |
|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | |
| Ordinary and necessary operating expenses | -$ 0.00 | |
| Net monthly income from a business, profession, or farm | $ 0.00 Copy here -> | $ 0.00 | $ |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 |
|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | |
| Ordinary and necessary operating expenses | -$ 0.00 | |
| Net monthly income from rental or other real property | $ 0.00 Copy here -> | $ 0.00 | $ |

Debtor 1   **David Arthur Shabsels**   Case number (*if known*)   **26-16530**

|  |  | Column A Debtor 1 | Column B Debtor 2 |
|---|---|---|---|

7. **Interest, dividends, and royalties**   $ 0.00   $ _____

8. **Unemployment compensation**   $ 0.00   $ _____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you ................................................................$ 0.00

For your spouse.......................................................$ _____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.   $ 0.00   $ _____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

_____   $ _____   $ _____

_____   $ 0.00   $ _____

Total amounts from separate pages, if any.   **+** $ 0.00   $ _____

11. **Calculate your total current monthly income.**

Add lines 2 through 10 for each column.

Then add the total for Column A to the total for Column B.   $ 0.00   **+** $ _____   **=** $ 0.00

| Debtor 1 | David Arthur Shabsels | Case number (*if known*) | 26-16530 |
|---|---|---|---|

---

**Part 2:**  **Sign Below**

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X** **/s/ David Arthur Shabsels**

**David Arthur Shabsels**
Signature of Debtor 1

Date **July 15, 2026**
MM / DD / YYYY

---

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## District of New Jersey

In re __David Arthur Shabsels__ _____     Case No.    __26-16530__ _____
                                    Debtor(s)                     Chapter    __11__ _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ...................................................... $ _____120,234.26__

   Prior to the filing of this statement I have received ........................................ $ _____0.00__

   Balance Due ....................................................................................... $ _____120,234.26__

2.   The source of the compensation paid to me was:

   ☐ Debtor      ☒ Other (specify):     **Michael Shabsels.  I have agreed to accept $120,234.26 plus fees incurred during administration and authorized upon application to the court. Prior to the filing of this statement, I have received $120,234.26.Balance due is $0.00**

3.   The source of compensation to be paid to me is:
   ☒ Debtor      ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [List other services that counsel has agreed to provide]
       **During our representation we will (1) advise the Debtor, co-counsel and other professionals retained in regards to the prosecution of the Chapter 11 case, including all of the legal and administrative requirements of operating in Chapter 11; (2) prepare such administrative and procedural applications and motion as may be required for the orderly and efficient conduct of the case; (3) prosecute and defend litigation that may arise during the course of the case (4) consult with the Debtor concerning and participate in the formulation, negotiation, preparation and filing of a plan or plans of reorganization or liquidation and disclosure statement(s) to accompany the plan(s); (5) review nad object to claims; (6) analyze, recommend, prepare and bring causes of action permitted under the Bankruptcy Code; (7) address conflict matters to the extent necessary; and (8) take all steps necessary and appropriate to bring the case to a conclusion.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

   __July 15, 2026__ _____          __/s/ Don Clarke__ _____
   *Date*                                   **Don Clarke**
                                            *Signature of Attorney*
                                            **Pashman Stein Walder Hayden**
                                            **21 Main Street**
                                            **Hackensack, NJ 07601**
                                            **  Fax:**
                                            **dclarke@pashmanstein.com**
                                            *Name of law firm*

---

# United States Bankruptcy Court
## District of New Jersey

In re    **David Arthur Shabsels**                                      Case No.    **26-16530**
                                    Debtor(s)                 Chapter     **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **July 15, 2026**                    **/s/ David Arthur Shabsels**
                                 **David Arthur Shabsels**
                                 Signature of Debtor

