**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Donald W. Clarke
Leah M. Eisenberg
David E. Sklar
Katherine R. Beilin
**PASHMAN STEIN WALDER HAYDEN, P.C.**
21 Main Street, Suite 200
Hackensack, New Jersey 07601
Telephone: (201) 488-8200
Email: dclarke@pashmanstein.com
        leisenberg@pashmanstein.com
        dsklar@pashmanstein.com
        kbeilin@pashmanstein.com

*Counsel to the Debtor*

| | |
|---|---|
| In Re:<br><br>DAVID A. SHABSELS,<br><br>      Debtor. | Chapter 11<br><br>Case Number: 26-16530 (CMG)<br><br>Hearing Date: August 25, 2026 at 10:00 a.m.<br><br>Objection Deadline: August 18, 2026 |

**NOTICE OF DEBTOR'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING
DEBTOR TO (I) PAY POSTPETITION INSURANCE PREMIUM AND (II)
REIMBURSE MS. SHABSELS FOR PREMIUM PAYMENT PURSUANT TO
SECTIONS 105(a), 363(b) AND 1107(a) OF THE BANKRUPTCY CODE AND
BANKRUPTCY RULE 6004(h)**

**PLEASE TAKE NOTICE**, that on July 28, 2026, David A. Shabsels (the "Debtor"), by

and through his undersigned counsel, filed his Motion for Entry of an Order Authorizing Debtor

to (i) Pay Postpetition Insurance Premium and (ii) Reimburse Ms. Shabsels for Premium

Payment Pursuant to Sections 105(a), 363(b) and 1107(a) of the Bankruptcy Code and

Bankruptcy Rule 6004(h) (the "Motion"), with the United States Bankruptcy Court for the

District of New Jersey (the "Court").

**PLEASE TAKE FURTHER NOTICE**, that a hearing to consider the Motion and any objections related thereto will be held, if necessary, on **August 25, 2026, at 10:00 a.m.** (prevailing Eastern time), or as soon thereafter as counsel may appear and be heard (the "Hearing"), before the Honorable Christine M. Gravelle, Bankruptcy Judge for the District of New Jersey, or such other judge(s) as may be sitting in his stead, at the Clarkson S. Fisher United States Courthouse, 402 East State Street, Second Floor, Courtroom No. 3, Trenton, New Jersey 08608.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief requested in the Motion shall (i) be in writing; (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the Court in accordance with D.N.J. LBR 9013-3. If no objection is timely filed and served, the Motion shall be deemed uncontested, and the relief requested by the Motion may be granted without a Hearing.

Dated: July 29, 2026

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*/s/ Donald W. Clarke*
Donald W. Clarke
Leah M. Eisenberg
David E. Sklar
Katherine R. Beilin
21 Main Street, Suite 200
Hackensack, New Jersey 07601
Telephone: (201) 488-8200
Email:  dclarke@pashmanstein.com
   leisenberg@pashmanstein.com
   dsklar@pashmanstein.com
   kbeilin@pashmanstein.com

*Counsel to the Debtor*

2