<table>
<tr><td>

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</td><td></td></tr>
</table>

| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Donald W. Clarke<br>Leah M. Eisenberg<br>David E. Sklar<br>Katherine R. Beilin<br>**PASHMAN STEIN WALDER HAYDEN, P.C.**<br>21 Main Street, Suite 200<br>Hackensack, New Jersey 07601<br>Telephone: (201) 488-8200<br>Email:  dclarke@pashmanstein.com<br>          leisenberg@pashmanstein.com<br>          dsklar@pashmanstein.com<br>          kbeilin@pashmanstein.com<br><br>*Counsel to the Debtor* |

| | |
|---|---|
| In Re:<br><br>DAVID A. SHABSELS,<br><br>        Debtor. | Chapter 11<br><br>Case Number: 26-16530 (CMG) |

**CERTIFICATION OF DAVID A. SHABSELS IN SUPPORT OF DEBTOR'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTOR TO (I) PAY POSTPETITION INSURANCE PREMIUM AND (II) REIMBURSE MS. SHABSELS FOR PREMIUM PAYMENT PURSUANT TO SECTIONS 105(a), 363(b) AND 1107(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 6004(h)**

I, David A. Shabsels, being of full age, certify as follows:

1.  I am the debtor in the above-captioned chapter 11 case.

2.  I am filing this certification in support of the Motion for Entry of an Order Authorizing Debtor to (i) Pay Postpetition Insurance Premium and (ii) Reimburse Ms. Shabsels for Premium Payment Pursuant to Sections 105(a), 363(b) and 1107(a) of the Bankruptcy Code and Bankruptcy Rule 6004(h).

3.  I am in the process of moving in to 66 Sheldrake Road, Scarsdale, New York 10583 from my temporary rental residence, and am familiar with the typical insurance-related expenses of said real property.

4.  I acquired a homeowners insurance policy with Kingstone Insurance Company, by and through its agent, Clearview Insurance Agency, LLC. Under the policy, my annual premium, inclusive of selected optional coverages, is $4,811.00.

5.  I also own, as a joint tenant, a condominium located at 500 W 43rd Street, Apartment 27e, New York, New York 10036, and am familiar with the typical insurance-related expenses of said real property.

6.  I recently received an insurance proposal for the condominium from Allstate Insurance Company. Under the proposed policy, my estimated annual premium, inclusive of additional coverages, would be $1,203.28.

7.  To the best of my knowledge, I do not owe any prepetition amounts to Kingstone Insurance Company, Clearview Insurance Agency, LLC, or Allstate Insurance Company.

8.  On July 16, 2026, my mother, Susan Shabsels, inadvertently paid the annual premium of the Kingstone insurance policy, plus miscellaneous fees, in the amount of $4,836.00, using her Chase Visa credit card ending in x0581.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of these statements are willfully false, I am subject to punishment.

Dated: July 29, 2026               By: /s/ *David A. Shabsels*
                                             David A. Shabsels