# <u>EXHIBIT A</u>

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Donald W. Clarke
Leah M. Eisenberg
David E. Sklar
Katherine R. Beilin
**PASHMAN STEIN WALDER HAYDEN, P.C.**
21 Main Street, Suite 200
Hackensack, New Jersey 07601
Telephone: (201) 488-8200
Email: dclarke@pashmanstein.com
     leisenberg@pashmanstein.com
     dsklar@pashmanstein.com
     kbeilin@pashmanstein.com

*Counsel to the Debtor*

| | |
|---|---|
| In Re: | Chapter 11 |
| DAVID A. SHABSELS, | Case Number: 26-16530 (CMG) |
|        Debtor. | |

**ORDER AUTHORIZING DEBTOR TO (I) PAY POSTPETITION INSURANCE PREMIUM AND (II) REIMBURSE MS. SHABSELS FOR PREMIUM PAYMENT PURSUANT TO SECTIONS 105(a), 363(b) AND 1107(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 6004(h)**

The relief set forth on the following pages, numbered two (2) through three (3), is

**ORDERED**.

(Page 2)

| | |
|---|---|
| Debtor: | David A. Shabsels |
| Case No. | 26-16530 (CMG) |
| Caption of Order: | Order Authorizing Debtor to (i) Pay Postpetition Insurance Premium and (ii) Reimburse Ms. Shabsels for Premium Payment Pursuant to Sections 105(a), 363(b) and 1107(a) of the Bankruptcy Code and Bankruptcy Rule 6004(h) |

Upon the motion (the "Motion")[1] of the above-captioned debtor (the "Debtor") for entry of an order (this "Order") authorizing the Debtor to pay the Allstate Insurance Premium, reimburse Ms. Shabsels for her payment of the Kingstone Premium, and make other payments that may become due under the Insurance Policies pursuant to sections 105(a), 363(b) and 1107(a) of the Bankruptcy Code and Bankruptcy Rule 6004(h); and this Court having found that the Debtor's notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Debtor is authorized, but not directed, to pay the Allstate Premium and any other payments that may become due under the Insurance Policies as such payments become due.

3. The Debtor is further authorized to reimburse Ms. Shabsels for her payment of the Kingstone Premium, plus miscellaneous fees, in the amount of $4,836.00.

4. Nothing in this Order or the Motion is intended or shall be construed to grant relief from the automatic stay pursuant to section 362 of the Bankruptcy Code.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

(Page 3)

Debtor:                  David A. Shabsels

Case No.                 26-16530 (CMG)

Caption of Order:   Order Authorizing Debtor to (i) Pay Postpetition Insurance Premium and (ii)
                          Reimburse Ms. Shabsels for Premium Payment Pursuant to Sections 105(a), 363(b)
                          and 1107(a) of the Bankruptcy Code and Bankruptcy Rule 6004(h)

5.      Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon entry hereof.

6.      The Debtor is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

7.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.