## **EXHIBIT B**

# KINGSTONE
Insurance since 1886

PO Box 2764
Bigfork, MT 59911

**Kingstone Insurance Company**

120 Wood Road, Kingston, NY 12401
Customer Service: (800) 364-7045

| | |
|---|---|
| **Product Code/State:** | HOV2 / NY |
| **Policy Number:** | 941245 |
| **Effective Date and Time:** | 07/16/2026 12:00 AM |
| **Expiration Date and Time:** | 07/16/2027 12:00 AM |

**New York Select Homeowners Binder**

---

**Insured Name and Mailing**

DAVID SHABSELS / LISA SHABSELS
66 SHELDRAKE RD
SCARSDALE, NY 10583

**Agent 7313**

Clearview Insurance Agency, LLC
70 Charles Lindbergh Blvd
Ste 204
Uniondale, NY 11553
Phone Number: (516) 862-4422

## Property Information

| | | | | |
|---|---|---|---|---|
| Address 1 | 66 SHELDRAKE RD | Year Built | 2026 |
| Address 2 | | Construction Type | Frame |
| City | SCARSDALE | Seasonal or Secondary? | No |
| State | NY | Number of Families | 1 |
| Zip | 10583 | Property Protection Class | 2 |
| County | WESTCHESTER | Tier | 11 |
| Territory | 49 | Townhouse/Rowhouse? | No |
| Distance to Coast | 21,121 - 26,400 ft | | |

## Basic Coverage Information

Policy Form     HO3

| Coverages | Selection(s) | Premium | Discounts | Selection(s) | Premium |
|---|---|---|---|---|---|
| Dwelling - A | $4,081,000 | included | Affinity Discount | No | |
| Other Structures - B | $408,100 - 10% | included | Companion Auto Credit | No | |
| Personal Property - C | $1,224,300 - 30% | included | Flood Companion Credit | Yes | included |
| Loss of Use - D | $408,100 - 10% | included | New Home Buyer Discount | Yes | included |
| Personal Liability - E | $1,000,000 | $28.00 | Multipolicy Discount | No | |
| Medical Payments - F | $5,000 | $11.00 | Prior Insurance | No | |
| | | | Paid in Full Discount | Yes | included |

| Deductibles | | | Protective Devices (KIC 04 16) | | |
|---|---|---|---|---|---|
| All Perils Deductible | $10,000 | included | Fire | Central Station Alarm | included |
| CAT Wind Deductible | $204,050 - 5% | included | Theft | Central Station Reporting Burglar Alarm | included |
| NonCAT Wind Deductible | $10,000 | included | Water | Water Detection and Shutoff | included |
| | | | Windstorm | No | |

| Exclusions | | | | | |
|---|---|---|---|---|---|
| Off Premises Theft Exclusion (HO 23 95) | Yes | $0 | Total Individual Peril Premium | | $4,769.36 |
| | | | **Basic Premium (Discounts Applied)\*** | | **$4,437.00** |

\* Basic Premium includes: Individual Peril Premiums, Discounts and Flat Dollar Charges for Coverages D,E and F

**Kingstone Insurance Company**

120 Wood Road, Kingston, NY 12401

Customer Service: (800) 364-7045

**KINGSTONE**
Insurance since 1886

PO Box 2764
Bigfork, MT 59911

| | |
|---|---|
| **Product Code/State:** | HOV2 / NY |
| **Policy Number:** | 941245 |
| **Effective Date and Time:** | 07/16/2026 12:00 AM |
| **Expiration Date and Time:** | 07/16/2027 12:00 AM |

## New York Select Homeowners Binder

### Optional Coverages I

| Coverage | Limit | Deductible | Premium |
|---|---|---|---|
| Animal Liability Coverage Limit | | | (included) |
| Dangerous Dogs Liability Exclusion Endorsement | | | (included) |
| Equipment Breakdown | $100,000 | | $30 |
| Inflation Guard | 4% | | (included) |
| Inland Flood | $15,000 | | $34 |
| Limited Fungi, Wet or Dry Rot, or Bacteria Coverage | $20,000 | | $0 |
| Limited Water Back-up and Sump Discharge or Overflow Coverage – New York | $25,000 | | $191 |
| Off-Premises Theft Exclusion - New York | | | $0 |
| Personal Cyber Protection Coverage | $25,000 | $500 per Occurance | $50 |
| Personal Injury Coverage (Aggregate Limit of Liability) – New York | $1,000,000 | | $44 |
| Service Line Coverage | $10,000 | $500 | $25 |
| Windstorm Deductible - New York Catastrophe Percentage and Non-Catastrophe Fixed-Dollar | | | (included) |
| Windstorm Fixed Dollar Deductible | $10,000 | | (included) |
| Additional Endorsements | | | $0 |
| | | **Total Optional Coverages I  Premium** | **$374** |

### Optional Coverages II

| Coverage | Limit | Deductible | Premium |
|---|---|---|---|
| | | **Total Optional Coverages II  Premium** | **$0** |

