# **EXHIBIT C**



**This is a proposal for insurance and not a bill.**

Jared Shulman
5030 Northern Blvd, Long Island City, NY 11101
📞 718-530-1802
✉ jshulman@allstate.com



PREPARED FOR:

# David Shabsels

500 W 43RD ST, APT 27E,
NEW YORK, NY 10036

PREPARED BY

Jared Shulman

ALLSTATE AGENT

📞 718-530-1802
✉ jshulman@allstate.com

As promised, here is your **Allstate Personalized Insurance Proposal®** detailing what we believe will best suit your needs with Condominium insurance.

We've also included additional options to better protect you and your household. We look forward to working with you!

## Features and Options for You

**Building Property Protection -** Go beyond personal property to cover things in your condo for which you may be responsible, like cabinetry and appliances.

**Multi-Policy Discount -** Save between 5% and 15% when you bundle your condo insurance with an Allstate auto insurance policy.

**Local Agent -** A local agent who understands your needs and offers personalized service to help you make sure you're protected.

**Welcome & Loyalty Discount -** You can save up to 10% for switching to Allstate. Plus, get a discount each year you stay.

## Your Payment Options **

Your **Condominium Coverage** - 500 W 43rd St, Apt 27e, New York, NY 10036

**$105** 27* / per month

**$1,203** 28* / 1 Year

**Direct Bill**

**Full Pay**

*Your actual premium may be higher or lower based on a number of factors. Coverages and discounts are subject to policy terms, conditions, qualifications, and availability.

**Your payment options after minimum down payment.

| | | | | |
|---|---|---|---|---|
| Proposal Date: | **07/28/2026** | Prepared for: **David Shabsels** | Prepared by: **Jared Shulman** | Pages: 1 of 6 |

This is a proposal for insurance and not a bill.


**Allstate.**

**Jared Shulman**
📞 718-530-1802
✉ jshulman@allstate.com

## Condominium coverage - Allstate Base<sup>SM</sup>
500 W 43RD ST, APT 27E, NEW YORK, NY 10036

| CONDOMINIUM COVERAGE | COVERAGE LIMITS | PREMIUM |
|---|---|---|
| Personal Property | $67,250 | $1,050.83 |
| Family Liability Protection | $300,000 each occurrence | $43.00 |
| Guest Medical Protection | $5,000 each person | $9.00 |
| Building Property | $67,250 | $90.85 |
| Additional Living Expense | $26,900 Up to 24 months | $4.34 |
| Loss Assessments | $25,000 | $5.26 |
| Personal Property Reimbursement Provision | Selected | Included |
| Property Insurance Adjustment | Selected | Included |
| Workers' Compensation - Occasional Class | Selected | Included |
| Building Codes | Not selected/Not applicable | |
| Personal Injury | Not selected/Not applicable | |
| Green Improvement | Not selected/Not applicable | |
| Extended Coverage on Jewelry, Watches and Furs | Not selected/Not applicable | |
| Electronic Data Recovery | Not selected/Not applicable | |
| Identity Theft Expenses | Not selected/Not applicable | |
| Water Backup | Not selected/Not applicable | |
| **DEDUCTIBLES** | | |
| All Peril Deductible | | $1,000.00 |
| Hurricane Deductible | | $3,363.00 |

**Estimated Total 12-Month Premium\***     **$1,203.28**

*Your actual premium may be higher or lower based on a number of factors. Coverages and discounts are subject to policy terms, conditions, qualifications, and availability.

This proposal does not contain all possible coverage options and is only intended to highlight some of your coverage options. Please contact my agency to further discuss all of the additional coverage options which may be available.

| Proposal Date: | **07/28/2026** | Prepared for: **David Shabsels** | Prepared by: **Jared Shulman** | Pages: 2 of 6 |
|---|---|---|---|---|
| | | | Control Number:  077262093850056 | |

**This is a proposal for insurance and not a bill.**



**Jared Shulman**
📞 718-530-1802
✉ jshulman@allstate.com

## Allstate® Condo Insurance Available Packages

| Available Features | Allstate Enhanced<sup>SM</sup> | You Selected Allstate Base<sup>SM</sup> |
|---|---|---|
| Claim-Free Bonus† | Included | X |
| Claim RateGuard®†† | Included | X |

Get the protection you deserve at a great price—speak with your Allstate agent today for more details.

