# EXHIBIT "A"

IOU Financial
Business Lending. Simplified.

**LOAN ID:** 468488

**BUSINESS NAME:** BAHS OPERATING INC.

**OWNER NAME:** Michael Shabsels

Thank you for giving us the opportunity
to help your business grow.

## PRELIMINARY TERM SHEET

| | |
|---|---|
| **Lender:** | **IOU FINANCIAL** |
| **Loan Amount:**<br>There is a 2.5 % origination fee deducted from this amount. | $ 350,000 |
| **Payment Frequency:**<br>The frequency payments must be made by the Merchant. | weekly |
| **Payment:**<br>The amount of each payment that must be made by the Merchant. | $ 7,424.24 |
| **Number of Payments:**<br>The total number of payments that must be made by the Merchant. | 66 |
| **Total of Payments:**<br>This amount includes all principal, interest expense, and gross origination fees. | $ 490,000 |
| **Prepayment Penalty:** | **NONE** |
| **Discount Eligible on Early Repayment:** | **YES** |

DISCLAIMER: This disclaimer is provided to inform all potential borrowers that this Preliminary Term Sheet is not binding on IOU Financial and is not a specific offer of commercial financing or a commitment to provide a loan. The availability and approval of loans are contingent upon various factors, including but not limited to borrower qualifications, cash flow, business evaluation, and the final credit approval process. Approvals are subject to underwriting guidelines and program criteria. These guidelines and criteria can be modified without prior notice, based on the eligibility of the applicant and prevailing market conditions. It is essential for all applicants to understand that any information, rates, or terms provided are subject to change and are not guaranteed until a formal loan agreement is executed by all parties involved.

**Loan Comments:**

-

Michael Shabsels

Dropbox Sign

Audit trail

| | |
|---|---|
| **Title** | IOU Financial Term Sheet |
| **File name** | Express_Prelimina..._Sheet_8.6.24.pdf |
| **Document ID** | cdea8b3485e2eb748aa6255ee6256a3e5f5b522d |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

## Document History

| | | |
|---|---|---|
| SENT | **02 / 18 / 2026** 14:53:55 UTC | Sent for signature to Danielle Johnson (djohnson@ioufinancial.com) and Michael Shabsels (mshabsels@gmail.com) from express@ioufinancial.com IP: 162.207.228.194 |
| VIEWED | **02 / 18 / 2026** 14:58:15 UTC | Viewed by Danielle Johnson (djohnson@ioufinancial.com) IP: 162.207.228.194 |
| SIGNED | **02 / 18 / 2026** 14:59:30 UTC | Signed by Danielle Johnson (djohnson@ioufinancial.com) IP: 162.207.228.194 |
| VIEWED | **02 / 18 / 2026** 16:20:41 UTC | Viewed by Michael Shabsels (mshabsels@gmail.com) IP: 173.70.18.192 |
| SIGNED | **02 / 18 / 2026** 16:26:29 UTC | Signed by Michael Shabsels (mshabsels@gmail.com) IP: 173.70.18.192 |
| COMPLETED | **02 / 18 / 2026** 16:26:29 UTC | The document has been completed. |