1000 Acres Holdings LLC
465 Warrensburg Road
Stony Creek, NY 12878


1101 East Glendale Blvd. Real Estate LLC
1101 E. Glendale Boulevard
Valparaiso, IN 46383


1101 East Glendale Boulevard Leasing LLC
1101 E. Glendale Boulevard
Valparaiso, IN 46383


1101 East Glendale Boulevard Real Estate
1100 Glendale Avenue
Valparaiso, IN 46383


11200 West Florissant Avenue Leasing LLC
11200-11298 West Florissant Avenue
Florissant, MO 63033


11200 West Florissant Avenue LLC
11200-11298 West Florissant Avenue
Florissant, MO 63033


11200 West Florissant Avenue Realty LLC
11200-11298 West Florissant Avenue
Florissant, MO 63033


1133 Northwest L Street Leasing LLC
444 East 58th Street, Apt 3C
New York, NY 10022


1133 Northwest L Street Real Estate LLC
444 East 58th Street, Apt 3C
New York, NY 10020


1133 Northwest L Street Real Estate LLC
444 East 58th Street, Apt 3C
New York, NY 10022


1133 Northwest Street Leasing
444 East 58th Street, Apt 3C
New York, NY 10022


1135 East Chocolate Ave. Real Estate LLC
1135 East Chocolate Avenue
Hershey, PA 17033


1135 East Chocolate Avenue Leasing LLC
1135 E. Chocolate Avenue
Hershey, PA 17033


12 Cambridge Drive Leasing LLC
50 Quality Street, #110357
Trumbull, CT 06611

12 Cambridge Drive Realty LLC
50 Quality Street, #110357
Trumbull, CT 06611


1323 Augusta W. Parkway Real Estate LLC
1323 Augusta West Parkway,
Augusta, GA 30909


1323 Augusta West Parkway Leasing LLC
1323 Augusta West Parkway
Augusta, GA 30909


1401 1 US Highway 49 B Real Estate LLC
1401 US Highway 49B
Paragould, AR 72450


1401 US Highway 49B Real Estate LLC
1401 US Highway 49B73
East Valley Brook Road
Long Valley, NJ 07853


149 Emerald Street Leasing LLC
149 Emerald Street
Keene, NH 03431


149 Emerald Street Owner LLC
149 Emerald Street
Keene, NH 03431


149 Emerald Street Real Estate LLC
149 Emerald Street
Keene, NH 03431


149 Washington Avenue Real Estate LLC
149 Washington Avenue
Dumont, NJ 07628


1600 Eastchase Parkway Leasing LLC
1600 Eastchase Parkway
Fort Worth, TX 76120


1600 Eastchase Parkway Real Estate LLC
1600 Eastchase Parkway
Fort Worth, TX 76120


1750 Wells Real Estate, LLC
444 East 58th Street, Apt 3C
New York, NY 10022


1800 & 4215 Oklahoma Realty LLC
4215 SE 53rd St.
Oklahoma City, OK 73135


1800 North Rockwell Ave Real Estate LLC
1800 N Rockwell Avenue
Bethany, OK 73008

180200 Glastonbury Leasing LLC
29 West High Street
East Hampton, CT 06424


180200 Glastonbury Real Estate LLC
29 West High Street
East Hampton, CT 06424


1912 Memorial Dr. Real Estate LLC
1912 Memorial Drive
Waycross, GA 31501


1912 Memorial Drive Real Estate LLC
1912 Memorial Drive
Atlanta, GA 30317


200 Great Pond Drive Real Estate LLC
200 Great Pond Drive
Windsor, CT 06095


201 Centre Drive Real Estate LLC
201 Centre Drive
Stephens City, VA 22655


2195 Harlem Road Leasing LLC
122 East 42nd Street, 18th Floor
New York, NY 10168


2195 Harlem Road Real Estate LLC
122 East 42nd Street, 18th Floor
New York, NY 10168


21974 Coopercreek Road Leasing LLC
2974 Coppercreek Rd, Apt B
Saint Louis, MO 63136


2203 Grand Canal Blvd Leasing LLC
444 East 58th Street, Apt 3C
New York, NY 10022