### Additional Information

| Form | Description of Coverage |
|---|---|
| | |

### Blanket Personal Property

| Category | Value | Premium |
|---|---|---|
| | **Total Blanket Personal Property Premium** | **$0.00** |

### Scheduled Property

| Category | Description | Appraisal Date | Value | Premium |
|---|---|---|---|---|
| | | | **Total Schedule Property Premium** | **$0.00** |

KS HOV2NY Binder 08 21

07/16/2026

**Kingstone Insurance Company**

120 Wood Road, Kingston, NY 12401
Customer Service: (800) 364-7045

# KINGSTONE
Insurance since 1886

PO Box 2764
Bigfork, MT 59911

| | |
|---|---|
| **Product Code/State:** | HOV2 / NY |
| **Policy Number:** | 941245 |
| **Effective Date and Time:** | 07/16/2026 12:00 AM |
| **Expiration Date and Time:** | 07/16/2027 12:00 AM |

**New York Select Homeowners Binder**

---

## Final Premium

# Total Premium:    $4,811.00

Please visit kingstoneinsurance.com to view your policy documents, coverage details and make payments.  Go to Consumer Services, Log In or Register!

**Please Remit Premium Payment to:**    Kingstone Insurance Company
PO Box 2764
Bigfork, MT 59911

---

## Additional Interests

**Mortgagee**

1. MIZZEN CAPITAL, 263 TRESSER BLVD 9TH FLOOR, ONE STAMFORD PLAZA, STAMFORD, CT 06901 | Loan Number: 3000000

---

## Forms and Endorsements

| Coverage | Form | Edition |
|---|---|---|
| Homeowners 3 - Special Form | HO 00 03 | 05 11 |
| Special Provisions - New York | HO 01 31 | 06 19 |
| Catastrophe Deductible Notice - New York | KIC 99 07 | 07 20 |
| Windstorm Deductible Notice - New York | KIC 99 08 | 07 20 |
| Workers' Compensation | HO 24 93 | 05 02 |
| Home-Sharing Host Activities Amendatory Endorsement | HO 06 53 | 02 17 |
| Additional Section II - Liability Exclusions | KIC 99 01 | 07 20 |
| Animal Liability Coverage Limit | KIC 24 79 | 04 22 |
| Dangerous Dogs Liability Exclusion Endorsement | KIC 24 78 | 04 22 |
| Automatic Inflation Protection Coverage | KIC 99 90 | 10/22 |
| Equipment Breakdown | KIC 99 02 | 07 20 |
| Inflation Guard | HO 04 46 | 10 00 |
| Inland Flood | KIC 99 21 | 07 21 |
| Limited Fungi, Wet or Dry Rot, or Bacteria Coverage | KIC 04 27 | 07 20 |
| Limited Water Back-up and Sump Discharge or Overflow Coverage – New York | HO 23 85 | 05 15 |
| Off-Premises Theft Exclusion - New York | HO 23 95 | 05 02 |
| Personal Cyber Protection Coverage | KIC 99 04 | 07 20 |
| Personal Injury Coverage (Aggregate Limit of Liability) – New York | HO 24 95 | 10 11 |
| Premises Alarm, Water Device, or Fire Protection System | KIC 04 16 | 07 20 |
| Service Line Coverage | KIC 99 06 | 01 21 |
| Windstorm Deductible - New York Catastrophe Percentage and Non-Catastrophe Fixed-Dollar | HO 03 20 | 10 11 |
| Windstorm Fixed Dollar Deductible | KIC 03 40 | 07 20 |

07/16/2026

# KINGSTONE
### Insurance since 1886

PO Box 2764
Bigfork, MT 59911

**Kingstone Insurance Company**

120 Wood Road, Kingston, NY 12401
Customer Service: (800) 364-7045

| | |
|---|---|
| **Product Code/State:** | HOV2 / NY |
| **Policy Number:** | 941245 |
| **Effective Date and Time:** | 07/16/2026 12:00 AM |
| **Expiration Date and Time:** | 07/16/2027 12:00 AM |

## New York Select Homeowners Binder

---

THIS COMPANY BINDS THE KIND(S) OF INSURANCE STIPULATED ON PAGE 1 OF THIS FORM. THE INSURANCE IS SUBJECT TO THE TERMS, CONDITIONS AND LIMITATIONS OF THE POLICY(IES) IN CURRENT USE BY THE COMPANY.

THIS BINDER MAY BE CANCELLED BY THE INSURED BY SURRENDER OF THIS BINDER OR BY WRITTEN NOTICE TO THE COMPANY STATING WHEN CANCELLATION WILL BE EFFECTIVE. THIS BINDER MAY BE CANCELLED BY THE COMPANY BY NOTICE TO THE INSURED IN ACCORDANCE WITH THE POLICY CONDITIONS. THIS BINDER IS CANCELLED WHEN REPLACED BY A POLICY. IF THIS BINDER IS NOT REPLACED BY A POLICY, THE COMPANY IS ENTITLED TO CHARGE A PREMIUM FOR THE BINDER ACCORDING TO THE RULES AND RATES IN USE BY THE COMPANY.

KS HOV2NY Binder 08 21                                                                                     07/16/2026