Features optional and not available in every state. Subject to terms, conditions and availability. Savings vary.

†Claim-Free Bonus is referred to as Preferred Homeowners Discount in MI.

††Claim RateGuard® applies to one claim every five years.

*Your actual premium may be higher or lower based on a number of factors. Coverages and discounts are subject to policy terms, conditions, qualifications, and availability.

This proposal does not contain all possible coverage options and is only intended to highlight some of your coverage options.  Please contact my agency to further discuss all of the additional coverage options which may be available.



**This is a proposal for insurance and not a bill.**

**Jared Shulman**
📞 718-530-1802
✉ jshulman@allstate.com

## Discounts Applied

**CONDOMINIUM DISCOUNTS - 500 W 43RD ST, APT 27E, NEW YORK, NY 10036**

| | |
|---|---|
| **Claim Free Discount** | $120.33 |
| **Welcome Discount** | $120.33 |
| **Protective Device Discount** | $36.10 |
| **Total Discounts Applied** | **$276.76** |

Proposal Date:   **07/28/2026**      Prepared for: **David Shabsels**      Prepared by: **Jared Shulman**      Pages: 4 of  6



**This is a proposal for insurance and not a bill.**

**Jared Shulman**
📞 718-530-1802
✉ jshulman@allstate.com

## Understanding Coverage Choices

Below are general descriptions of types of insurance coverages. You'll want to consult your policy for terms, conditions and limits of your own insurance coverages.

### Condominium Insurance

**Personal Property** - Safeguards the possessions inside your condo or townhome, such as furniture, electronics, clothes and more.

**Family Liability Protection** - Can help protect you from financial loss if you're legally obligated to pay for another person's injuries or damage to another person's property.

**Guest Medical Protection** - Can help pay for reasonable and necessary medical expenses if a guest is injured in an accident in your residence.

**Building Property** - Covers items of real property related to the interior of the unit which are the responsibility of the unit owner as expressed by the governing rules of the condominium.

**Additional Living Expense** - Can help by reimbursing you for reasonable increases in living expenses when a loss Allstate covers makes your residence uninhabitable. This may include payments for the cost of a hotel, food and other expenses.

**Loss Assessments** - Helps pay for your share of a loss assessment if your condo association imposes an assessment for a covered loss.

**Personal Property Reimbursement Provision** - Reimbursement Provision typically means your belongings are covered for the amount it would take to replace them at the time of the claim. Premiums are usually higher for this coverage.

**Building Codes** - Additional coverage when repair or replacement from a covered loss results in increased cost due to enforcement of any building codes, ordinances or laws regulating construction,

reconstruction, maintenance, repair or demolition of your dwelling.

**Personal Injury** - Protects against false arrest, invasion of privacy, libel, slander, humiliation or defamation of another person's character.

**Green Improvement** - Pays you back when you replace items damaged from a covered loss with more energy-efficient items.

**Extended Coverage on Jewelry, Watches and Furs** - Extends coverage for jewelry, watches and furs.

**Electronic Data Recovery** - Covers restoration of your personal digital data such as photos after a covered loss.

**Identity Theft Expenses** - Allstate's Identity Restoration Coverage provides high-quality fraud assistance, handling everything from proactive fraud alerts to inquiries from creditors. The moment you contact us, a personal fraud specialist will help lock down your personal info and help repair any damage to your identity.

**Water Backup** - Covers damages when your drain backs up or sump pump breaks.

## Your Disclaimers

Your quote is not a contract or binder of insurance. Quote is based on information you provided and/or assumptions we made about you including good credit history (where permitted), clean driving record and no prior insurance claims.  Actual premium may vary based on data obtained from other sources, your coverage selections and the date coverage becomes effective.  All products, coverages and discounts subject to terms, qualifications and availability.  Allstate North American Insurance Company, Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Indemnity Company, and Allstate Property and Casualty Insurance Company: Northbrook, IL. Allstate New Jersey Insurance



**This is a proposal for Insurance and not a bill.**

**Jared Shulman**
📞 718-530-1802
✉ jshulman@allstate.com

Company and Allstate New Jersey Property and
Casualty Insurance Company: Bridgewater, NJ; Allstate
County Mutual Insurance Company: Irving, TX.