2203 Grand Canal Blvd. Real Estate LLC


2203 Grand Canal Blvd. Real Estate LLC
2203-2223 Grand Canal Blvd
Stockton, CA 95207


2203 Grand Canal Boulevard
2203-2223 Grand Canal Boulevard
Stockton, CA 95207


2203 Grand Canal Boulevard Leasing LLC
2203-2223 Grand Canal Boulevard
Stockton, CA 95207

2302 Windsong Drive Leasing LLC
50 Quality Street, #110357
Trumbull, CT 06611


2302 Windsong Drive Real Estate LLC
50 Quality Street, #110357
Trumbull, CT 06611


2434 S. Interstate 35E Leasing LLC
20a Grove Street
C/O Randy Mittasch
Hicksville, NY 11801


2434 S. Interstate 35E Real Estate LLC
20a Grove Street
C/O Randy Mittasch
Hicksville, NY 11801


2434 South Interstate 35E Leasing LLC
20A Grove Street
Hicksville, NY 11801


2434 South Interstate 35E Real Estate
20A Grove Street
Hicksville, NY 11801


250 Progressive Leasing LLC
256 West Data Drive
Draper, UT 84020


250 Progressive Real Estate LLC
256 West Data Drive
Draper, UT 84020


2547 Brindel Drive Leasing LLC
444 East 58th Street, Apt. 3C
New York, NY 10022


2547 Brindle Drive Leasing LLC
444 East 58th Street, Apt. 3C
New York, NY 10022


2547 Brindle Drive Real Estate LLC
444 East 58th Street, Apt. 3C
New York, NY 10022


2974 Coopercreek Road Leasing LLC
50 Quality Street, Unit 110357
Trumbull, CT 06611


2974 Coopercreek Road Real Estate LLC
50 Quality Street, Unit 110357
Trumbull, CT 06611

2974 Coppercreek Road Leasing LLC
50 Quality Street, Unit 110357
Trumbull, CT 06611

3385 Newmark Drive LLC
3385 Newmark Drive
Miamisburg, OH 45342

3412 Tittabawassee Road Real Estate LLC
186 N. Main Street, 2nd Floor, Suite 1
Plymouth, MI 48170

3413 Tittabawassee Road Leasing LLC
186 N. Main Street, 2nd Floor
Plymouth, MI 48170

3413 Tittabawassee Road Leasing LLC
3413 Tittabawassee Road
Saginaw, MI 48604

3413 Tittabawassee Road Real Estate LLC
186 N. Main Street, 2nd Floor, Suite 1
Plymouth, MI 48170

348 Morris Avenue Real Estate LLC
50 Quality Street, #110357
Trumbull, CT 06611

3885 Newmark Drive LLC
3385 & 3445 Newmark Drive
Miamisburg, OH 45342

400 Green Road Real Estate LLC
50 Quality Street
Trumbull, CT 06611

400 Green Roads Leasing LLC
50 Quality Street
Trumbull, CT 06611

400 Greens Road Leasing LLC
400 Green Road
Houston, TX 77060

400 Greens Road Real Estate LLC
400 Greens Road
Houston, TX 77060

4200 Park Avenue Leasing LLC
4200 Park Avenue
Weehawken, NJ 07086

4200 Park Avenue Real Estate LLC
4200 Park Avenue
Weehawken, NJ 07086

4215 SE 53rd Street Real Estate LLC
4215 SE 53rd Street
Oklahoma City, OK 73135


4328 Bay Road


4328 Bay Road Leasing LLC
186 N. Main Street, 2nd Floor, Suite 1
Plymouth, MI 48170


4328 Bay Road Real Estate LLC
186 N. Main Street, 2nd Floor, Suite 1
Plymouth, MI 48170


44 Southpoint Drive Leasing LLC
44 Southpoint Drive
Dorchester, MA 02125


44 Southpoint Drive Real Estate LLC
44 Southpoint Drive
Dorchester, MA 02125


45 Commerce Drive Leasing LLC
45 Commerce Drive
Augusta, ME 04330


45 Commerce Drive Real Estate
45 Commerce Drive
Augusta, ME 04330


4650 Westway Park Blvd. Real Estate LLC
20a Grove Street Hicksville
Hicksville, NY 11801


4650 Westway Park Boulevard Leasing LLC
20a Grove Street Hicksville
Hicksville, NY 11801


4800 USH 280 Leasing LLC
4800 US Highway 280
Opelika, AL 36801


4800 USH 280 Real Estate LLC
4800 US Highway 280
Opelika, AL 36801


4828 Bay Road Real Estate LLC
186 N. Main Street, 2nd Floor, Suite 1
Plymouth, MI 48170


55 Merlino Drive Leasing LLC
55 Merlino Drive
Wilkes Barre, PA 18705

55 Merlino Leasing LLC
55-43 Myrtle Avenue, Suite 2
Ridgewood, NY 11385


5707 MacCorkle Avenue Leasing LLC
5707 MacCorckle Avenue Southeast
Charleston, WV 25304


5707 MacCorkle Avenue Real Estate LLC
5707 MacCorckle Avenue Southeast
Charleston, WV 25304


6225 Oak Tree Blvd Real Estate LLC
6225 Oak Tree Blvd
Independence, OH 44131


635 Gravoid Road Leasing LLC
635 Gravois Road
Fenton, MO 63026


635 Gravois Road Leasing LLC
635 Gravois Road
Fenton, MO 63026


635 GRAVOIS ROAD LEASING LLC
635 Gravois Road
Fenton, MO 63026


635 Gravois Road Real Estate LLC
635 Gravois Road
Fenton, MO 63026


711 Corporate Drive Leasing LLC
20A Grove Street
Hicksville, NY 11801


711 Corporate Drive Real Estate LLC
20A Grove Street
Hicksville, NY 11801


7335 Gladiolus LLC
7335 Gladiolus Drive
Fort Myers, FL 33908


7335 Gladioulus LLC
444 E. 58th St, Apt 3C
New York, NY 10022


7650 FM 78 Real Estate LLC
1601 Elm Street
Dallas, TX 75201


7650 FM78 Leasing LLC
1601 Elm Street, Suite 4360
Dallas, TX 75201

771 Corporate Drive Leasing LLC
771 Corporate Drive
Lexington, KY 40503


8014 Bayberry Road Real Estate LLC
8014 Bayberry Road
Jacksonville, FL 32256


8014 Bayberry Wells Leasing LLC
8014 Bayberry Road
Jacksonville, FL 32256


830 County Road 64 Leasing LLC
830 County Road 64
Elmira, NY 14903


830 County Road 64 Leasing LLC
830 Old County Road 64
Westbury, NY 14903


830 County Road 64 Real Estate LLC
830 Old County Road 64
Westbury, NY 14903


9 Farm Springs Real Estate LLC
444 East 58th Street, Apt. 3-C
New York, NY 10022


9 Farm Springs Real Estate LLC
9 Farm Springs Road
Farmington, CT 06032


90 Pleasant Valley St. Real Estate LLC
444 E 58th Street, Apt 3-C
New York, NY 10022


90 Pleasant Valley Street Leasing, LLC
444 E 58th Street, Apt 3-C
New York, NY 10022


90 Pleasant Valley Street Real Estate, L
444 E 58th Street, Apt 3-C
New York, NY 10022


Ace Funding Source LLC
295 Madison Ave, 12th Floor
New York, NY 10017


Achim Landco LLC
600 Livingston Avenue
DPO, AE 09802


Achim Operating Co LLC
1600 Livingston Avenue
North Brunswick, NJ 08902

ADA Ferrell Holdings LLC
106 Freeman Circle
Tullahoma, TN 37388


Agile Lending LLC
244 Madison Ave, Suite 168
New York, NY 10016


Agile Lending LLC


American Choice Capital LLC


American Choice Capital LLC
1967 Wehrle Drive, Suite 1-086
Buffalo, NY 14221


Ascend Bank
One Park Street
Guilford, CT 06347


Ascend Bank


Austin Business Finance, LLC
1949 S. 1-35 Frontage Road, Suite 400
Austin, TX 78741


Austin Business Finance, LLC
1949 S I-35 Frontage Road
Austin, TX 78741


Bahs Operating Inc.
355 Camp Road
Thompson, PA 18465


Bahs Operating Inc. (Camp Chen-A-Wanda)
355 Camp Road
Thompson, PA 18465


Bank Iowa
1150 Jordan Creek Parkway
West Des Moines, IA 50266


Bank of America N.A.
Gateway Village - 900 Building
900 W Trade Street
Charlotte, NC 28255


Bank of America, N.A.
Gateway Village - 900 Building
900 W Trade Street
Charlotte, NC 28255

Bank of New Hampshire
62 Pleasant Street
Laconia, NH 03246


Bank of New Hampshire
62 Pleasant Street, Laconia
Laconia, NH 03246


Bank of New Hampshire
62 Pleasant Street, Laconia
Laconia, NH 03246


Banner Landco LLC
1225 Riverwoods Rd
Lake Forest, IL 60045


Banner Operating Co
1225 Riverwoods Rd
Lake Forest, IL 60045


Belgrade Lakes Summer Camps LLC
35 Golf Academy Dr
Belgrade, ME 04917


Belmont Apartments Partners LLC
C/O Cole Schotz
Court Plaza North
Hackensack, NJ 07601


BLOC Funding


Blue Star Camps
700 Babcock
Mays Landing, NJ 08330


Bluestar Landco, LLC
10030 N McArthur Blvd #170
Irving, TX 75063


Bluestar Operating Co, LLC
10030 N McArthur Blvd #170
Irving, TX 75063


Busey Bank
7980 Summerlin Lakes Drive
Fort Myers, FL 33907


Camp Chen-A-Wanda
355 Camp Road
Thompson, PA 18465


Camp Kent LLC
59 South Kent Road
Kent, CT 06757

Camp Lavi
2656 Upper Woods Road
Lakewood, PA 18439


Camp Med-O-Lark Inc.
82 Medolark Road
Washington, ME 04574


Camping Management Corporation
185 Pine Forest Camp Road
Greeley, PA 18425


Central Park Holdings Corp.
125 West 55th Street
New York, NY 10019


Chateaugay Campco LLC
233 Gadway Road
Lyon Mountain, NY 12955


Chateaugay Lake Camp Inc
233 Gadway Road
Merrill, NY 12955


Chateaugay Landco LLC
233 Gadway Road
Lyon Mountain, NY 12955


Clarktower RG
5100 Poplar Avenue, 27th Floor
Memphis, TN 38137


Clearview Funding Group
515 Broadhollow Road
Melville, NY 11747


Club Getaway Operatingco LLC
59 S. Kent Road
Kent, CT 06757


Community Bank N.A.
64-70 Market Street
Potsdam, NY 13676


Country Roads Landco, LLC
50 Quality Street, #110357
Trumbull, CT 06611


Country Roads Operatingco, LLC
50 Quality #110357
0611


County Roads Landco, LLC
50 Quality Street, #110357
Trumbull, CT 06611

DAMIS Holdings LLC
444 East 58th Street, Apt. 3C
New York, NY 10022


DAMIS Holdings, LLC
444 East 58th Street, Apt. 3C
New York, NY 10022


DASMAS Landco LLC
50 Quality Street, #110357
Trumbull, CT 06611


E Advance Sservices LLC


East Hartford Properties Leasing LLC
38 Green St, 1st Floor
Abington, CT 06230


East Hartford Properties Real Estate LLC
38 Green St, 1st Floor
Abington, CT 06230


Easthampton Savings Bank
36 Main Street
Easthampton, MA 01027


Easthampton Savings Bank


Evergreen Groton Holdings, LLC
176 Newton Street
Waltham, MA 02453


Fairpark Capital LLC
250 E 200 South Unit 1626
Salt Lake City, UT 84111


Fairplain Plaza Leasing LLC
25 Colonial Drve
Trumbull, CT 06611


Fairplain Plaza Real Estate LLC
25 Colonial Drve
Trumbull, CT 06611


Farmers and Merchants State Bank
1208 W. White River Boulevard, Suite 102
Muncie, IN 47303


Fidelity Bank
3829 Veterans Memorial Boulevard
Metairie, LA 70002

Fidelity Co-Operative Bank
9 Loeminster Connector
Leominster, MA 01453


FinWise Bank
4715 Viewridge Avenue, Suite 100
San Diego, CA 92123


First Financial Bank
Attn: Mark D. Bicker, Lending Officer
225 Pictoria Drive
Cincinnati, OH 45246


First Financial Bank
Attn: Commercial File
225 Pictoria Drive
Cincinnati, OH 45246


First Financial Bank
400 Pine Street
Abilene, TX 79604


First Financial Bank
Attn: Commercial File
225 Pictoria Drive Cincinnati
Cincinnati, OH 45246


First Financial Bank
Attn: Mark D. Bicker, Lending Officer
255 East Fifth Street
Cincinnati, OH 45202


First Financial Bank
Attn: Mark D. Bicker, Lending Officer
255 East Fifth Street, Suite 800
Cincinnati, OH 45202


First Merchants Bank
200 East Jackson Street
47305


First National Bank of McGregor
P.O. Box 387, McGregor
Mc Gregor, TX 76657


First National Bank of McGregor
P.O. Box 387
Mc Gregor, TX 76657


First Technology Federal Credit Union
Attention: Commercial Lending
PO Box 2100
Beaverton, OR 97075


Funders App, LLC
30 E. Broadway, Suite 203-1216
Salt Lake City, UT 84111

Funding Club LLC
915 Middle River Dr, Suite 306
Fort Lauderdale, FL 33304


FZA Note Buyers LLC
1560 Sawgrass Corporate Parkway, Suite 4
Fort Lauderdale, FL 33323


Goba Capital, Inc.
1 Alhambra Plaza #1100
Miami, FL 33134


Green Lane Landco, LLC
249 Camp Green Lane
Green Lane, PA 18054


Green Lane Operating Co, LLC
249 Camp Green Lane Road
Green Lane, PA 18054


Greenvilleland LLC
150 Ingalside Road
Greenville, NY 12083


Harvey Ross (Month to Month Lease)
35 Graham Rd, Scarsdale, NY, 10583-7207
Scarsdale, NY 10583


Heartland Bank and Trust Company
Attn: Kurt Rudsinski
401 N. Hershey Road
Bloomington, IL 61702


Highland Park Partners LLC
4215 SE 53rd Street
Oklahoma City, OK 73135


Holdingcods LLC
505 South Street
Oviedo, FL 32765


HomeTrust Bank
PO Box 950
Asheville, NC 28802


Iafalandco LLC
376 Main Street
Fryeburg, ME 04037


Inland Bank and Trust
2805 Butterfield Road
Oak Brook, IL 60523


Iska Investments, Order of Mark Allayev
3323 Northeast 163rd Street, Suite 401
North Miami Beach, FL 33160

Island Lake Campco, LLC
50 Island Lake Rd
Starrucca, PA 18462

Jason Byrd
500 West 43rd Street
New York, NY 10036

Kennebec Savings Bank
150 State Street
Augusta, ME 04330

Kiwi Landco, LLC
4030 Wake Forest Road, Suite 349
Raleigh, NC 27609

Kiwi Operatingco, LLC
825 Union Valley Road
Carmel, NY 10512

Lavco LLC
2656 Upper Woods Road
Lakewood, PA 18439

Leeton Real Estate Inc.
100 Wesmor Street #3
Clinton, MO 64735

Lisa Shabsels
60 Carthage Road
Scarsdale, NY 10583

LNS Group LLC

Mainwekeelaco LLC
1750 Bear Pond Road
Buckfield, ME 04220

Malka Operatingco, LLC
150 Ingalside Road
Greenville, NY 12083

Mark Sher
940 Amboy Avenue
Edison, NJ 08837

Mateson Center Leasing LLC
50 Quality Street, #110357
Trumbull, CT 06611

Matteson Center Leasing LLC
4806 211th Street
Matteson, IL 60443

Matteson Center Real Estate LLC
4806 211 Street
Matteson, IL 60443


Max Credit Union
P.O. Box 244040
Montgomery, AL 36124


Meadowbrook Landco LLC
525 Route 73 North, Suite 104
Marlton, NJ 08053


Meadowbrook Operating, LLC
525 Route 73, Suite 104
Marlton, NJ 08053


Mesorahco LLC
444 E 58th Street, Apartment #3C
New York, NY 10022


Mesorahland LLC
50 Quality Street, #110357
Trumbull, CT 06611


Metropolitan Partners Grp Administration
Attn: Paul Lisiak
850 Third Avenue, 18th Floor, New York,
New York, NY 10022


Michael Shabsels
444 East 58th Street, Apt. 8A
New York, NY 10022


Milton 2434 South I-35 LLC
455 Tarrytown Road
White Plains, NY 10607


Milton 4650 Westway Park Blvd. LLC
4650 Westway Park Boulevard
Houston, TX 77041


Milton 7650 FM 78
850 New Burton Road, Suite 201
Dover, DE 19904


Mizzen Capital II, LP
One Stamford Plaza
263 Tresser Blvd, 9th Floor
Stamford, CT 06901


Mizzen Capital LP
One Stamford Plaza
263 Tresser Blvd, 9th Floor
Stamford, CT 06901

Mizzen Capital LP; Mizzen Capital II LP
One Stamford Plaza
263 Tresser Blvd, 9th Floor
Stamford, CT 06901


Mogenavco LLC
169 Layymon Road
Liberty, NY 12754


Mogenavland LLC
169 Laymon Road
Liberty, NY 12754


Mohawk Day Camp
200 Old Tarytown Road
White Plains, NY 10603


Mohawkcampco LLC
200 Tarrytown Road
White Plains, NY 10603


Mohwakland, LLC
64 E. Uwchlan Ave., #249
Exton, PA 19341


NBT Bank N.A.
701 Route 9, Suite 7
Fishkill, NY 12526


Newco Capital Group VI LLC
One Whitehall Street, 2nd Floor
New York, NY 10004


North Avenue Capital
818 A1A N #300
Ponte Vedra Beach, FL 32082


North Avenue Capital, LLC


Northern Bank and Trust Company
275 Mishawum Road
Woburn, MA 01801


Ocean Funding Corp
2941 West Cypress Creek Road, Suite 10
Fort Lauderdale, FL 33309


Ocean Funding Corp.
2941 NW 62nd Street, Suite 201
Fort Lauderdale, FL 33309


Oklahoma Wilshire Lofts Leasing LLC
6708 W Wilshire Boulevard
Oklahoma City, OK 73132

Oklahoma Wilshire Lofts Real Estate LLC
6708 W Wilshire Boulevard
Oklahoma City, OK 73132


One Canal Place Leasing LLC
365 Canal Street, Suite 1130
New Orleans, LA 70130


One Canal Place Real Estate LLC
365 Canal Street, Suite 1130
New Orleans, LA 70130


Orca Funding LLC
100 Town Center Drive, Suite 300
Oxnard, CA 93036


OrcaFunding LLC
33 East 33rd Street
New York, NY 10016


Pine Forest Campco
185 Pine Forest Road
Greeley, PA 18425


Pine Forest Campco LLC
185 Pine Forest ROad
Greeley, PA 18425


Pineforest Campco LLC
185 Pine Forest Road
Greeley, PA 18425


Pineforest Landco LLC
50 Quality Street, #110357
Trumbull, CT 06611


Poland Campco, LLC
50 Quality Street, #110357
Trumbull, CT 06611


Poland Landco, LLC
50 Quality Street, #110357
Trumbull, CT 06611


Portland Landco LLC
72 W Parkwood Nordman
Nordman, ID 83848


Provident Bank
10 Woodbridge Center Drive, 3rd Floor
Woodbridge, NJ 07095


Putnam County Savings Bank
2477 Route 6, Brewster
Brewster, NY 10509

Quadstar Realty LLC
50 Quality Street, #110357
Trumbull, CT 06611


RDM Camps, LLC
9045 La Fontana Blvd, Suite 217
Boca Raton, FL 33434


Redstone Advance Inc.


Rocking Horse Ranch Landco LLC
600 State Route 44/55
Highland, NY 12528


Rocking Horse Ranch Operating LLC
600 State Route 44/55
Highland, NY 12528


Rolling Hills Operatingco LLC
107 Curry Road
Waynesburg, PA 15370


Rollinghills Operatingco LLC
50 Quality Street #110357
Trumbull, CT 06611


S and T Bank
Attn: Kathryn L. Wix, Vice President,
205 Granite Run Drive, Suite 380
Lancaster, PA 17601


Secondary Paragould LLC
1215 Twin Lakes Drive
Little Rock, AR 72205


Shab Holdings, LLC
50 Quality Street, #110357
Trumbull, CT 06611


Shab Operating Inc E. Hartford Property
25 Colonial Drive
Trumbull, CT 06611


Shab Operating Inc.
21 Echo Road
Bloomingburg, NY 12721


Shabsels Gift Trust
C/O Cole Schotz PC
325 Avenue of the Americas
New York, NY 10019


Shabsels Management LLC
50 Quality Street #110357
Trumbull, CT 06611

SIMAD Holdings LLC
50 Quality Street
110357
Trumbull, CT 06611


South Loop West Leasing LLC
444 East 58th Street, Apt. 3C
New York, NY 10022


South Loop West Real Estate LLC
444 East 58th Street, Apt. 3C
New York, NY 10022


Southern State Bank
20 Oak Hill Boulevard
Newnan, GA 30265


Southwest Ohio Associates
200 Old Tarrytown Road
White Plains, NY 10603


Splashdown Beach Landco LLC
16 Old Route 9 W
Fishkill, NY 12524


Splashdown Beach Operatingco, LLC
16 Old Route 9 W,
Fishkill, NY 12524


Splashdown Beach Operatingco, LLC
16 Old Route 9 W
Fishkill, NY 12524


Stony Creek Operating Co, LLC
P.O. Box 110357
Trumbull, CT 06611


summit Camp LLC
68 Duck Harbor Road
Honesdale, PA 18431


Suremark Holdings LLC
7931 E Pecos Road, Suite 122
Mesa, AZ 85212


The Bank of Greene County
341 Main Street
Catskill, NY 12414


The Merchant Marketplace Holdings Corp.
2777 Summer Street, Ste 501
Stamford, CT 06905


The Merchant Marketplace Holdings Corp.
2777 Summer Street, Ste 501
Stamford, CT 06905

Tideway Capital Funding LLC
55 Northern Boulevard, Suite 202
Great Neck, NY 11021


Transparency Advance
29 W 36th Street
New York, NY 10018


Tristate Capital Bank
Attn: CRE Loan Administration
One Oxford Centre, Suite 2700
Pittsburgh, PA 15219


Turnpike Road Holdings LLC
112 Turnpike Road, Suite 108
Westborough, MA 01581


Vault 26 Capital LLC
175 Great Neck Road, Suite 203
Great Neck, NY 11021


Vault 26 Capital LLC
175 Great Neck Road, Suite 203
Great Neck, NY 11021


Visions Federal Credit Union
Attn: Member Business Loans
24 McKinley Avenue
Endicott, NY 13760


Washington Lake LLC
80 M St SE
Washington, DC 20003


Washington Lake, LLC
P.O. Box 110357
Trumbull, CT 06611


Waukeela Landco LLC
23 Brownfield Road
Eaton Center, NH 03832


Waukeela Operatingco, LLC
50 Quality Street, #110357
Trumbull, CT 06611


Wayne Bank
717 Main Street
Honesdale, PA 18431


Wayne Bank
145 West Main Street
Cambridge City, IN 47327

Wayne Bank
717 Main Street, Honesdale
Honesdale, PA 18431

Wayne Bank
717 Main Street
Honesdale, PA 18431

Weekland LLC
14955 Chicory Ct
Woodbridge, VA 22193

Wekeeland Lake LLC
192 Hopkins Road
Washington, ME 04574

Wekeeland LLC
192 Hopkins Road
Washington, ME 04574

West Florida Ventures LLC
8460 SW 184th Terrace
Miami, FL 33157

Willow Lake Land Corp.
200 State Route 181
Lake Hopatcong, NJ 07849

Windsor Federal Credit Savings and Loan
250 Broad Street
Windsor, CT 06095

WM Land LLC
63 Pleasant Street
Concord, NH 03301

Woodforest National Bank
P.O. Box 7889
Willis, TX 77378

Woodlands Eagle Timber Leasing LLC
Woodlands Eagle Timber Leasing LLC
Trumbull, CT 06611

Woodlands Eagle Time
50 Quality St #110357
Trumbull, CT 06611

Wynwood Capital Group LLC